**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Quality Heating & Air-Conditioning Company, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **51-0120001** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **31 Brookside Drive**<br>**Wilmington, DE 19804** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.qhainc.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**
       Name             Case number *(if known)* _____

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number (*if known*) _____
　　　　　Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|---------|--------------|---------|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　Contact name _____
　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**        Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (*if known*) _____
                    Name

███ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/27/2023**
                    MM / DD / YYYY

X _____          **Horace Adam Wahl, III**
Signature of authorized representative of debtor          Printed name

Title   **President** _____

**18. Signature of attorney**

X _____          Date   **03/27/2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-5806**          Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Quality Heating & Air Conditioning, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on March __22_, 2023, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its software business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the President (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, SC&H Group, Inc. as investment banker and advisor to advise the Corporation in carrying out its duties; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of SC&H Group, Inc.;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, President of Quality Heating & Air Conditioning, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of Quality Heating & Air Conditioning, Inc. this [22__] day of March, 2023.

By: _____

Name: <u>Horace Adam Wahl, III</u>

Title: <u>President</u>

Fill in this information to identify the case:

Debtor name   **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/27/2023**   x _____
                                 Signature of individual signing on behalf of debtor

                                 **Horace Adam Wahl, III**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Quality Heating & Air-Conditioning Company, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brookside Properties LLC 31 Brookside Dr. Wilmington, DE 19804 | | | | | | $38,625.00 |
| Combustion Service & Equipment 2016 Babcock Blvd Pittsburgh, PA 15209 | | | | | | $71,000.00 |
| Delren HVAC, Inc. 141 Shreve Ave Barrington, NJ 08007 | | | | | | $58,846.00 |
| East Coast Fasteners Inc 1 Copper Drive Unit 11 Wilmington, DE 19804 | | | | | | $56,742.60 |
| Eastern Industrial Services 196 Quigley Blvd New Castle, DE 19720 | | | | | | $273,019.00 |
| F.C. Clifford, Inc. 1101 Edison Highway Baltimore, MD 21213 | | | | | | $123,645.00 |
| Flash Funding, LLC Assignee For Revolve Training P.O. Box 224507 Dallas, TX 75222-4507 | | | | | | $36,500.25 |

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fourthgen, Inc 506 N. Ramunno Drive Middletown, DE 19709 | | | | | | $57,580.00 |
| G and E Welding Supply 281 Airport Road New Castle, DE 19720 | | | | | | $33,901.63 |
| Havtech P.O. Box 37031 Baltimore, MD 21297 | | | | | | $41,960.11 |
| Highmark Delaware P.O.Box 382162 Pittsburgh, PA 15251-8162 | | | | | | $108,293.30 |
| HMS Insurance Associates P.O. Box 325 Cockeysville, MD 21030 | | | | | | $58,192.60 |
| John F. Scanlan, Inc. 1238-46 Belmont Avenue Philadelphia, PA 19104 | | | | | | $337,270.23 |
| N. B. Handy P.O. Box 11407 Dept #1653 Birmingham, AL 35246-1653 | | | | | | $839,732.28 |
| Phoenix Metals-Duct 1920 Portal St. Baltimore, MD 21224 | | | | | | $136,974.26 |
| Production Products, Inc. 30500 Potomac Way Charlotte Hall, MD 20622 | | | | | | $43,204.83 |
| Robert M. Hilberts, Inc. 1013 Conshohocken Road P. O. Box 548 Conshohocken, PA 19428 | | | | | | $173,182.00 |
| Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384-9211 | | | | | | $239,442.07 |

Debtor   **Quality Heating & Air-Conditioning Company, Inc.** 
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tradesmen International, LLC P.O. Box 842227 Boston, MA 02284-2227** | | | | | | **$103,212.60** |
| **United Energy Products 1610 Professional Blvd Suite K Crofton, MD 21114** | | | | | | **$73,375.00** |

**Fill in this information to identify the case:**

Debtor name      **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................................    $       **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................................    $       **16,597,314.19**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................................    $       **16,597,314.19**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **9,147,586.52**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................    $       **165,619.25**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    +$      **3,345,525.47**

4.  **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b

    $       **12,658,731.24**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WSFS** | **Checking** | **0141** | $349,194.00 |
| 3.2. | **PNC Bank** | **Checking** | **4068** | $2,239,803.24 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,588,997.24 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Earl Nichols (security deposit)** | $4,895.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____
_____
Name

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | |
| | Add lines 7 through 8. Copy the total to line 81. | **$4,895.00** |

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:

| 3,965,167.90 | - | 0.00 | = .... | $3,965,167.90 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 2,878,506.27 | - | 303,000.66 | =.... | $2,575,505.61 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$6,540,673.51** |

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** <br> **New coils of steel** | 3/21/2023 | $591,182.07 | Purchase Price | $591,182.07 |
| 20. | **Work in progress** <br> **Sheet metal forms** | 3/21/2023 | $117,000.00 | Resale | $117,000.00 |
| 21. | **Finished goods, including goods held for resale** <br> **HVAC ducts** | 3/21/2023 | $164,500.00 | Resale | $164,500.00 |
| 22. | **Other inventory or supplies** <br> **Installation supplies** | 3/21/2023 | $132,735.73 | Purchase Price | $132,735.73 |

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(If known)* _____
_____
Name

23.  **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.

     | $1,005,417.80 |
     | --- |

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** Chairs, desks, file cabinets | $0.00 | Resale | $21,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers, software | $0.00 | Resale | $75,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

     | $96,500.00 |
     | --- |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(If known)* _____
Name

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   **2009 Featherlite trailer** | **$8,500.00** | **Comparable sale** | **$8,500.00** |
| 47.2.   **2017 Intel trailer** | **$5,200.00** | **Comparable sale** | **$5,200.00** |
| 47.3.   **2019 Ford F150** | **$18,702.00** | **Kelly Blue Book** | **$18,702.00** |
| 47.4.   **2018 Ford F150** | **$15,526.00** | **Kelly Blue Book** | **$15,526.00** |
| 47.5.   **2022 Ford F150** | **$24,908.00** | **Kelly Blue Book** | **$24,908.00** |
| 47.6.   **2020 Kia Sportage** | **$18,515.00** | **Edmunds** | **$18,515.00** |
| 47.7.   **2019 Liftgate Tuk-a-way (Leased)** | **$0.00** | | **$0.00** |
| 47.8.   **2014 Liftgate Tuk-a-way (Leased)** | **$0.00** | | **$0.00** |
| 47.9.   **2016  Freightliner M2 106 (Leased)** | **$0.00** | | **$0.00** |
| 47.10.   **2020 International MV 607  (Leased)** | **$0.00** | | **$0.00** |
| 47.11.   **2015 Supreme Dry Freight Aluminum Van (Leased)** | **$0.00** | | **$0.00** |
| 47.12.   **2019 Supreme Dry Freight Aluminum Van (Leased)** | **$0.00** | | **$0.00** |
| 47.13.   **2018 Lincoln Navigator** | **$33,911.00** | **Kelly Blue Book** | **$33,911.00** |
| 47.14.   **2017 Chevy Silverado** | **$8,520.00** | **Kelly Blue Book** | **$8,520.00** |
| 47.15.   **2017 Chevy Silverado** | **$8,520.00** | **Kelly Blue Book** | **$8,520.00** |
| 47.16.   **2014 Chevy Silverado** | **$4,238.00** | **Kelly Blue Book** | **$4,238.00** |

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number *(If known)* _____
<u>Name</u>

| | | | | |
|---|---|---|---|---|
| 47.17. | **2013 Chevy Silverado** | **$2,269.00** | **Kelly Blue Book** | **$2,269.00** |
| 47.18. | **2008 Chevy Silverado** | **$811.00** | **Kelly Blue Book** | **$811.00** |
| 47.19. | **2005 Chevy Silverado** | **$680.00** | **Kelly Blue Book** | **$680.00** |
| 47.20. | **2014 Dodge Ram 1500** | **$1,076.00** | **Kelly Blue Book** | **$1,076.00** |
| 47.21. | **2014 Dodge Ram 2500** | **$3,554.00** | **Kelly Blue Book** | **$3,554.00** |
| 47.22. | **2014 LSV golf cart** | **$2,500.00** | **Resale** | **$2,500.00** |
| 47.23. | **2004  Isuzu** | **$1,500.00** | **Resale** | **$1,500.00** |
| 47.24. | **2004 JLG trailer** | **$2,500.00** | **Resale** | **$2,500.00** |
| 47.25. | **2013 Ford E350** | **$2,906.00** | **Kelly Blue Book** | **$2,906.00** |
| 47.26. | **2011 Ford E350** | **$1,200.00** | **Kelly Blue Book** | **$1,200.00** |
| 47.27. | **2009 GMC Savana** | **$1,123.00** | **Kelly Blue Book** | **$1,123.00** |
| 47.28. | **2008 Toyota Sequouia** | **$4,890.00** | **Kelly Blue Book** | **$4,890.00** |
| 47.29. | **2008 Ford E350** | **$998.00** | **Kelly Blue Book** | **$998.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Sheet metal equipment**    **$1,200,000.00**    **Resale**    **$2,900,000.00**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$3,072,547.00**

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number *(If known)* _____
　　　　　　Name

52.　　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　　　☐ No
　　　　■ Yes

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

　　■ No. Go to Part 10.
　　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No. Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.qhainc.com | Unknown | | Unknown |

62.　　**Licenses, franchises, and royalties**

63.　　**Customer lists, mailing lists, or other compilations**

64.　　**Other intangibles, or intellectual property**

65.　　**Goodwill**

66.　　**Total of Part 10.**

　　　　Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.　　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　　■ No
　　　　☐ Yes

68.　　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　　■ No
　　　　☐ Yes

69.　　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No. Go to Part 12.
　　■ Yes Fill in the information below.

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(If known)* _____
        Name

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **See attached schedule of change orders** | **$161,707.46** |
|---|---|
| Nature of claim | |
| Amount requested        **$161,707.46** | |

| **NIH delay claim- financial hardship** | **$2,183,474.00** |
|---|---|
| Nature of claim | |
| Amount requested        **$2,183,474.00** | |

| **See attached schedules of NIH change orders** | **$943,102.18** |
|---|---|
| Nature of claim | |
| Amount requested        **$943,102.18** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$3,288,283.64** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(If known)* _____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,588,997.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,895.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,540,673.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,005,417.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $96,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,072,547.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,288,283.64 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,597,314.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,597,314.19 |

## Total Outstanding TM

|  | Work Comp. Not Billed |
|---|---|
| Rommel Cranston | $5,356.00 |
| R. G. Degli Obizzi & Sons, Inc. | $7,977.00 |
| Joseph M. Zimmer, Inc. | $62,022.00 |
| Emjay Engineering & Const. Co. | $13,748.50 |
| Flo Mechanical | $13,182.00 |
| G. E. Tignall & Co., Inc. | $4,141.34 |
| Heer Bros, Inc. | $4,515.00 |
| Whiting-Turner Contracting | $667.00 |
| Genesis Engineers, Inc. | $2,759.00 |
| Ariosa & Co., LLC | $7,107.00 |
| Southern Mechanical | $3,638.00 |
| Bancroft Construction Company | $36,594.62 |
| **Total** | **$161,707.46** |

## Quality Heating & A/C

**Job: NIH**

3/22/2023

| CHANGE ORDER | EWO | DESCRIPTION | Amount | Amendment | Status | Description |
|---|---|---|---|---|---|---|
| CO #1 | 11 | Firestopping Credit | $ (11,155.00) | 3 | | |
| CO #2 | 25 | RFI-00321/Bell RFI 099 | $ 93,487.00 | 8 | Not Complete | Air Plenum on North Side Level 13 QHA was direct to do TM |
| CO #3 | 99 | ASI-06 | $ 6,585.00 | 2 | | |
| CO #4 | 7 | ASI-01 | $ 2,268,680.00 | 4 | On-going | Partial $628,988 |
| CO #5 | 19 | ASI-005 | $ 61,261.00 | 7 | | |
| CO #6 | 39 | EWO-39 ROM | $ 14,822.00 | | | Cut and Cap VOIDED Revised in QHA CO #8 |
| CO #7 | VOIDED | | | | | |
| CO #8 | 39 | EWO-39 | $ 3,116.00 | 2 | | |
| CO #9 | 40 | EWO-40 Existing Conditions | $ 2,877.00 | 2 | Complete | Cut and Cap |
| CO #10 | 19 | ASI-005 | $ (27,622.00) | 10 | | Duct Changes |
| CO #11 | 45 | Bull #1 | $ 4,611.00 | 2 | Complete | Duct Changes FCU-9.1 |
| CO #12 | 41 | EWO-41 | $ 3,123.00 | 2 | Complete | Existing Conditions item 178 3rd and 5th fl |
| CO #13 | 51 | EWO-51 | $ 1,867.00 | 2 | Complete | Existing Conditions item 153-177 |
| CO #14 | 2 | RFI-193 | $ (3,042.00) | VOID | | Credit reducing duct size in riser (likely voided due to EWO 19 ASI #15) |
| CO #15 | 59 | Bull #2 | $ 1,528.00 | 2 | | Duct Changes |
| CO #16 | 58 | EWO-58 | $ 1,694.00 | 2 | Complete | Existing Conditions Item #187 cut and cap |
| CO #17 | | Qha RFI #21/Bell RFI 161 | | | | No notice no submission VOIDED per Pat |
| CO #18 | 65 | ASI #008 | $ 2,192.00 | 8 | Complete | Adding 30"x20" horizontal fire damper |
| CO #19 | 71 | RFI-638 | $ (245.00) | 5 | | Install (22) VAV and (22) Sound Attn 1st thru 11 flr |
| CO #20 | VOIDED | WT Add | $ 5,200.00 | | | Safety Changes (No EWO # assigned WT never provided direction) |
| CO #21 | 70 | RFI 00541 | $ 4,919.00 | | | Add (2) Fire Dampers to EA duct |
| CO #22 | 93 | EWO-93 | $ (28,680.00) | | | Delete LP Testing VOIDED |
| CO #23 | 106 | Riser Duct CL | $ 46,178.00 | | Complete | TM Work Remove |
| CO #24 | 113 | RFI-821 | $ 1,498.00 | 5 | | Cage Wash |
| CO #25 | 83 | CN-41N | $ 1,702.78 | 5 | | Capping and Fire Stop Released Partial |
| CO #26 | 119 | RFI-824 | $ 4,456.00 | 5 | | Added duct due to size increase |
| CO #27 | 124 | RFI-846R1 | $ 22,806.00 | | Drain Pans onsite | Added drain pans per RFI-846R1 |
| CO #28 | 128 | RFI-909 | $ 2,856.00 | | Complete | OA duct change per RFI-909 |
| CO #29 | 127 | Bull #4 | $ 15,467.00 | 11 | Complete | Duct Changes |
| CO #30 | VOIDED | RFI-1017 | | | | No Notice No EWO |
| CO #31 | 159 | Resketch Floors | $ 3,016.00 | | | 13th Floor Replaced by CO #57 |
| CO #32 | 156 | RFI-1077 Level 10 BIM | $ 377.00 | | Complete | Drawing Changes on 10th Floor |
| CO #33 | 159 | RFI-1078 Level 13 | $ 283.00 | | Complete | Drawing Changes on 13th Floor |
| CO #34 | 154 | EWO-154 | $ 681.00 | 7 | Complete | Added Demo in Basement |
| CO #35 | VOIDED | Added Fittings 9N208A | $ 537.00 | | | Added Fitting due to steel being wrong (Bell still need direction) |
| CO #36 | 161 | EWO-1001/Bell EWO-161 | TBD | | | Blast walls |
| CO #37 | 162 | EWO-1002/Bell EWO-162 | TBD | | | Semco panesl on level 9 not installed |
| CO #38 | 1003 | EWO-1003 | | | | We need to confirm VOID |
| CO #39 | 154 | EWO-1004/Bell EWO-154 | TBD | | Complete | Cut and Cap existing work PCI41Q |
| CO #40 | 159 | EWO-1006/Bell EWO-159 | TBD | | Complete | Add VDC Time for Coordination |
| CO #41 | 160 | EWO-1006/Bell EWO-160 | TBD | | On-going | Add Cost associated w/ additional pipe and labor on 13 |
| CO #42 | VOIDED | RFI-01051 | | | | |
| CO #43 | | RFI-1120 | $ 1,617.00 | 7 | Complete | |
| CO #44 | 109 | RFI 682-R1 | | | | Involves caulking of wall penetrations |
| CO #45 | 168 | EWO-1008/Bell EWO-168 | | | Complete | |
| CO #46 | 168 | 41R | $ 741.00 | 7 | Complete | Removal of a diffuser |

| CO# | No. | Description | Cost | Col | Status | Notes |
|---|---|---|---|---|---|---|
| CO #47 | 192 | TM Tickets | | | | **Same As CO#60** |
| CO #48 | 190 | Level B3 | No Cost | | | **Same As CO#56  VOIDED** |
| CO #49 | 190 | Level B3 | No Cost | | | **VOID** |
| CO #50 | 199 | RFI-1073 | No Cost | | | **VOIDED** |
| CO #51 | 196 | RFI-1157 | $ 927.00 | 7 | Complete | Added a Fire Damper |
| CO #52 | 205 | RFI-1169 | TBD | | | Ductwork is installed and based on framing may have to be moved |
| CO #53 | | Level 12 & 13 Redesign | $ 92,883.00 | | Complete | Level 12 & 13 Redesign |
| CO #54 | | RFI # 1160 R1 Level 5 | | | | **VOIDED** |
| CO #55 | EWO #209 | Bull #5 | $ - | | | |
| CO #56 | 190 | Aluminum Duct | $ 7,920.00 | | Complete | Installation of new aluminun duct per EWO-190 |
| CO #57 | 159A | RFI #190 | $ 5,761.00 | | | Added Sketching and Test fitting |
| CO #58 | 212 | Bell Trne Repair | $ - | | | FCU's need pricing |
| CO #59 | 214 | RFI #434 R4 | $ 2,931.00 | | Complete | Added duct and (4) new diffusers per RFI-434 R4 |
| CO #60 | 192 | TM Tickets | $ 2,234.00 | | Complete | TM Work - QHA TM Tickete #'s 6796, 6797, & 6801 |
| CO #61 | 169 | RFI #1149 | $ 1,290.00 | | Not Complete | **Open;Not Voided** |
| CO #62 | **VOIDED** | RFI #1294 | No Cost | | | |
| CO #63 | EWO 224 **VOIDED** | RFI #1319 | No Cost | | | |
| CO #64 | **VOIDED** | RFI #1327 | No Cost | | | |
| CO #65 | **VOIDED** | ASI #10 | No Cost | | | |
| CO #66 | 240 | RFI #638-R1 | $ 3,262.00 | | On going | EF-R-20 |
| CO #67 | | RFI-138 | No Cost | | | |
| CO #68 | 247 **VOIDED** | ASI #12 | No Cost | | | **Same as CO#83** |
| CO #69 | | Hangers | $ 1,558.00 | | Complete | Changing the specification of hangers |
| CO #70 | | RFI-1351 | $ 1,227.00 | | Complete | |
| CO #71 | 215 | PCI #454 EWO #215 | $ 560.00 | 7 | Complete | |
| CO #72 | | Changes to  RM #2230 | $ 1,206.00 | | Complete | |
| CO #73 | 241 | RFI #638 R1 | $ 4,743.00 | 11 | Complete | |
| CO #74 | 248 | ASI #11 | $ 1,796.00 | | | |
| CO #75 | EWO #237 | TM Ticket #6984 | $ 776.00 | | Complete | |
| CO #76 | | **VOID** | | | | |
| CO #77 | EWO 227 | PCI #41S | $ 2,371.00 | 11 | Complete | |
| CO #78 | 168 **VOIDED** | CN-41R RFI #1327 | No Cost | | | |
| CO #79 | 253 | Sketching 12 & 13q | $ 43,897.00 | | Complete | |
| CO #80 | | RFI #1386 Reroute Duct | No Cost | | | |
| CO #81 | 237 | TM Ticket #6987 | $ 1,249.00 | | Complete | |
| CO #82 | 238 | TM Ticket #6989 | $ 515.00 | | Complete | |
| CO #83 | 247 **VOIDED** | ASI #12 | No Cost | | | |
| CO #84 | 313 **VOIDED** | RFI #1431 | No Cost | | | |
| CO #85 | | **VOID** | | | | |
| CO #86 | | **VOID** | | | | |
| CO #87 | | **VOID** | | | | |
| CO #88 | | **VOID** | | | | |
| CO #89 | EWO #254 | RFI #1443 | $ 224.00 | | Not Complete | |
| CO #90 | **VOIDED** | RFI #1460 | No Cost | | | |
| CO #91 | **VOIDED** | RFI #1462 | No Cost | | | |
| CO #92 | **VOIDED** | RFI #1464 | No Cost | | | |
| CO #93 | 227 | EWO #227 | No Cost | | | |
| CO #94 | 272 | RFI #1416 | $ 359.00 | 11 | Complete | Access Doors |
| CO #95 | 259 | RFI #1445 | $ 2,702.00 | | Complete | Change routes of duct @ CL North of SAD B2-3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CO #96 | 202 EWO 205 | RFI #1169 | No Cost | | | |
| CO #97 | 313 VOIDED | RFI #1431 | No Cost | | | Same as CO #84 |
| CO #98 | VOIDED | RFI #1463 | No Cost | | | |
| CO #99 | VOIDED | RFI #1461 | No Cost | | | |
| CO #100 | 256A | RFI #1425 | $ 3,659.00 | | Deleted | Rework associated work with FCU-10-3 in F-Wing |
| CO #101 | 256B | RFI #1410 | $ 4,104.00 | | Deleted | Rework associated work with FCU-11-3 in F-Wing |
| CO #102 | 256C | RFI #1408 | $ 4,104.00 | | Deleted | Rework associated work with FCU-13-3 in F-Wing |
| CO #103 | 256D | RFI #1393 | $ 8,718.00 | | Deleted | Rework associated work with FCU-12-3 in F-Wing |
| CO #105 | EWO 280 | RFI #1498 | $ 437.00 | 11 | Complete | Duct size change on Level 2 |
| | | VOID | | | | |
| CO #106 | VOIDED | RFI #1496 | No Cost | | | |
| CO #107 | VOIDED | RFI #1493 | No Cost | | | |
| CO #108 | 277 | EWO #227 | $ 2,195.00 | | Complete | Test Fitting of B2 |
| CO #109 | 291 | PCI #565 INT/EWO #291 | $ 1,160.00 | | Complete | TM Ticket #6990 |
| CO #110 | VOIDED | RFI #1383 | No Cost | | | |
| CO #111 | VOIDED | RFI#1504 | No Cost | | | |
| CO #112 | | RFI # 1511 | $ (333.00) | | | Added a FD and elminates 10" of duct |
| CO #113 | EWO 292 | RFI #1522 | $ (2,365.00) | 7 | | Changed duct size from 64x28 to 58x58 |
| CO #114 | VOIDED | PCI #549 | | | On-going | Waiting on all TM Tickets to price -Demo Complete waitingo n reinstall |
| CO #115 | VOIDED | RFI #1544 | No Cost | | | |
| CO #116 | 227 | Item 399 | $ 889.00 | | Complete | Additional Duct Demo Same as CO #77 |
| CO #117 | 296 | RFI #1547 | $ 433.00 | | Complete | Duct size change |
| CO #118 | 238 | EWO #238 | $ 2,382.00 | | On-going | Waterproof boxes |
| CO #119 | 303 | RFI #913 R1 | $ 1,729.00 | 7 | Complete | Tank Room Modifications |
| CO #120 | 298 VOIDED | EWO #298 | $ 51,381.00 | 11 | | Draw bands |
| CO #121 | VOIDED | RFI #1543 | No Cost | | | |
| CO #122 | VOIDED | RFI #1541 | No Cost | | | |
| CO #123 | EWO 306 VOIDED | RFI #1563 | $ 2,387.00 | | | Loose coils leakage see #129 |
| CO #124 | EWO 301 VOIDED | RFI #1479 | No Cost | | | |
| CO #125 | 307 | RFI #1548 | $ 714.00 | 11 | Complete | Waiting on REI to relocate box |
| CO #126 | 311 | EWO #311 | $ 66,430.00 | 10 | Complete | BM Compiled |
| CO #127 | 283 | Bull #8 | $ (1,382.00) | 11 | Complete | Duct work changes |
| CO #128 | 321 | RFI #1565 | No Cost | | | Existing piping along south wall |
| CO #129 | 306 | RFI #1561 | No Cost | | | Loose coils leakage |
| CO #130 | 324 | RFI #1588 | $ 2,195.00 | 7 | | Level 13 EV and AT 13-01 duct clarification |
| CO #131 | 323 | PCI 41U | $ 3,313.00 | 7 | Complete | Existing conditions |
| CO #132 | EWO 326 | RFI #801 | $ (636.00) | | | Deletes (2) Fire Dampers |
| CO #133 | EWO 327 | RFI #1604 | $ 3,354.00 | 11 | Complete | Rerouting Duct work |
| CO #134 | EWO 334 | RFI #1607 | $ (2,846.00) | | | Rework duct work and added fire dampers |
| CO #135 | VOIDED | RFI #1596 | No Cost | | | |
| CO #136 | EWO 333 | RFI #1609 | $ 1,729.00 | 11 | Complete | Need to resubmit w/ Plenum price |
| CO #137 | | RFI #1606 | $ 559.00 | | Not Complete | |
| CO #138 | EWO 301 VOIDED | RFI #1479 R1 | NO COST | | | |
| CO #139 | VOIDED | RFI #1592 | No Cost | | | |
| CO #140 | EWO 314 | TM Ticket #6997 PCI 611 | $ 651.00 | | Complete | Install filter boxes |
| CO #141 | EWO 309 | TM Tickets 6999/6835/6837 | $ 4,455.00 | | Complete | Fire Dampers rework center shaft See #145 keep #145 open VOID #141 |
| CO #142 | EWO 159C | EWO-159C | $ 43,897.00 | | | |
| CO #143 | EWO 341 | RFI-1630 | $ 518.00 | | Complete | GMP L12-13 |
| CO #144 | EWO 340 | RFI-1622 | $ 1,406.00 | 11 | Complete | CGMP Relocate EV 12-3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CO #145 | EWO 309 | TM Tickets 6999/6835/6837 | $ 4,455.00 | | Complete | PCI-600INT Fire dampers rework center shaft |
| CO #146 | EWO 330 | TM Tickets 7000-7007 | $ 4,677.00 | | Complete | PCI-666 STOP OH utility install L10 |
| CO #147 | EWO 237 | TM Ticket 6995 | $ 1,167.00 | | Complete | PCI-382B / EWO-237 D91 Duct adjustment |
| CO #148 | EWO 294 VOIDED | Bull #9 | No Cost | | | PCI 566 |
| CO #149 | EWO #333 | RFI #1609 R1 | No Cost | | | |
| CO #150 | EMAIL ONLY | RFI #1691 | No Cost | | | |
| CO #151 | | RFI #1731 | $ 5,736.00 | | Complete | |
| CO #152 | EWO #358 | RFI #1723 | $ 1,836.00 | 11 | Not Complete | |
| CO #153 | EWO #359 | RFI #1709 | $ 16,185.00 | 11 | Complete | Part of Note 5 CO #52 |
| CO #154 | EWO #341 | RFI #1714 | $ 8,818.00 | 154 | Complete | |
| CO #155 | EWO #364 | RFI #1739 | $ 6,781.00 | | Complete | |
| CO #156 | EWO #359 | RFI #1681 | $ 15,150.00 | | Complete | Part of Note 5 CO #52 |
| CO #157 | | RFI #1718 | | | | |
| CO #158 | EWO #377 | Fitting add | $ 172,731.00 | | Complete | 12th flr added duct |
| CO #159 | EWO #366 | EWO #366 | $ 895.00 | | | |
| CO #160 | EWO #383 | Wage Differential | $ 63,180.00 | | Complete | |
| CO #161 | EWO #375 | Added Exh Dampers | $ 97,310.00 | | Complete | Added cable dampers |
| CO #162 | EWO #383 | Wage Change Projection | $ 104,500.00 | | Complete | |
| CO #163 | EWO #392 | RFI #1822 | $ (3,699.00) | 11 | | |
| CO #164 | EWO #386 | RFI #1741 | $ 391.00 | | Complete | |
| CO #165 | VOIDED | RFI #1781 | $ - | | | |
| CO #166 | EWO #253 | EWO #253 BIM 1213 | $ 140,675.00 | | | REVISED |
| CO #167 | EWO #311 | EWO #311 BIM B2 | $ 15,872.00 | 10 | | |
| CO #168 | EWO #394 | 1777 R1 | $ 608.00 | | Complete | |
| CO #169 | EWO #392 | EF-R-20 | | | | Previous Change order |
| CO #170 | | RFI #1867 | $ 6,324.00 | 11 | On-Going | |
| CO #171 | EWO #311B | B2 EXT | $ 6,715.00 | | | |
| CO #172 | | RFI-1877 R1 | No Cost | | | |
| CO #173 | | RFI-1937 | $2,836 | 10 | Not Complete | |
| CO #174 | EWO #384 | TM Ticket #7808 | $ 1,482.00 | | Complete | |
| CO #175 | | RFI #1918 | $ (991.00) | | | |
| CO #176 | | RFI #1951 | No Cost | | | |
| CO #177 | | RFI #1980 | $ 8,792.00 | | | Semco added access door |
| CO #178 | | RFI #1149R1, R2, & R3 | $ 5,879.00 | | Not Complete | |
| CO #179 | | RFI #2006 | $ 1,455.00 | 10 | 50% Duct Install | BIM is complete |
| CO #180 | | ASI #24 | $ 4,491.00 | | Complete | |
| CO #181 | | PCI #412 | $ 1,402.00 | | Complete | |
| CO #182 | | EWO #109C | $ 12,678.00 | | | |
| CO #183 | | EWO #109B | $ 4,389.00 | | | |
| CO #184 | | EWO #311C BIM 2 | $ 997.50 | | | |
| CO #185 | | EWO #478 | $ 217,426.00 | | | |
| CO #186 | | BULL #11 | Not Priced yet | | | |
| CO #187 | | RFI #2091 | $ 538.00 | | | |
| CO #188 | | RFI #2075 | $ 4,304.00 | | Complete | |
| CO #189 | | RFI #2089 | $ 2,152.00 | | Complete | |
| CO #190 | | RFI #2104 | No Cost | | | |
| CO #191 | | RFI #2087 R1 | No Cost | | | |
| CO #192 | | RFI #2128 | No Cost | | | |
| CO #193 | | Wage 8321 to 123121 | $ 19,168.44 | | Complete | |

| | | | | | |
|---|---|---|---|---|---|
| CO #194 | | RFI #2122 Lev B1 | Not Priced yet | | |
| CO #195 | | RFI #2090-R1 | No Cost | | |
| CO #196 | | Gate Delays | $ 301,824.00 | | |
| CO #197 | | EWO #418 | $ 3,325.00 | Complete | |
| CO #198 | | RFI #2108 | $ (237.00) | | |
| CO #199 | | RFI #2153 | $ 8,232.00 | | |
| CO #200 | | Financial Hardship | $ 2,183,474.00 | | |
| CO #201 | | RFI #2158 | | | |
| CO #202 | | RFI #2175 | $ 6,115.00 | Complete | |
| CO #203 | | RFI #2044 | $ (13,582.00) | | |
| CO #204 | | RFI #2153-R1 | | | |
| CO #205 | | Bull #12 | No Cost | | |
| CO #206 | | RFI #2156 | | | |
| CO #207 | | PCI #567-INT | $ 578.00 | Complete | Added after CO sent |
| CO #208 | | PCI #112A | $ 2,519.00 | Complete | |
| CO #209 | | PCI #075B | $ 5,345.00 | Complete | |
| CO #210 | | PCI #853-INT | $ 3,552.00 | Complete | |
| CO #211 | | PCI #600-INT | $ 15,297.00 | Complete | |
| CO #212 | | PCI #802-INT | $ 8,425.00 | Complete | |
| CO #213 | | RFI #2086 R1 | No Cost | | |
| CO #214 | | RFI #2156 | $ 5,783.00 | Complete | |
| CO #215 | CN #1132 | RFI #2170 | $ 2,152.00 | REJECTED | Rejected per email 11/18/2022 |
| CO #216 | | RFI #2216 | $ (5,551.00) | | |
| CO #217 | | RFI #2191 | No Cost | | |
| CO #218 | | | | | |
| CO #219 | | RFI #2254 | $ 5,601.00 | Complete | |
| CO #220 | | Wage Differential 1st Qrtr | $ 16,614.42 | Complete | |
| CO #221 | | RFI #2260 Not priced yet | | | |
| CO #222 | | RFI #2153-R2 No Cost | No Cost | | |
| CO #223 | | RFI #2135 No Cost | No Cost | | |
| CO #224 | | RFI #2244 No Cost | No Cost | | |
| CO #225 | | RFI #2235 | $ 807.00 | | |
| CO #226 | | RFI #2245 Not priced yet | $ - | | |
| CO #227 | | PCI #1183 | $ 3,475.00 | | |
| CO #228 | | RFI #1273 | | | |
| CO #229 | | PCI #1005 INT TM TICKET | $ 1,937.00 | Complete | |
| CO #230 | | PCI #666 TM TICKETS | $ 11,415.00 | Complete | |
| CO #231 | | Replace Fan Belt TM Ticket | $ 650.00 | Complete | |
| CO #232 | EWO #439 | PCI #950 | $ 496.00 | Complete | |
| CO #233 | EWO #460 | PCI #986 Added Semco Panel | $ 8,322.00 | Complete | |
| CO #234 | | RFI #1924 | | | |
| CO #235 | | 2nd Qrt 2022 Wage Diff | $ 20,152.83 | Complete | |
| CO #236 | | RFI #02371 | | | |
| CO #237 | | RFI #2090 R3 | $ 4,910.00 | | |
| CO #238 | | Lev 1 and Lev B1 Ext | $ 39,501.00 | 80% Complete | |
| CO #239 | | Added (3) Fire Dampers | $ 2,589.00 | Complete | |
| CO #240 | EWO #586 | 1810-R1 | | | |
| CO #241 | | Cost to label ductwork | $ 16,004.00 | 80% Complete | |
| CO #242 | | Louver Blank Off | $ 991.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CO #243 | EWO #583 | RFI #2405 | $ | 2,011.00 | | |
| CO #244 | EWO #383 | 2022 3rd Qrt Wage Diff | $ | 25,532.49 | Complete | |
| CO #245 | ASI #33 | | $ | 6,977.00 | | |
| CO #246 | | RFI #2523 R1 | $ | 832.00 | | |
| CO #247 | | TM Ticket #6979 PCI #1503 | $ | 461.00 | Complete | |
| CO #248 | | Lobby Bathrooms | $ | 897.00 | | |
| CO #249 | | Task #568 | $ | 1,979.00 | | |
| CO #250 | | | | | | |
| CO #251 | | | | | | |
| CO #252 | | | | | | |

$      3,126,576.18

**Fill in this information to identify the case:**

Debtor name        **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Ford Credit**
Creditor's Name

**Box 220564**
**Pittsburgh, PA 15257**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Ford F150**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$20,276.37**    Value of collateral: **$24,908.00**

**2.2  Ford Credit**
Creditor's Name

**Box 220564**
**Pittsburgh, PA 15257**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2018 Ford F150**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$14,453.27**    Value of collateral: **$15,526.00**

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | | | |
|---|---|---|---|---|

Creditor's Name

**Box 220564**
**Pittsburgh, PA 15257**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Ford F150**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,485.76    $18,702.00

---

| 2.4 | **Kia Finance America** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650805**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Kia Sportage**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,012.76    $18,515.00

---

| 2.5 | **U.S. Small Business Administration** | | | |
|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Rd.**
**Fort Worth, TX 76155-2243**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Repayment begins 2024**

**Is the creditor an insider or related party?**
■ No

$2,000,000.00    $16,597,314.19

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                      Case number (if known) _____
      Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **WSFS** | | Describe debtor's property that is subject to a lien | $6,261,515.37 | $16,597,314.19 |
|---|---|---|---|---|---|

Creditor's Name

**300 Delaware Ave.**
**Wilmington, DE 19801**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **WSFS** | | Describe debtor's property that is subject to a lien | $606,159.90 | $16,597,314.19 |
|---|---|---|---|---|---|

Creditor's Name

**300 Delaware Ave.**
**Wilmington, DE 19801**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **WSFS** | Describe debtor's property that is subject to a lien | $212,683.09 | $16,597,314.19 |
|---|---|---|---|---|

---

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**

Name

Case number (if known) _____

_____
Creditor's Name

**300 Delaware Ave.**
**Wilmington, DE 19801**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $9,147,586.52 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**ALEX R MARSHALL**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $648.00 | $648.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**ALWARD L. BARNARD**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $770.00 | $770.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | Quality Heating & Air-Conditioning Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.00 | $420.00 |
|---|---|---|---|---|

**AMIEL JOE**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**ANTHONY J MIRABELLA**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**ANTHONY W HENRY**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**AUDREY M WOELFEL**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known)
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,353.60 | $1,353.60 |

**AZBER ORTIZ**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.80 | $472.80 |

**BLANE R. KING**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.00 | $676.00 |

**BRAD T SIMPERS**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.00 | $456.00 |

**BRANDON L. MIDGETTE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**
_____
Name

Case number (if known) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.16 | $1,706.16 |
|---|---|---|---|---|

**BRET D SIMPERS**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $396.00 |
|---|---|---|---|---|

**BRET M CURLEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,248.00 | $1,248.00 |
|---|---|---|---|---|

**BRIAN J. SPEDDEN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
|---|---|---|---|---|

**BRIAN L. HIGH**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                     Case number (if known)
                    Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,316.88 | $1,316.88 |

**BRIAN W. VENDRICK**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**CALVIN L HOSKIN**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |

**CARL A. ANTON**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**CHARLES E WALLS**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | $624.00 |
|---|---|---|---|---|

**CHASE M STUMPF**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $804.00 | $804.00 |
|---|---|---|---|---|

**CHRIS A. BOND**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|---|---|---|---|---|

**CHRIS PUPILLO**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |
|---|---|---|---|---|

**CHRISTOPHER C COLE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
         Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.00 | $924.00 |
|---|---|---|---|---|

**CHRISTOPHER C. POZZI**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.88 | $1,394.88 |
|---|---|---|---|---|

**CHRISTOPHER D. COOK**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**CHRISTOPHER E JOHNSON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,696.56 | $1,696.56 |
|---|---|---|---|---|

**CHRISTOPHER J. PALMER**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known)
    Name

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,299.51 | $11,299.51 |
|---|---|---|---|---|

**Comptroller of Maryland**
**Revenue Administration Division**
**110 Carroll St.**
**Annapolis, MD 21411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/2020, 11/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.00 | $434.00 |
|---|---|---|---|---|

**CORY R OBER**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,491.60 | $1,491.60 |
|---|---|---|---|---|

**DAMIEN A. SMITH**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**DAMON R. LASHLEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
          Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.56 | $1,354.56 |
|------|------|------|------|------|

**DANIEL A ANDINO**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.00 | $1,296.00 |

**DANIEL E RAYNE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,353.12 | $1,353.12 |

**DANNY O GUZMAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**DARRELL G DOWNES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Quality Heating & Air-Conditioning Company, Inc.**      Case number (if known) _____
        Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.20 | $1,051.20 |
|------|---|---|---|---|

**DASHAWN F FRANCIS**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|------|---|---|---|---|

**DAVID A TYLER, JR**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|------|---|---|---|---|

**DAVID E. CORNETT, II**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $708.00 | $708.00 |
|------|---|---|---|---|

**DAVID J. DRISCOLL**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____

Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |
|---|---|---|---|---|

**DAVID L. BOURDON**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | $624.00 |
|---|---|---|---|---|

**DAVID M. CERNOS**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.00 | $312.00 |
|---|---|---|---|---|

**DAVID R CAMACHO**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**DAVID S BARRACLOUGH**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                     Case number (if known)

Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.66 | $1,735.66 |

**DENNY L DONALDSON**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.00 | $444.00 |

**DEONTE L HARRELL**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**DERIS ABRAHAM GUDEIL**
**BERNAL**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.00 | $616.00 |

**DEVON I. EMORY-BROWN**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,347.36 | $1,347.36 |
| --- | --- | --- | --- | --- |
| | **DEWAYNE M. JACKSON** | Check all that apply. | | |
| | **31 Brookside Drive** | ☐ Contingent | | |
| | **Wilmington, DE 19804** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.08 | $1,354.08 |
| --- | --- | --- | --- | --- |
| | **DOLORES R NAVARRETE** | Check all that apply. | | |
| | **31 Brookside Drive** | ☐ Contingent | | |
| | **Wilmington, DE 19804** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
| --- | --- | --- | --- | --- |
| | **DONALD J PHILLIPS** | Check all that apply. | | |
| | **31 Brookside Drive** | ☐ Contingent | | |
| | **Wilmington, DE 19804** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.00 | $312.00 |
| --- | --- | --- | --- | --- |
| | **EDUARDO ROJAS-ALVAREZ** | Check all that apply. | | |
| | **31 Brookside Drive** | ☐ Contingent | | |
| | **WILMINGTON, DE 19804** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.51 | Priority creditor's name and mailing address<br>**EDWIN FLORES**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $1,380.00   $1,380.00

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.52 | Priority creditor's name and mailing address<br>**EDWIN G SANTIAGO**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** |

As of the petition filing date, the claim is: $312.00   $312.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.53 | Priority creditor's name and mailing address<br>**ERNESTO R GONZALEZ**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** |

As of the petition filing date, the claim is: $1,426.32   $1,426.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.54 | Priority creditor's name and mailing address<br>**GERALD V BARNETT**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** |

As of the petition filing date, the claim is: $696.00   $696.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                          Case number (if known) _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,520.00 | $2,520.00 |

**H. ADAM WAHL, III**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |

**HEATHER A. PIERCE**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.00 | $612.00 |

**JAMES E HARGRAVES**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**JAMES R BABB**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
_____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $894.00 | $894.00 |
|---|---|---|---|---|
| | **JAMES R. PINGITORE**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,610.88 | $1,610.88 |
|---|---|---|---|---|
| | **JAMES S. CALWELL VI**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $852.00 | $852.00 |
|---|---|---|---|---|
| | **JASON E. HAMMOND**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $574.00 | $574.00 |
|---|---|---|---|---|
| | **JEREMY B. DEPUTY**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number (if known)
                Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,381.68 | $1,381.68 |

**JERMAINE D HUMPHREY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $812.00 | $812.00 |

**JERRY W DUNIVAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,832.16 | $1,832.16 |

**JESS A. JAMIESON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $560.00 |

**JOHN A DOLLARD**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
         Name

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$896.00** | **$896.00** |

**JOHN D. CRONIN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$792.00** | **$792.00** |

**JOHNNIE H. HOWELL**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,426.32** | **$1,426.32** |

**JOSE L MOSCOSO LINARES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$600.00** |

**JOSEPH A DIPIERRO**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                     Case number (if known) _____
     Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**JOSEPH E KOZLOWSKI**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.00 | $1,212.00 |
|---|---|---|---|---|

**JOSEPH E. TIGUE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**JOSHUA J SANDSTROM**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $336.00 |
|---|---|---|---|---|

**JOSHUA L GARCIA**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
_____
Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.00 | $1,212.00 |
|---|---|---|---|---|

**JOSHUA O. NELSON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.08 | $1,354.08 |
|---|---|---|---|---|

**JUAN C SANCHEZ**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,109.28 | $1,109.28 |
|---|---|---|---|---|

**JUVER ALEXANDER NAVARRETE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |
|---|---|---|---|---|

**JUVER ANTONIO NAVARRETE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known)
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,202.16 | $1,202.16 |

**KAMERYN R STARKEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.48 | $1,470.48 |

**KENNETH D HUBBARD**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |

**KENNETH E JONES, JR**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**KENNETH W STEPP**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known)
         Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,078.56 | $1,078.56 |

**KEVIN A NAVARRETE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.00 | $678.00 |

**KEVIN L. STEWARD**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**KEVIN R WHITE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $384.00 |

**KEVYN A FLORES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.00 | $336.00 |
|---|---|---|---|---|

**KYLE D MORALES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.00 | $770.00 |
|---|---|---|---|---|

**KYLE P PIAZZA**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.00 | $504.00 |
|---|---|---|---|---|

**KYLE S ATCHISON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.00 | $784.00 |
|---|---|---|---|---|

**KYLE W KUCHARSKI**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.91** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.00 | $616.00

**LARRY SAVAGE, JR**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $1,440.00

**LAWRENCE V. BOULDEN**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.68 | $1,123.68

**LEROY J SIMS**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,542.24 | $1,542.24

**MARK A. ANTONIO**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
         Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $708.00 | $708.00 |
|------|---|---|---|---|

**MARTIN T GERBER**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|------|---|---|---|---|

**MATTHEW A CONWAY**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.36 | $1,425.36 |
|------|---|---|---|---|

**MAURICE E. WILLIAMS**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|------|---|---|---|---|

**MAURICE M MOODY II**
**31 Brookside Drive**
**Wilmington, DE 19804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**MELVIS A NAVARRETE**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.56 | $1,354.56 |
|---|---|---|---|---|

**MICHAEAL DELOYA**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |
|---|---|---|---|---|

**MICHAEL A FLAHERTY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |
|---|---|---|---|---|

**MICHAEL A MILLER**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,711.92 | $1,711.92 |

**MICHAEL A. LUX**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.00 | $744.00 |

**MICHAEL B HUBER**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |

**MICHAEL C BRANNAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**NATHAN B. CECELIA**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
          Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**NERY LEONARD AGUILAR**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**NICHOLAS A. SERGE**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**NICHOLAS A. SMITH**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**NICHOLAS P MADDOX**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
      Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.00 | $792.00 |
|---|---|---|---|---|

**PATRICK M. GRUBB**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.80 | $1,306.80 |
|---|---|---|---|---|

**QUINCY W JACKSON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.20 | $1,363.20 |
|---|---|---|---|---|

**QUINTON W JACKSON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**RAYMOND L DIEHL**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**                Case number (if known) _____

Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |

**RICARDO GARCIA-BERNAL**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |

**RICARDO MARTINEZ GALVA**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,731.84 | $1,731.84 |

**RICHARD S BIB**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.00 | $798.00 |

**ROBERT B. SOBIESKI**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.00 | $784.00 |

**ROBERT E. CARNEY**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.64 | $1,700.64 |

**ROBERT L. LEASURE III**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $696.00 | $696.00 |

**ROBERT P. SINCLAIR**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |

**ROBERT T HAWKES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
                    Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $408.00 | $408.00 |
|---|---|---|---|---|
| | **ROBERTO C CARBALLO**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,354.56 | $1,354.56 |
|---|---|---|---|---|
| | **ROLLER DIAZ-TORRES**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $576.00 | $576.00 |
|---|---|---|---|---|
| | **RONALD E GROTON**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $720.00 | $720.00 |
|---|---|---|---|---|
| | **RUBEN ARNALDO GARZA ERAZO**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
          Name

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.08 | $1,720.08 |

**RYAN S. PERGEORELIS**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |

**SCOTT W SMITH**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,224.00 | $1,224.00 |

**SEAN N. HICKEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |

**SEAN P DURNAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $528.00 | $528.00 |
|---|---|---|---|---|
| | **SETH C THOMAS**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,064.00 | $1,064.00 |
|---|---|---|---|---|
| | **SHANNON P. IRRGANG**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $888.00 | $888.00 |
|---|---|---|---|---|
| | **SHILOH H FROMAL**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,416.24 | $1,416.24 |
|---|---|---|---|---|
| | **SIMON L BELTRAN**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number (if known) _____
　　　　　Name

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.00 | $876.00 |

**STANLEY RUFFIN**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,780.80 | $1,780.80 |

**STEPHEN E. DRIESBACH**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $442.00 |

**STEPHEN T WILLIS**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,428.72 | $1,428.72 |

**STEVEN A. COFFMAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known)
         Name

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.96 | $1,350.96 |

**STEVEN P MAI**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.60 | $1,461.60 |

**STEVEN WOLINSKI 2ND**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |

**STUART D EYLER**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.00 | $744.00 |

**TAMMY L. ANTON**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                Case number (if known) _____
_____
Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.00 | $816.00 |
|---|---|---|---|---|

2.143 | Priority creditor's name and mailing address

**THOMAS A. CASSIDY, IV**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:        $816.00    $816.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.144 | Priority creditor's name and mailing address

**THOMAS J HAWKES**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:        $528.00    $528.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.145 | Priority creditor's name and mailing address

**THOMAS M YONTS**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:        $840.00    $840.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.146 | Priority creditor's name and mailing address

**THOMAS R BAKER,III**
**31 Brookside Drive**
**WILMINGTON, DE 19804**

As of the petition filing date, the claim is:        $1,359.36    $1,359.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known)

Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,622.40 | $1,622.40 |
|---|---|---|---|---|

**TIMOTHY S. QUINN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.00 | $552.00 |
|---|---|---|---|---|

**TORRANCE KELLY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|

**TYLEAR R BENJAMIN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.00 | $828.00 |
|---|---|---|---|---|

**VICTOR M. FLORES**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
　　　　　Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $720.00 | $720.00 |
|---|---|---|---|---|

**VINCENT C ANTONIO**
**31 Brookside Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,466.64 | $1,466.64 |
|---|---|---|---|---|

**VINCENT W MONTGOMERY**
**31 Brookside Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,402.32 | $1,402.32 |
|---|---|---|---|---|

**WALMER BARAHONA**
**31 Brookside Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $576.00 | $576.00 |
|---|---|---|---|---|

**WARREN IVEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                          Case number (if known)
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,352.88 | $1,352.88 |

2.155 | Priority creditor's name and mailing address

**WILFREDO W ESTRADA
31 Brookside Drive
Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$1,352.88    $1,352.88

---

2.156 | Priority creditor's name and mailing address

**WILLIAM A COHEN
31 Brookside Drive
Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$1,310.96    $1,310.96

---

2.157 | Priority creditor's name and mailing address

**WILLIAM B. HALL, III
31 Brookside Drive
Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$612.00    $612.00

---

2.158 | Priority creditor's name and mailing address

**WILLIAM H. KERN
31 Brookside Drive
Wilmington, DE 19804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$768.00    $768.00

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
          Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,266.00 | $1,266.00 |

**WILLIAM H. O'HOP**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.00 | $936.00 |

**WILLIAM M CURLEY**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $864.00 | $864.00 |

**WILLIAM T. HUDSON,III**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,452.00 | $1,452.00 |

**WILLIAM T. RYAN**
**31 Brookside Drive**
**Wilmington, DE 19804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**2.163** Priority creditor's name and mailing address

**YANGEL ORTIZ**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,353.60   $1,353.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.164** Priority creditor's name and mailing address

**ZACHARY M JONES**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$480.00   $480.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.165** Priority creditor's name and mailing address

**ZAVADYAH T COX**
**31 Brookside Drive**
**Wilmington, DE 19804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$768.00   $768.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Advanced Thermal**
**601 N. Hammonds Ferry Rd**
**Suite F-J**
**Linthicum Heights, MD 21090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

**3.2** Nonpriority creditor's name and mailing address

**Aerial Crane**
**P.O. Box 178**
**Parsonsburg, MD 21849**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,248.80

---

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.20 |

**Allied Trailers**
P.O. Box 427
Savage, MD 20763-0427

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,783.07 |

**Allied Waste Services**
P.O. Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.01 |

**Artesian Water Co., Inc.**
P.O. Box 15069
Wilmington, DE 19886-5069

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.75 |

**Austin & Pruitt Fire & Safety**
2 Brookside Drive
Wilmington, DE 19804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,583.46 |

**Bost Filtrex**
949 King Ave
Columbus, OH 43212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,625.00 |

**Brookside Properties LLC**
31 Brookside Dr.
Wilmington, DE 19804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,809.87 |

**Broudy Precision**
9 Union Hill Road
Conshohocken, PA 19428

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**                     Case number (if known) _____

       Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,138.73 |
|---|---|---|---|

**Capital Hardware Supply**
P.O. Box 563
Bedford Park, IL 60499-0563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.00 |
|---|---|---|---|

**Clark & Sons, Inc. Overhead Doors**
314 E. Ayre Street
Wilmington, DE 19804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.50 |
|---|---|---|---|

**Cohen Seglias Pallas Greenhall**
1600 Market Street
32nd Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,000.00 |
|---|---|---|---|

**Combustion Service & Equipment**
2016 Babcock Blvd
Pittsburgh, PA 15209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Comcast Cable**
P.O. Box 3001
Southeastern, PA 19398-3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**D'Amato & Laspada, LLC**
1415 Foulk Road
Suite109
Wilmington, DE 19803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**David Waters & Sons**
1862 Graves Road
Hockessin, DE 19707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**               Case number *(if known)* _____
         Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |
|---|---|---|---|

**DE Department Of Transport**
**Delaware Ezpass Payment Ctr**
**P.O. Box 697**
**Dover, DE 19903-0697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,183.12 |
|---|---|---|---|

**Delmarva Power**
**P.O. Box 13609**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,846.00 |
|---|---|---|---|

**Delren HVAC, Inc.**
**141 Shreve Ave**
**Barrington, NJ 08007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,709.02 |
|---|---|---|---|

**DFC Industries, Inc.**
**4 Bellecor Drive**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,140.00 |
|---|---|---|---|

**E. F. Siegfried Co., Inc.**
**1811 Walnut Avenue**
**Oreland, PA 19075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,742.60 |
|---|---|---|---|

**East Coast Fasteners Inc**
**1 Copper Drive**
**Unit 11**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273,019.00 |
|---|---|---|---|

**Eastern Industrial Services**
**196 Quigley Blvd**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Quality Heating & Air-Conditioning Company, Inc.**                    Case number (if known) _____
      Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,877.99 |

**Eastern Lift Truck Co., Inc.**
**P.O. Box 307**
**Maple Shade, NJ 08052-0307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,010.00 |

**EMS Supply LLC**
**P.O. Box 48**
**Westville, NJ 08093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,386.00 |

**Energy Transfer Solutions Inc.**
**1220 Ward Ave**
**Suite 300**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,552.00 |

**Engineered Air, Inc.**
**44a Tuckahoe Road**
**Marmora, NJ 08223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,645.00 |

**F.C. Clifford, Inc.**
**1101 Edison Highway**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,997.57 |

**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.76 |

**Ferguson Enterprises, Inc.**
**P. O. Box 644054**
**Fei #1393**
**Pittsburgh, PA 15264-4054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____
        Name

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,024.00** |
|---|---|---|---|

**Finnegan Associates, Inc.**
**P.O. Box 143**
**Perkasie, PA 18944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,500.25** |
|---|---|---|---|

**Flash Funding, LLC**
**Assignee For Revolve Training**
**P.O. Box 224507**
**Dallas, TX 75222-4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,580.00** |
|---|---|---|---|

**Fourthgen, Inc**
**506 N. Ramunno Drive**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,901.63** |
|---|---|---|---|

**G and E Welding Supply**
**281 Airport Road**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,614.00** |
|---|---|---|---|

**General Aire**
**115 N. 5th Street**
**P.O. Box 110**
**Darby, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,181.02** |
|---|---|---|---|

**Gordon, Fournaris & Mammerella Attorneys**
**1925 Lovering Avenue**
**Wilmington, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,032.20** |
|---|---|---|---|

**Gripple, Inc.**
**1611 Emily Lane**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**H&B Engineered Products, Inc.**
**12500 Baltimore Ave**
**Unit F**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,960.11** |

**Havtech**
**P.O. Box 37031**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,293.30** |

**Highmark Delaware**
**P.O.Box 382162**
**Pittsburgh, PA 15251-8162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,252.12** |

**Hilti, Inc.**
**P.O.Box 70299**
**Philadelphia, PA 19176-0299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,631.47** |

**Hilyard's, Inc.**
**1616 Newport Gap Pike**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,192.60** |

**HMS Insurance Associates**
**P.O. Box 325**
**Cockeysville, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,999.19** |

**Horace A. Wahl, Jr.**
**3801 Valley Brook Dr.**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
         Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,404.00 |
|---|---|---|---|

**Horace A. Wahl, Jr. - Trust**
**3801 Valley Brook Dr.**
**Wilmington, DE 19808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337,270.23 |
|---|---|---|---|

**John F. Scanlan, Inc.**
**1238-46 Belmont Avenue**
**Philadelphia, PA 19104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**K-Ven, Inc.**
**407 Main St.**
**Spotswood, NJ 08884**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.96 |
|---|---|---|---|

**Keen Compressed Gas**
**P.O. Box 15151**
**Wilmington, DE 19850-5151**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,777.66 |
|---|---|---|---|

**Kimberly Blake Properties, LLC**
**c/o GB Registered Agents Inc.**
**47 W. Belmont Dr.**
**Hockessin, DE 19707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.36 |
|---|---|---|---|

**Lyon, Conklin & Co., Inc. Ferguson Enter**
**P.O. Box 827066**
**Philadelphia, PA 19182-7066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Maryland Safe Zones**
**P.O. Box 17648**
**  MD 21296-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.00** |
| | **Maryland Transportation Auth** | ☐ Contingent | |
| | **P.O. Box 12853** | ☐ Unliquidated | |
| | **Philadelphia, PA 19176-0853** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,286.46** |
| | **Maryland Transportation Auth** | ☐ Contingent | |
| | **P.O. Box 12853** | ☐ Unliquidated | |
| | **Philadelphia, PA 19176-0853** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,425.70** |
| | **McDonald Safety Equipment** | ☐ Contingent | |
| | **581 Copper Drive** | ☐ Unliquidated | |
| | **Wilmington, DE 19804** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.88** |
| | **McMaster Carr Company** | ☐ Contingent | |
| | **P. O. Box 7690** | ☐ Unliquidated | |
| | **Chicago, IL 60680-7690** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,943.92** |
| | **Midwest Metal Products** | ☐ Contingent | |
| | **P.O. Box 8800** | ☐ Unliquidated | |
| | **Michigan City, IN 46361** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$611.64** |
| | **Mobile Mini** | ☐ Contingent | |
| | **4646 E Van Buren St** | ☐ Unliquidated | |
| | **Phoenix, AZ 85008** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
| | **Montgomery County Safe Speed** | ☐ Contingent | |
| | **P.O. Box 10549** | ☐ Unliquidated | |
| | **Rockville, MD 20849-0549** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)* _____
_____
          Name

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $241.54 |

**MSC Industrial Supply CO., Inc.**
**515 Broadhollow Rd.**
**Ste. 1000**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $839,732.28 |

**N. B. Handy**
**P.O. Box 11407**
**Dept #1653**
**Birmingham, AL 35246-1653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,363.47 |

**Nefco Corporation**
**P.O. Box 1701**
**Bridgeport, CT 06601-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,101.25 |

**Peninsula Technical Services**
**P.O. Box 149**
**Delmar, DE 19940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,925.97 |

**Penske Truck Leasing Co. L.P.**
**P.O. Box 563**
**Reading, PA 19603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136,974.26 |

**Phoenix Metals-Duct**
**1920 Portal St.**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $307.50 |

**Power Tech Equipment Repair, LLC**
**505 Blue Ball Rd.**
**Elkton, MD 21921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____
     Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.57 |
|---|---|---|---|

**Print-O-Stat**
**P. O. Box 15055**
**York, PA 17405-7055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,204.83 |
|---|---|---|---|

**Production Products, Inc.**
**30500 Potomac Way**
**Charlotte Hall, MD 20622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.43 |
|---|---|---|---|

**Quench USA, Inc**
**P.O. Box 735777**
**Dallas, TX 75373-5777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,062.50 |
|---|---|---|---|

**R.P. Machine, LLC**
**906 Stillwater Rd.**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173,182.00 |
|---|---|---|---|

**Robert M. Hilberts, Inc.**
**1013 Conshohocken Road**
**P. O. Box 548**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,632.49 |
|---|---|---|---|

**Roberts Oxygen**
**P,O, Box 5507**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,113.00 |
|---|---|---|---|

**S.J. Rafferty**
**2144 Priest Bridge Court**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**
_____    Case number (if known)    _____
Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.80 |
|---|---|---|---|

**Sage CRE Forms**
**PO box 230578**
**Portland, OR 97281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $920.00 |
|---|---|---|---|

**Schneider Trailer And Container**
**P.O. Box 8904**
**Newark, DE 19714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.90 |
|---|---|---|---|

**Seton Identification Products**
**P. O. Box 95904**
**Chicago, IL 60694-5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $792.54 |
|---|---|---|---|

**Skywork Equipment Rental**
**2407 Market St.**
**Aston, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,392.63 |
|---|---|---|---|

**Spiral Fittings Inc.**
**349 Gapway Road**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239,442.07 |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,954.46 |
|---|---|---|---|

**Superior Equipment Rental Co.**
**36 Germay Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Quality Heating & Air-Conditioning Company, Inc.**     Case number (if known) _____
<br>Name

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$75.00** |

**Town Of Dagsboro**
**P.O. Box 420**
**Dagsboro, DE 19939**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$103,212.60** |

**Tradesmen International, LLC**
**P.O. Box 842227**
**Boston, MA 02284-2227**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$18,538.61** |

**Tri-Steel Corp.**
**512 Swedesboro Avenue**
**Swedesboro, NJ 08085**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$11,015.00** |

**Uep Northeast**
**1787 Sentry Parkway West**
**Bldg. 18 Suite 130**
**Blue Bell, PA 19422**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$1,503.98** |

**Uline**
**PO Box 88741**
**Attn: Accounts Receivable**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$73,375.00** |

**United Energy Products**
**1610 Professional Blvd**
**Suite K**
**Crofton, MD 21114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$12,514.29** |

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Quality Heating & Air-Conditioning Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,147.49**

**Unlimited Services Available**
**P.O. Box 768**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$328.13**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,449.19**

**W. W. Grainger, Inc.**
**Dept. 808057541**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,925.00**

**Wahl Properties, LLC**
**31 Brookside Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,673.75**

**Waldron Of Maryland, Inc.**
**P.O. Box 72230**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.25**

**West Health Advocate Solutions**
**P.O. Box 561509**
**Denver, CO 80256-1509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.54**

**WSFS**
**P.O. Box 729**
**Claymont, DE 19703-0729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number (if known) _____
        Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 165,619.25 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,345,525.47 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,511,144.72 |

**Fill in this information to identify the case:**

Debtor name    **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** |
| State the term remaining | |
| List the contract number of any government contract | **Ariosa & Co., LLC**<br>**16 Stenerson Lane**<br>**Hunt Valley, MD 21030** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** |
| State the term remaining | |
| List the contract number of any government contract | **Bancroft Construction Company**<br>**1300 N Grant Ave #101**<br>**Wilmington, DE 19806** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** |
| State the term remaining | |
| List the contract number of any government contract | **Bell Contractors, LLC**<br>**941 Mercantile Drive**<br>**Hanover, MD 21076** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** |
| State the term remaining | |
| List the contract number of any government contract | **Bellevue Contractors LLC**<br>**909 Delaware Ave.**<br>**Wilmington, DE 19806** |

Debtor 1    **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

<span style="background:#4a1a4a">　　　　</span>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for 11,13 & 16 Brookside Dr. Wilmington, DE 19804** | |
| State the term remaining — **1 year** | |
| List the contract number of any government contract | **Brookside Properties LLC 31 Brookside Dr. Wilmington, DE 19804** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for 22 Brookside Dr., Building A, Wilmington DE 19805** | |
| State the term remaining | |
| List the contract number of any government contract | **C&S Properties LLC 24 Brookside Dr. Wilmington, DE 19805** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **See attached schedule** | |
| State the term remaining | |
| List the contract number of any government contract | **Denver-Elek, Inc. 8860 Kelso Drive Baltimore, MD 21221-3111** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **See attached schedule** | |
| State the term remaining | |
| List the contract number of any government contract | **Emjay Engineering & Const. Co. 1706 Whitehead Road Gwynn Oak, MD 21207** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **See attached schedule** | |
| State the term remaining | |
| List the contract number of any government contract | **Flo Mechanical 507 Baxter Court Hockessin, DE 19707-1916** |

Debtor 1    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **G. E. Tignall & Co., Inc.**<br>**14 Mccann Avenue**<br>**Cockeysville, MD 21030** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Genesis Engineers, Inc.**<br>**One Sentry Parkway**<br>**Blue Bell, PA 19422** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Heer Bros, Inc.**<br>**7500 Energy Parkway**<br>**Curtis Bay, MD 21226** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 31 Brookside Drive, Wilmington DE 19804** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Horace A. Wahl, Jr.**<br>**3801 Valley Brook Dr.**<br>**Wilmington, DE 19804** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Horton Mechanical Contractors Inc.**<br>**7909 Philadelphia Rd**<br>**Baltimore, MD 21237-2619** |

Debtor 1   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)* _____
           First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **J. F. Fischer, Inc.** |
| | List the contract number of any government contract | | **7909 Philadelphia Road** **Baltimore, MD 21237-2694** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **Jeffrey Brown Contracting, LLC** |
| | List the contract number of any government contract | | **400 E. Joppa Road** **Towson, MD 21286** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **John R. Crocker Mechanical** |
| | List the contract number of any government contract | | **304 Melfield Avenue** **Easton, MD 21601** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **Joseph M. Zimmer, Inc.** |
| | List the contract number of any government contract | | **2225 Northwood Drive** **Salisbury, MD 21801** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **Joseph T. Richardson, Inc.** |
| | List the contract number of any government contract | | **P. O. Box 269** **Harrington, DE 19952** |

Debtor 1    **Quality Heating & Air-Conditioning Company, Inc.**

     First Name         Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest **See attached schedule** State the term remaining List the contract number of any government contract | **Kirlin Mid Atlantic LLC** **515 Dover Road** **Rockville, MD 20850** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest **See attached schedule** State the term remaining List the contract number of any government contract | **M. Davis & Sons, Inc.** **227 Daylessford Court** **Kennett Square, PA 19348** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest **See attached schedule** State the term remaining List the contract number of any government contract | **Miles Ahead Sheetmetal, LLC** **Po Box 47426** **Windsor Mill, MD 21244** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest **Lease for** **2019 Liftgate Tuk-a-way** **2014 Liftgate Tuk-a-way** **2016  Freightliner M2 106** **2020 International MV 607** **2015 Supreme Dry Freight Aluminum Van** **2019 Supreme Dry Freight Aluminum Van** State the term remaining List the contract number of any government contract | **Penske Truck Leasing Co. L.P.** **P.O. Box 563** **Reading, PA 19603** |

Debtor 1    **Quality Heating & Air-Conditioning Company, Inc.**                     Case number *(if known)* _____
       First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See attached schedule<br><br><br>**Phillips Way<br>2901 Dede Rd, Suite A<br>Finksburg, MD 21048** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See attached schedule<br><br><br>**R. G. Degli Obizzi & Sons, Inc.<br>400 Robinson Lane<br>Wilmington, DE 19805** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See attached schedule<br><br><br>**Rommel Cranston<br>601 Nursery Road<br>Linthicum Heights, MD 21090** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See attached schedule<br><br><br>**Skanska Usa Building Inc.<br>Mid-Atlantic Division<br>518 E Township Line Rd.<br>Blue Bell, PA 19422** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See attached schedule<br><br><br>**Southern Mechanical Inc.<br>2607 Annapolis Road<br>Baltimore, MD 21230** |

Debtor 1    **Quality Heating & Air-Conditioning Company, Inc.**

      First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — See attached schedule<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stokitsupply Company, Inc.**<br>**9714 Marriottsville Road**<br>**Randallstown, MD 21133** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — See attached schedule<br><br>State the term remaining<br><br>List the contract number of any government contract | **Temp Air Company, Inc.**<br>**51 Gwynns Mill Court**<br>**Owings Mills, MD 21117** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — See attached schedule<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Whiting-Turner Contracting Co.**<br>**300 E Joppa Rd.**<br>**Baltimore, MD 21286** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — Lease for 21, 25&27 Brookside Dr., Wilmington DE 19804<br><br>State the term remaining — 1 year<br><br>List the contract number of any government contract | **Wahl Properties, LLC**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — Lease for 2214 W. Zion Road, Salisbury MD 21801<br><br>State the term remaining<br><br>List the contract number of any government contract | **Wahl Properties, LLC**<br>**31 Brookside Drive**<br>**Wilmington, DE 19804** |

Debtor 1   **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)*  _____
           First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **Wayman Fire Protection, Inc.** |
| | List the contract number of any government contract | | **403 Meco Drive** |
| | | | **Wilmington, DE 19804** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **See attached schedule** | |
|---|---|---|---|
| | State the term remaining | | **World Wide Corp.** |
| | List the contract number of any government contract | | **2126 Airsquith Street** |
| | | | **Baltimore, MD 21218** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 8 of 8

| NAME | OPEN JOBS |
|---|---|
| Ariosa & Co., LLC | CHURCH CHURCH OF RESURRECTION |
| | GUARDIAN REALTY BLDG |
| | PORT DISCOVERY |
| | |
| Bancroft Construction Company | GRANT AVENUE HVAC REPLACEMENT |
| | LONGWOOD IMAGINED |
| | |
| Bell Contractors, LLC | NIH BLDG 10E-WING RENO |
| | |
| Bellevue Contractors, LLC | HUNT VALLEY-BUSINESS |
| | BOA DEERFIELD PHOTO |
| | DFS CANON PRINTER |
| | |
| Denver-Elek, Inc. | SAMUEL COLERIDGE TAYLOR ES |
| | JHBMC-CAFE RENOVATION |
| Emjay Engineering & Const. Co. | |
| | ST. JOES MED-PERIOP |
| | UMMC-CSP INFRASTRUCTURE |
| | GBMC-PROMISE PROJECT |
| | JHU-WYMAN CHANGE ORDER |
| | MEDSTAR-NIA 7T |
| | SINAI HOSP.-OUTPATIENT |
| | UM-REHAB & OUTPATIENT |
| | UMBC SOUTH CAMPUS AHU |
| | |
| Flo Mechanical | UC-WARNER HALL |
| | U OF D-LIBRARY ANNEX |
| | 519 N MARKET ST HOTEL |
| | CLAYMONT REGIONAL |
| | SPRING MILL LAB |

| NAME | OPEN JOBS |
|---|---|
| | HOCK. COLORED SCHOOL |
| | FINTECH |
| | UNION HOSP.-MATERNAL |
| | ENCOMPASS REHAB |
| | |
| G. E. Tignall & Co., Inc. | BERKSHIRE ELEMENTARY SCHOOL |
| | JOPPATOWNE HIGH SCHOOL |
| | UMB RAC RENEWAL |
| | |
| Genesis Engineers, Inc. | MERK PH #3 & 4 |
| | |
| Heer Bros, Inc. | HARTFORD HEIGHTS-SHARP |
| | MONTEBELLO CHANGE ORDER |
| | |
| Horton Mechanical Contractors Inc. | GUILFORD WATER RES. |
| | |
| J. F. Fischer, Inc. | HIGHLANDTOWN ES |
| | VERIZON PREST. AHU |
| | VERIZON PRESTON GENERATOR |
| | VERIZON-EASTON |
| | VERIZON-SEVERNA PARK |
| | |
| Jeffrey Brown Contracting, LLC | NIA BAYVIEW QUENCH VENT |
| | |
| John R. Crocker Mechanical | CHESAPEAKE BAY-MARITIME |
| | EASTON UTILITIES-CREW |
| | QUEEN ANNE'S YMCA |
| | |
| | |
| Joseph M. Zimmer, Inc. | PARKSIDE HIGH SCHOOL |

| NAME | OPEN JOBS |
|------|-----------|
| | UMES SCHOOL OF PHARMACY |
| | FERRY COVE OYSTER |
| | OCEAN CITY CONVENTION CTR |
| | PRMC AZURION CATH LAB #1 |
| | PRMC-CANCER CTR CLEAN RM |
| | PRMC-TIDAL HEALTH CHILD PSYCH |
| | 701 SAVANNAH |
| | EASTON UTILITIES OFFICE |
| | EASTON ELEM SCHO-DOBSON |
| | PRMC-CAP 3 FITOUT |
| | STEPHEN DECATUR MS |
| | TIDAL HEALTH-LINEARACCELER |
| | WOR-WIC COLLAGE-APPLIED |
| | BEEBE HOSP.-LINAC REPLAC |
| | BEEBE MILFORD-MOB 2ND FL |
| | BEEBE HOSP.-PHARMACY |
| | BEEBE HOSP.-AC-6 ROLLINS |
| | BEEBE HOSP.-SHAW BLD. GME |
| | BAYHEALTH-ENDOSCOPY |
| | BAYHEALTH SUSSEX HOSP.-LDR |
| | CHIPMAN ELEM. SCHOOL |
| | CHOPTANK FASSETT MED |
| | INLET VIEW CAMPGROUND |
| | NANTICOKE HOSP.-HISTOLOGY LAB |
| | TH NANTICOKE HOSP WOUND |
| | ROSS APARTMENTS |
| | SOMERSET CNTY-HEALTH DEP |
| | WICOMICO HIGH SCHOOL |
| | ALOFT |
| | NANTICOKE HOSP.- LINAC |

| NAME | OPEN JOBS |
|---|---|
| | |
| Joseph T. Richardson, Inc. | |
| | BEEBE HOSP.-MILLVILLE |
| | DOVER FIRE DEPT #2 |
| | |
| | DAFB-B846 AFRC OFFICE |
| | SUSSEX COUNTY EMERGENCY |
| | BAYLOR WCI AHU REPLACE |
| | DELAWARE AGRICULTURAL MUSEMUM |
| | DAFB-BLDG. 201 |
| | DSU WARREN FRANLKIN HALL |
| | SOMERSET CNTY HOSP.-GYM |
| | DEARNG SMYRNA READINESS |
| | SOUTHERN ELEM SCHOOL |
| | STOCKLEY CHAPEL BLDG |
| | WBS-BOILER #3 |
| | WBS-CAFE HVAC |
| | WBS-GYM HVAC |
| | WORCESTER COUNTY JAIL |
| | |
| Kirlin Mid Atlantic LLC | AFFRI BLD #47 & #43 |
| | |
| M. Davis & Sons, Inc. | DUPONT E304 B WING |
| | OATLY MILLVILLE |
| | OCUGEN |
| | |
| Miles Ahead Sheetmetal, LLC | UMMC-CHILD & ADOLESCENT PSYC |
| | MONTEBELLO ES& MS GMP II |
| | UMB-ENVIRONMENTAL HEALTH |
| | |

| NAME | OPEN JOBS |
|---|---|
| Phillips Way | NORTH COUNTY HIGH |
| | WILEY BATES MID SCH |
| | |
| R. G. Degli Obizzi & Sons, Inc. | BEEBE HOSP-PHARM. |
| | WILM. HOSP-DENTAL SUITE |
| | NEWARK SENIOR CENTER LIVING |
| | |
| | UofD-DRAKE HALL |
| | ACTS MANOR HOUSE |
| | BAYHEALTH - STERILE PROCESSING |
| | CSD TWO INTERCONNECTED MS |
| | THE LODGE@ HISTORIC LEWES |
| | MT CUBA |
| | JHBMC-CAFE RENOVATION |
| | SAMUEL COLERIDGE TAYLOR ES |
| | GORE ELK MILL |
| | |
| Rommel Cranston | |
| | TU WEST VILLAGE HOUSING |
| | WASHINGTON COLL - NEW ACADEMIC |
| | SALISBURY UNIV.-BISTRO |
| | SALISBURY UNIVERS.-WAYNE ST |
| | UMMS - CAMBRIDGE |
| | |
| Skanska Usa Building Inc. | UD WORRILOW |
| | |
| Southern Mechanical Inc. | HARBOR HOSP.-PAREXEL 4TH FLR. |
| | HARBOR HOSP.-PARAXEL 7 |
| | |
| Stokitsupply Company, Inc. | RIPPLING WOOD ES |

| NAME | OPEN JOBS |
|---|---|
| | |
| Temp Air Company, Inc. | |
| | UMMC CPS INFRASTRUCTURE 695 |
| | GSS PAVILION 1 S1421 |
| | WYMAN PARK BLDG |
| | TOWSON UNIV.-WASHINGTON AVE |
| | JHU APL BUILDING MP3 |
| | MIDTOWN CT EXPANSION |
| | UMBC-SI PASS & COMPUTER |
| | SWANN CREEK |
| | |
| The Whiting-Turner Contracting Co. | WILM. HOSP.-RADIOLOGY 2N61 |
| | MARIS GROVE 3.2 UNIT 207 |
| | |
| Wayman Fire Protection, Inc. | 3M RACKS |
| | |
| World Wide Corp. | HAMMOND HIGH SCHOOL |

**Fill in this information to identify the case:**

Debtor name    **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Quality Heating & Air-Conditioning Company, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,630,110.27** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$27,207,522.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$27,283,443.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment** | | **See Attachment** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Horace Adam Wahl, III**<br>**312 Detjen Dr.**<br>**Hockessin, DE 19707**<br>**President** | | **$262,626.36** | **Salary** |
| 4.2. **Kimberly B Wahl**<br>**312 Detjen Dr.**<br>**Hockessin, DE 19707**<br>**Legal consultant** | | **$13,409.33** | **Salary** |
| 4.3. **Blake Wahl**<br>**312 Detjen Dr.**<br>**Hockessin, DE 19707** | | **$6,432.00** | **Office assistant** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tony R. Lopez v. Quality Heating & Air Conditioning Co. Inc.**<br>**W191937** | **Workers' Compensation** | **Workers' Compensation Commission**<br>**10 East Baltimore St.**<br>**Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **DEL-MAR-VA Council**<br>**Boyscouts of America**<br>**1910 Baden Powell Way**<br>**Dover, DE 19904**<br><br>Recipients relationship to debtor | **Sporting Clays Fall Classic** | **9/13/2022** | **$3,000.00** |
| 9.2. **DEL-MAR-VA Council**<br>**Boyscouts of America**<br>**1910 Baden Powell Way**<br>**Dover, DE 19904**<br><br>Recipients relationship to debtor | **Sporting Clays Fall Classic** | **9/2021** | **$3,000.00** |
| 9.3. **Lacross Unlimited**<br>**200 Heartland Blvd**<br>**Brentwood, NY 11717**<br><br>Recipients relationship to debtor | | | **$1,202.80** |
| 9.4. **Premier 1 Events**<br>**141 Liberty St.**<br>**Deer Park, NY 11729**<br><br>Recipients relationship to debtor | | **6/10/2022** | **$495.00** |
| 9.5. **Delaware Rifle & Pistol Club**<br>**508 Belmont Ave**<br>**Wilmington, DE 19804**<br><br>Recipients relationship to debtor | | **8/19/2021** | **$1,500.00** |

Debtor   **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **American Heart Association 7272 Greenville Ave. Dallas, TX 75231** | | 2/22/2021 | $2,500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.7. | **Sussex Central HS Field Hockey** | | 9/15/2022 | $515.00 |
| | **Recipients relationship to debtor** | | | |
| 9.8. | **Boys & Girls Clubs Of Delaware 699 S. Union Street Wilmington, DE 19805** | **Fore the Kids** | 2/14/2022 | $2,500.00 |
| | **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC 1201 N. Orange St. Suite 300 Wilmington, DE 19801** | | 2/10/2023 | $75,000.00 |
| | **Email or website address rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **D'amato & Laspada, LLC**<br>**1415 Foulk Road**<br>**Suite109**<br>**Wilmington, DE 19803** | | | **$23,385.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Gellert Scali Busenkell &**<br>**Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **3/17/2023** | **$76,717.00** |
| | Email or website address<br>**rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                   Case number *(if known)*

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Voya** | EIN:  **51-0120001** |

Has the plan been terminated?
- ■ No
- ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **WSFS**<br>**300 Delaware Ave.**<br>**Wilmington, DE 19801** | **XXXX-2726** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/8/2022** | **$50,437.22** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **D'amato & Laspada, LLC**<br>**1415 Foulk Road**<br>**Suite109**<br>**Wilmington, DE 19803** | **1/2015 - present** |
| 26a.2.   **Heather Pierce**<br>**835 Broadfield Dr.**<br>**Newark, DE 19713** | **1/2016- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Wheeler Wolfenden and Delaware, CPA**<br>**4550 Linden Hill Road, Suite 201**<br>**Wilmington, DE 19808** | **2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.   **Captive Resources**<br>**1100 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | |
| 26d.2.   **HMS Insurance Associates**<br>**20 Wight Ave.**<br>**Suite 300**<br>**Cockeysville, MD 21030** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**                     Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Brian Spedden** | **1/31/2023** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Quality Heating & Air-Conditioning Co.**<br>**31 Brookside Dr.**<br>**Wilmington, DE 19804** | | |
| 27.2. | **Brian Spedden** | **3/21/2023** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Quality Heating & Air-Conditioning Co.** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Horace Adam Wahl, III** | **312 Detjen Dr.**<br>**Hockessin, DE 19707** | **President** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

Debtor    **Quality Heating & Air-Conditioning Company, Inc.**          Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Voya | EIN:    51-0120001 |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3 / 27 / 2023

_____          **Horace Adam Wahl, III**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    Page 1
System Date: 03-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **BLUE10** | **HIGHMARK DELAWARE** | | | | | | | | |
| 230113443772 | Check | PNC BANK | 20001 | 03-24-2023 | 124,217.41 | 124,217.41 | | | |
| 230210237793 | Check | PNC BANK | 20001 | 03-24-2023 | 122,288.91 | 122,288.91 | | | |
| | | | | Vendor Totals | 246,506.32* | 246,506.32* | .00* | .00* | .00* |
| **CLIFF10** | **F.C. CLIFFORD, INC.** | | | | | | | | |
| 25403 | Check | PNC BANK | 3 | 03-15-2023 | 15,445.00 | 15,445.00 | | | |
| 25404 | Check | PNC BANK | 3 | 03-15-2023 | 8,750.00 | 8,750.00 | | | |
| 25456 | Check | PNC BANK | 3 | 03-15-2023 | 30,000.00 | 30,000.00 | | | |
| 25481 | Check | PNC BANK | 3 | 03-15-2023 | 3,585.00 | 3,585.00 | | | |
| 25544 | Check | PNC BANK | 3 | 03-15-2023 | 22,000.00 | 22,000.00 | | | |
| 25683 | Check | PNC BANK | 3 | 03-15-2023 | 2,080.00 | 2,080.00 | | | |
| 25728 | Check | PNC BANK | 3 | 03-15-2023 | 37,610.00 | 37,610.00 | | | |
| 25729 | Check | PNC BANK | 3 | 03-15-2023 | 3,100.00 | 3,100.00 | | | |
| 25747 | Check | PNC BANK | 3 | 03-15-2023 | 14,860.00 | 14,860.00 | | | |
| 25786 | Check | PNC BANK | 3 | 03-15-2023 | 1,780.00 | 1,780.00 | | | |
| 25787 | Check | PNC BANK | 3 | 03-15-2023 | 4,395.00 | 4,395.00 | | | |
| 25852 | Check | PNC BANK | 3 | 03-15-2023 | 520.00 | 520.00 | | | |
| 25902 | Check | PNC BANK | 3 | 03-15-2023 | 1,750.00 | 1,750.00 | | | |
| 25939 | Check | PNC BANK | 3 | 03-15-2023 | 685.00 | 685.00 | | | |
| 25947 | Check | PNC BANK | 3 | 03-15-2023 | 5,820.00 | 5,820.00 | | | |
| 25959 | Check | PNC BANK | 3 | 03-15-2023 | 11,670.00 | 11,670.00 | | | |
| 25961 | Check | PNC BANK | 3 | 03-15-2023 | 4,800.00 | 4,800.00 | | | |
| 26011 | Check | PNC BANK | 3 | 03-15-2023 | 330.00 | 330.00 | | | |
| 26051 | Check | PNC BANK | 3 | 03-15-2023 | 68,750.00 | 68,750.00 | | | |
| 26052 | Check | PNC BANK | 3 | 03-15-2023 | 3,100.00 | 3,100.00 | | | |
| 26053 | Check | PNC BANK | 3 | 03-15-2023 | 2,360.00 | 2,360.00 | | | |
| 26054 | Check | PNC BANK | 3 | 03-15-2023 | 5,670.00 | 5,670.00 | | | |
| 26062 | Check | PNC BANK | 3 | 03-15-2023 | 3,000.00 | 3,000.00 | | | |
| 26093 | Check | PNC BANK | 3 | 03-15-2023 | 4,500.00 | 4,500.00 | | | |
| 26100 | Check | PNC BANK | 3 | 03-15-2023 | 800.00 | 800.00 | | | |
| 26135 | Check | PNC BANK | 3 | 03-15-2023 | 6,900.00 | 6,900.00 | | | |
| 26148 | Check | PNC BANK | 3 | 03-15-2023 | 2,185.00 | 2,185.00 | | | |
| 26158 | Check | PNC BANK | 3 | 03-15-2023 | 2,045.00 | 2,045.00 | | | |
| 26243 | Check | PNC BANK | 3 | 03-15-2023 | 495.00 | 495.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **CLIFF10** | **F.C. CLIFFORD, INC.** | | | | | | | | |
| 26244 | Check | PNC BANK | 3 | 03-15-2023 | 1,150.00 | 1,150.00 | | | |
| 26337 | Check | PNC BANK | 3 | 03-15-2023 | 780.00 | 780.00 | | | |
| 26356 | Check | PNC BANK | 3 | 03-15-2023 | 660.00 | 660.00 | | | |
| 26357 | Check | PNC BANK | 3 | 03-15-2023 | 2,165.00 | 2,165.00 | | | |
| 26381 | Check | PNC BANK | 3 | 03-15-2023 | 6,000.00 | 6,000.00 | | | |
| 25747-B | Check | PNC BANK | 3 | 03-15-2023 | 12,140.00 | 12,140.00 | | | |
| | | | | Vendor Totals | 291,880.00* | 291,880.00* | .00* | .00* | .00* |
| **dama10** | **D'AMATO & LASPADA, LLC** | | | | | | | | |
| 55783 | Check | PNC BANK | 4 | 03-15-2023 | 23,385.00 | 23,385.00 | | | |
| **DEGL20** | **DEGLIOBIZZI BROTHERS LLC** | | | | | | | | |
| 16 | Check | PNC BANK | 16 | 03-15-2023 | 502,916.67 | 502,916.67 | | | |
| **ecoa10** | **EAST COAST FASTENERS INC** | | | | | | | | |
| 35028 | Check | PNC BANK | 1010 | 03-17-2023 | 8,125.00 | 8,125.00 | | | |
| 35652 | Check | PNC BANK | 1010 | 03-17-2023 | 113.28 | 113.28 | | | |
| 35675 | Check | PNC BANK | 1010 | 03-17-2023 | 2,160.40 | 2,160.40 | | | |
| 35676 | Check | PNC BANK | 1010 | 03-17-2023 | 712.00 | 712.00 | | | |
| 35681 | Check | PNC BANK | 1010 | 03-17-2023 | 33.50 | 33.50 | | | |
| 35682 | Check | PNC BANK | 1010 | 03-17-2023 | 1,897.50 | 1,897.50 | | | |
| 35690 | Check | PNC BANK | 1010 | 03-17-2023 | 305.10 | 305.10 | | | |
| 35693 | Check | PNC BANK | 1010 | 03-17-2023 | 118.50 | 118.50 | | | |
| 35714 | Check | PNC BANK | 1010 | 03-17-2023 | 165.00 | 165.00 | | | |
| 35720 | Check | PNC BANK | 1010 | 03-17-2023 | 54.30 | 54.30 | | | |
| 35722 | Check | PNC BANK | 1010 | 03-17-2023 | 612.00 | 612.00 | | | |
| 35723 | Check | PNC BANK | 1010 | 03-17-2023 | 107.60 | 107.60 | | | |
| 35724 | Check | PNC BANK | 1010 | 03-17-2023 | 493.20 | 493.20 | | | |
| 35744 | Check | PNC BANK | 1010 | 03-17-2023 | 3,486.30 | 3,486.30 | | | |
| 35747 | Check | PNC BANK | 1010 | 03-17-2023 | 83.00 | 83.00 | | | |
| 35751 | Check | PNC BANK | 1010 | 03-17-2023 | 1,530.00 | 1,530.00 | | | |
| 35754 | Check | PNC BANK | 1010 | 03-17-2023 | 129.50 | 129.50 | | | |
| 35757 | Check | PNC BANK | 1010 | 03-17-2023 | 415.75 | 415.75 | | | |
| 35758 | Check | PNC BANK | 1010 | 03-17-2023 | 113.65 | 113.65 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ecoa10** | **EAST COAST FASTENERS INC** | | | | | | | | |
| 35759 | Check | PNC BANK | 1010 | 03-17-2023 | 29.65 | 29.65 | | | |
| 35771 | Check | PNC BANK | 1010 | 03-17-2023 | 312.22 | 312.22 | | | |
| 35791 | Check | PNC BANK | 1010 | 03-17-2023 | 114.50 | 114.50 | | | |
| 35804 | Check | PNC BANK | 1010 | 03-17-2023 | 2,260.20 | 2,260.20 | | | |
| 35808 | Check | PNC BANK | 1010 | 03-17-2023 | 124.25 | 124.25 | | | |
| 35809 | Check | PNC BANK | 1010 | 03-17-2023 | 1,410.00 | 1,410.00 | | | |
| 35811 | Check | PNC BANK | 1010 | 03-17-2023 | 306.90 | 306.90 | | | |
| 35813 | Check | PNC BANK | 1010 | 03-17-2023 | 672.00 | 672.00 | | | |
| 35815 | Check | PNC BANK | 1010 | 03-17-2023 | 3,905.00 | 3,905.00 | | | |
| 35816 | Check | PNC BANK | 1010 | 03-17-2023 | 164.40 | 164.40 | | | |
| 35817 | Check | PNC BANK | 1010 | 03-17-2023 | 34.30 | 34.30 | | | |
| 35822 | Check | PNC BANK | 1010 | 03-17-2023 | 281.95 | 281.95 | | | |
| 35824 | Check | PNC BANK | 1010 | 03-17-2023 | 69.60 | 69.60 | | | |
| 35826 | Check | PNC BANK | 1010 | 03-17-2023 | 188.50 | 188.50 | | | |
| 35828 | Check | PNC BANK | 1010 | 03-17-2023 | 50.60 | 50.60 | | | |
| 35846 | Check | PNC BANK | 1010 | 03-17-2023 | 92.80 | 92.80 | | | |
| 35866 | Check | PNC BANK | 1010 | 03-17-2023 | 572.40 | 572.40 | | | |
| 35869 | Check | PNC BANK | 1010 | 03-17-2023 | 77.70 | 77.70 | | | |
| 35870 | Check | PNC BANK | 1010 | 03-17-2023 | 23.80 | 23.80 | | | |
| 35886 | Check | PNC BANK | 1010 | 03-17-2023 | 3,205.62 | 3,205.62 | | | |
| 35888 | Check | PNC BANK | 1010 | 03-17-2023 | 3,012.00 | 3,012.00 | | | |
| 35891 | Check | PNC BANK | 1010 | 03-17-2023 | 17.15 | 17.15 | | | |
| 35893 | Check | PNC BANK | 1010 | 03-17-2023 | 2,535.75 | 2,535.75 | | | |
| 35894 | Check | PNC BANK | 1010 | 03-17-2023 | 1,463.00 | 1,463.00 | | | |
| 35903 | Check | PNC BANK | 1010 | 03-17-2023 | 154.85 | 154.85 | | | |
| 35904 | Check | PNC BANK | 1010 | 03-17-2023 | 2,491.98 | 2,491.98 | | | |
| 35916 | Check | PNC BANK | 1010 | 03-17-2023 | 3,202.13 | 3,202.13 | | | |
| 35925 | Check | PNC BANK | 1010 | 03-17-2023 | 712.00 | 712.00 | | | |
| 35929 | Check | PNC BANK | 1010 | 03-17-2023 | 659.78 | 659.78 | | | |
| 35930 | Check | PNC BANK | 1010 | 03-17-2023 | 98.75 | 98.75 | | | |
| 35935 | Check | PNC BANK | 1010 | 03-17-2023 | 90.00 | 90.00 | | | |
| 35944 | Check | PNC BANK | 1010 | 03-17-2023 | 2,539.50 | 2,539.50 | | | |
| 35945 | Check | PNC BANK | 1010 | 03-17-2023 | 43.92 | 43.92 | | | |
| 35957 | Check | PNC BANK | 1010 | 03-17-2023 | 97.15 | 97.15 | | | |

# Paid Invoice Register

QH&A CO., INC.

03-27-2023        Page 4
System Date: 03-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ecoa10** | **EAST COAST FASTENERS INC** | | | | | | | | |
| 35958 | Check | PNC BANK | 1010 | 03-17-2023 | 522.00 | 522.00 | | | |
| 35963 | Check | PNC BANK | 1010 | 03-17-2023 | 300.30 | 300.30 | | | |
| 35980 | Check | PNC BANK | 1010 | 03-17-2023 | 742.50 | 742.50 | | | |
| 35981 | Check | PNC BANK | 1010 | 03-17-2023 | 1,408.00 | 1,408.00 | | | |
| 35985 | Check | PNC BANK | 1010 | 03-17-2023 | 98.75 | 98.75 | | | |
| 35987 | Check | PNC BANK | 1010 | 03-17-2023 | 1,978.38 | 1,978.38 | | | |
| 36000 | Check | PNC BANK | 1010 | 03-17-2023 | 1,328.60 | 1,328.60 | | | |
| 36005 | Check | PNC BANK | 1010 | 03-17-2023 | 919.00 | 919.00 | | | |
| 36007 | Check | PNC BANK | 1010 | 03-17-2023 | 107.96 | 107.96 | | | |
| 36038 | Check | PNC BANK | 1010 | 03-17-2023 | 1,330.00 | 1,330.00 | | | |
| 36039 | Check | PNC BANK | 1010 | 03-17-2023 | 1,330.00 | 1,330.00 | | | |
| 36055 | Check | PNC BANK | 1010 | 03-17-2023 | 67.00 | 67.00 | | | |
| 36063 | Check | PNC BANK | 1010 | 03-17-2023 | 165.00 | 165.00 | | | |
| 36073 | Check | PNC BANK | 1010 | 03-17-2023 | 2,466.66 | 2,466.66 | | | |
| 36087 | Check | PNC BANK | 1010 | 03-17-2023 | 156.71 | 156.71 | | | |
| 36094 | Check | PNC BANK | 1010 | 03-17-2023 | 198.00 | 198.00 | | | |
| 36115 | Check | PNC BANK | 1010 | 03-17-2023 | 350.80 | 350.80 | | | |
| 36129 | Check | PNC BANK | 1010 | 03-17-2023 | 1,693.00 | 1,693.00 | | | |
| 36142 | Check | PNC BANK | 1010 | 03-17-2023 | 289.50 | 289.50 | | | |
| 36151 | Check | PNC BANK | 1010 | 03-17-2023 | 103.80 | 103.80 | | | |
| 36154 | Check | PNC BANK | 1010 | 03-17-2023 | 1,161.60 | 1,161.60 | | | |
| 36167 | Check | PNC BANK | 1010 | 03-17-2023 | 162.30 | 162.30 | | | |
| 36170 | Check | PNC BANK | 1010 | 03-17-2023 | 301.20 | 301.20 | | | |
| 36171 | Check | PNC BANK | 1010 | 03-17-2023 | 742.50 | 742.50 | | | |
| 36176 | Check | PNC BANK | 1010 | 03-17-2023 | 150.30 | 150.30 | | | |
| 36199 | Check | PNC BANK | 1010 | 03-17-2023 | 136.20 | 136.20 | | | |
| 36209 | Check | PNC BANK | 1010 | 03-17-2023 | 1,787.95 | 1,787.95 | | | |
| 36210 | Check | PNC BANK | 1010 | 03-17-2023 | 1,540.00 | 1,540.00 | | | |
| 36213 | Check | PNC BANK | 1010 | 03-17-2023 | 27.25 | 27.25 | | | |
| 36220 | Check | PNC BANK | 1010 | 03-17-2023 | 2,860.00 | 2,860.00 | | | |
| 36227 | Check | PNC BANK | 1010 | 03-17-2023 | 137.45 | 137.45 | | | |
| 36228 | Check | PNC BANK | 1010 | 03-17-2023 | 258.00 | 258.00 | | | |
| 36229 | Check | PNC BANK | 1010 | 03-17-2023 | 516.00 | 516.00 | | | |
| 36235 | Check | PNC BANK | 1010 | 03-17-2023 | 581.80 | 581.80 | | | |

# Paid Invoice Register

QH&A CO., INC.

03-27-2023          Page 5
System Date: 03-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ecoa10** | **EAST COAST FASTENERS INC** | | | | | | | | |
| 36236 | Check | PNC BANK | 1010 | 03-17-2023 | 1,812.63 | 1,812.63 | | | |
| 36239 | Check | PNC BANK | 1010 | 03-17-2023 | 428.70 | 428.70 | | | |
| 36246 | Check | PNC BANK | 1010 | 03-17-2023 | 583.00 | 583.00 | | | |
| 36248 | Check | PNC BANK | 1010 | 03-17-2023 | 1,177.75 | 1,177.75 | | | |
| 36249 | Check | PNC BANK | 1010 | 03-17-2023 | 1,064.00 | 1,064.00 | | | |
| 36254 | Check | PNC BANK | 1010 | 03-17-2023 | 192.30 | 192.30 | | | |
| 36256 | Check | PNC BANK | 1010 | 03-17-2023 | 71.70 | 71.70 | | | |
| 36257 | Check | PNC BANK | 1010 | 03-17-2023 | 98.75 | 98.75 | | | |
| 36258 | Check | PNC BANK | 1010 | 03-17-2023 | 373.65 | 373.65 | | | |
| 36259 | Check | PNC BANK | 1010 | 03-17-2023 | 293.50 | 293.50 | | | |
| 36260 | Check | PNC BANK | 1010 | 03-17-2023 | 683.59 | 683.59 | | | |
| 36266 | Check | PNC BANK | 1010 | 03-17-2023 | 58.05 | 58.05 | | | |
| 36271 | Check | PNC BANK | 1010 | 03-17-2023 | 328.80 | 328.80 | | | |
| 36273 | Check | PNC BANK | 1010 | 03-17-2023 | 289.50 | 289.50 | | | |
| 36284 | Check | PNC BANK | 1010 | 03-17-2023 | 190.50 | 190.50 | | | |
| 36287 | Check | PNC BANK | 1010 | 03-17-2023 | 247.50 | 247.50 | | | |
| 36295 | Check | PNC BANK | 1010 | 03-17-2023 | 215.50 | 215.50 | | | |
| 36300 | Check | PNC BANK | 1010 | 03-17-2023 | 105.26 | 105.26 | | | |
| 36318 | Check | PNC BANK | 1010 | 03-17-2023 | 161.25 | 161.25 | | | |
| 36322 | Check | PNC BANK | 1010 | 03-17-2023 | 350.75 | 350.75 | | | |
| 36335 | Check | PNC BANK | 1010 | 03-17-2023 | 516.00 | 516.00 | | | |
| 36336 | Check | PNC BANK | 1010 | 03-17-2023 | 252.00 | 252.00 | | | |
| 36344 | Check | PNC BANK | 1010 | 03-17-2023 | 657.60 | 657.60 | | | |
| 36368 | Check | PNC BANK | 1010 | 03-17-2023 | 72.75 | 72.75 | | | |
| 36369 | Check | PNC BANK | 1010 | 03-17-2023 | 4,770.00 | 4,770.00 | | | |
| 36372 | Check | PNC BANK | 1010 | 03-17-2023 | 1,540.00 | 1,540.00 | | | |
| 36380 | Check | PNC BANK | 1010 | 03-17-2023 | 2,860.00 | 2,860.00 | | | |
| 36394 | Check | PNC BANK | 1010 | 03-17-2023 | 257.98 | 257.98 | | | |
| 36395 | Check | PNC BANK | 1010 | 03-17-2023 | 1,058.00 | 1,058.00 | | | |
| 36406 | Check | PNC BANK | 1010 | 03-17-2023 | 136.50 | 136.50 | | | |
| 36407 | Check | PNC BANK | 1010 | 03-17-2023 | 136.50 | 136.50 | | | |
| 36413 | Check | PNC BANK | 1010 | 03-17-2023 | 774.00 | 774.00 | | | |
| 36415 | Check | PNC BANK | 1010 | 03-17-2023 | 5,014.25 | 5,014.25 | | | |
| 36425 | Check | PNC BANK | 1010 | 03-17-2023 | 14.33 | 14.33 | | | |

# Paid Invoice Register

QH&A CO., INC.

03-27-2023    Page 6
System Date: 03-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ecoa10** | **EAST COAST FASTENERS INC** | | | | | | | | |
| 36430 | Check | PNC BANK | 1010 | 03-17-2023 | 175.40 | 175.40 | | | |
| 36431 | Check | PNC BANK | 1010 | 03-17-2023 | 18.85 | 18.85 | | | |
| 36438 | Check | PNC BANK | 1010 | 03-17-2023 | 98.75 | 98.75 | | | |
| 36440 | Check | PNC BANK | 1010 | 03-17-2023 | 801.05 | 801.05 | | | |
| 36441 | Check | PNC BANK | 1010 | 03-17-2023 | 1,015.95 | 1,015.95 | | | |
| 36449 | Check | PNC BANK | 1010 | 03-17-2023 | 641.40 | 641.40 | | | |
| 36478 | Check | PNC BANK | 1010 | 03-17-2023 | 597.52 | 597.52 | | | |
| | | | | Vendor Totals | 107,723.95* | 107,723.95* | .00* | .00* | .00* |
| **EPIQ10** | **EPIQ** | | | | | | | | |
| 10031 | Check | PNC BANK | 10031 | 03-24-2023 | 25,000.00 | 25,000.00 | | | |
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8486274 | Check | PNC BANK | 9 | 03-15-2023 | 563.06 | 563.06 | | | |
| 8488184 | Check | PNC BANK | 9 | 03-15-2023 | 85.04 | 85.04 | | | |
| 8488363 | Check | PNC BANK | 9 | 03-15-2023 | 3,610.00 | 3,610.00 | | | |
| 8489296 | Check | PNC BANK | 9 | 03-15-2023 | 348.06 | 348.06 | | | |
| 8490385 | Check | PNC BANK | 9 | 03-15-2023 | 135.48 | 135.48 | | | |
| 8491239 | Check | PNC BANK | 9 | 03-15-2023 | 14,699.91 | 14,699.91 | | | |
| 8491272 | Check | PNC BANK | 9 | 03-15-2023 | 61.00 | 61.00 | | | |
| 8491564 | Check | PNC BANK | 9 | 03-15-2023 | 8.67 | 8.67 | | | |
| 8491719 | Check | PNC BANK | 9 | 03-15-2023 | 14,931.00 | 14,931.00 | | | |
| 8492367 | Check | PNC BANK | 9 | 03-15-2023 | 768.00 | 768.00 | | | |
| 8492424 | Check | PNC BANK | 9 | 03-15-2023 | 828.00 | 828.00 | | | |
| 8492465 | Check | PNC BANK | 9 | 03-15-2023 | 611.62 | 611.62 | | | |
| 8492619 | Check | PNC BANK | 9 | 03-15-2023 | 22,805.82 | 22,805.82 | | | |
| 8492640 | Check | PNC BANK | 9 | 03-15-2023 | 760.80 | 760.80 | | | |
| 8492718 | Check | PNC BANK | 9 | 03-15-2023 | 10,033.24 | 10,033.24 | | | |
| 8492908 | Check | PNC BANK | 9 | 03-15-2023 | 4,825.34 | 4,825.34 | | | |
| 8493404 | Check | PNC BANK | 9 | 03-15-2023 | 4,466.45 | 4,466.45 | | | |
| 8493507 | Check | PNC BANK | 9 | 03-15-2023 | 311.15 | 311.15 | | | |
| 8493515 | Check | PNC BANK | 9 | 03-15-2023 | 66.04 | 66.04 | | | |
| 8493527 | Check | PNC BANK | 9 | 03-15-2023 | 50.20 | 50.20 | | | |
| 8493760 | Check | PNC BANK | 9 | 03-15-2023 | 66.05 | 66.05 | | | |

# Paid Invoice Register

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8493853 | Check | PNC BANK | 9 | 03-15-2023 | 1,125.00 | 1,125.00 | | | |
| 8494001 | Check | PNC BANK | 9 | 03-15-2023 | 214.70 | 214.70 | | | |
| 8494141 | Check | PNC BANK | 9 | 03-15-2023 | 7,632.93 | 7,632.93 | | | |
| 8494345 | Check | PNC BANK | 9 | 03-15-2023 | 26,409.13 | 26,409.13 | | | |
| 8494439 | Check | PNC BANK | 9 | 03-15-2023 | 540.00 | 540.00 | | | |
| 8494478 | Check | PNC BANK | 9 | 03-15-2023 | 5,604.80 | 5,604.80 | | | |
| 8495026 | Check | PNC BANK | 9 | 03-15-2023 | 12,531.60 | 12,531.60 | | | |
| 8495036 | Check | PNC BANK | 9 | 03-15-2023 | 1,682.09 | 1,682.09 | | | |
| 8495078 | Check | PNC BANK | 9 | 03-15-2023 | 848.12 | 848.12 | | | |
| 8495555 | Check | PNC BANK | 9 | 03-15-2023 | 3,998.89 | 3,998.89 | | | |
| 8495633 | Check | PNC BANK | 9 | 03-15-2023 | 239.64 | 239.64 | | | |
| 8495649 | Check | PNC BANK | 9 | 03-15-2023 | 97.60 | 97.60 | | | |
| 8495838 | Check | PNC BANK | 9 | 03-15-2023 | 107.73 | 107.73 | | | |
| 8496429 | Check | PNC BANK | 9 | 03-15-2023 | 591.54 | 591.54 | | | |
| 8496507 | Check | PNC BANK | 9 | 03-15-2023 | 2,325.50 | 2,325.50 | | | |
| 8496511 | Check | PNC BANK | 9 | 03-15-2023 | 1,229.29 | 1,229.29 | | | |
| 8496515 | Check | PNC BANK | 9 | 03-15-2023 | 95.37 | 95.37 | | | |
| 8497332 | Check | PNC BANK | 9 | 03-15-2023 | 3,467.37 | 3,467.37 | | | |
| 8497702 | Check | PNC BANK | 9 | 03-15-2023 | 24.04 | 24.04 | | | |
| 8497709 | Check | PNC BANK | 9 | 03-15-2023 | 381.80 | 381.80 | | | |
| 8497825 | Check | PNC BANK | 9 | 03-15-2023 | 28,373.73 | 28,373.73 | | | |
| 8498409 | Check | PNC BANK | 9 | 03-15-2023 | 2,309.45 | 2,309.45 | | | |
| 8498410 | Check | PNC BANK | 9 | 03-15-2023 | 450.00 | 450.00 | | | |
| 8498411 | Check | PNC BANK | 9 | 03-15-2023 | 1,209.61 | 1,209.61 | | | |
| 8498412 | Check | PNC BANK | 9 | 03-15-2023 | 671.52 | 671.52 | | | |
| 8498623 | Check | PNC BANK | 9 | 03-15-2023 | 1,984.00 | 1,984.00 | | | |
| 8498857 | Check | PNC BANK | 9 | 03-15-2023 | 10,793.25 | 10,793.25 | | | |
| 8498869 | Check | PNC BANK | 9 | 03-15-2023 | 468.26 | 468.26 | | | |
| 8498967 | Check | PNC BANK | 9 | 03-15-2023 | 228.51 | 228.51 | | | |
| 8499087 | Check | PNC BANK | 9 | 03-15-2023 | 41.53 | 41.53 | | | |
| 8500317 | Check | PNC BANK | 9 | 03-15-2023 | 72.50 | 72.50 | | | |
| 8500318 | Check | PNC BANK | 9 | 03-15-2023 | 277.23 | 277.23 | | | |
| 8501164 | Check | PNC BANK | 9 | 03-15-2023 | 10,071.24 | 10,071.24 | | | |
| 8501174 | Check | PNC BANK | 9 | 03-15-2023 | 119.82 | 119.82 | | | |

# Paid Invoice Register

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8501238 | Check | PNC BANK | 9 | 03-15-2023 | 20,090.04 | 20,090.04 | | | |
| 8501752 | Check | PNC BANK | 9 | 03-15-2023 | 77.34 | 77.34 | | | |
| 8501979 | Check | PNC BANK | 9 | 03-15-2023 | 388.00 | 388.00 | | | |
| 8501981 | Check | PNC BANK | 9 | 03-15-2023 | 66.20 | 66.20 | | | |
| 8501982 | Check | PNC BANK | 9 | 03-15-2023 | 1,121.56 | 1,121.56 | | | |
| 8502299 | Check | PNC BANK | 9 | 03-15-2023 | 1,594.00 | 1,594.00 | | | |
| 8502497 | Check | PNC BANK | 9 | 03-15-2023 | 10.68 | 10.68 | | | |
| 8503787 | Check | PNC BANK | 9 | 03-15-2023 | 22,446.66 | 22,446.66 | | | |
| | | | | **Vendor Totals** | **252,047.20\*** | **252,047.20\*** | **.00\*** | **.00\*** | **.00\*** |
| **PNCB10** | **PNC BANK NA** | | | | | | | | |
| 14 | Check | PNC BANK | 14 | 03-14-2023 | 4.50 | 4.50 | | | |
| 15 | Check | PNC BANK | 15 | 03-14-2023 | 4.50 | 4.50 | | | |
| 17 | Check | PNC BANK | 17 | 03-14-2023 | 4.50 | 4.50 | | | |
| 18 | Check | PNC BANK | 18 | 03-07-2023 | 85.48 | 85.48 | | | |
| 03132023 | Check | PNC BANK | 1011 | 03-21-2023 | 85.48 | 85.48 | | | |
| | | | | **Vendor Totals** | **184.46\*** | **184.46\*** | **.00\*** | **.00\*** | **.00\*** |
| **PROD10** | **PRODUCTION PRODUCTS, INC.** | | | | | | | | |
| 151822 | Check | PNC BANK | 20003 | 03-24-2023 | 262.39 | 262.39 | | | |
| 151920 | Check | PNC BANK | 20003 | 03-24-2023 | 9,800.00 | 9,800.00 | | | |
| 151996 | Check | PNC BANK | 20003 | 03-24-2023 | 19,600.00 | 19,600.00 | | | |
| 152052 | Check | PNC BANK | 20003 | 03-24-2023 | 170.12 | 170.12 | | | |
| 152056 | Check | PNC BANK | 20003 | 03-24-2023 | 1,416.62 | 1,416.62 | | | |
| 152134 | Check | PNC BANK | 20003 | 03-24-2023 | 265.62 | 265.62 | | | |
| 152295 | Check | PNC BANK | 20003 | 03-24-2023 | 197.46 | 197.46 | | | |
| 152512 | Check | PNC BANK | 20003 | 03-24-2023 | 1,423.50 | 1,423.50 | | | |
| 152572 | Check | PNC BANK | 20003 | 03-24-2023 | 616.59 | 616.59 | | | |
| 152607 | Check | PNC BANK | 20003 | 03-24-2023 | 655.47 | 655.47 | | | |
| 152757 | Check | PNC BANK | 20003 | 03-24-2023 | 5,745.45 | 5,745.45 | | | |
| 152829 | Check | PNC BANK | 20003 | 03-24-2023 | 9,800.00 | 9,800.00 | | | |
| 152987 | Check | PNC BANK | 20003 | 03-24-2023 | 1,182.33 | 1,182.33 | | | |
| 153069 | Check | PNC BANK | 20003 | 03-24-2023 | 285.88 | 285.88 | | | |
| 153108 | Check | PNC BANK | 20003 | 03-24-2023 | 1,053.83 | 1,053.83 | | | |

# Paid Invoice Register

QH&A CO., INC.

03-27-2023   Page 9
System Date: 03-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **PROD10** | **PRODUCTION PRODUCTS, INC.** | | | | | | | | |
| 153153 | Check | PNC BANK | 20003 | 03-24-2023 | 146.00 | 146.00 | | | |
| 153299 | Check | PNC BANK | 20003 | 03-24-2023 | 398.16 | 398.16 | | | |
| 153304 | Check | PNC BANK | 20003 | 03-24-2023 | 65.54 | 65.54 | | | |
| 153455 | Check | PNC BANK | 20003 | 03-24-2023 | 1,018.15 | 1,018.15 | | | |
| 153566 | Check | PNC BANK | 20003 | 03-24-2023 | 517.37 | 517.37 | | | |
| 153780 | Check | PNC BANK | 20003 | 03-24-2023 | 439.40 | 439.40 | | | |
| 154024 | Check | PNC BANK | 20003 | 03-24-2023 | 934.69 | 934.69 | | | |
| 154037 | Check | PNC BANK | 20003 | 03-24-2023 | 1,027.95 | 1,027.95 | | | |
| 154070 | Check | PNC BANK | 20003 | 03-24-2023 | 191.86 | 191.86 | | | |
| | | | | Vendor Totals | 57,214.38* | 57,214.38* | .00* | .00* | .00* |
| **SCAN10** | **JOHN F. SCANLAN, INC.** | | | | | | | | |
| AF2-01592-JH | Check | PNC BANK | 13 | 03-15-2023 | 3,526.00 | 3,526.00 | | | |
| AJ2-04377-JH | Check | PNC BANK | 13 | 03-15-2023 | 7,262.00 | 7,262.00 | | | |
| FLX2-04396-JH | Check | PNC BANK | 13 | 03-15-2023 | 15,854.14 | 15,854.14 | | | |
| jfs2-04352-jh | Check | PNC BANK | 13 | 03-15-2023 | 1,385.00 | 1,385.00 | | | |
| JFS2-04656-JH | Check | PNC BANK | 13 | 03-15-2023 | 252.00 | 252.00 | | | |
| JFS2-05423-JH | Check | PNC BANK | 13 | 03-15-2023 | 212.00 | 212.00 | | | |
| JFS2-05429-JH | Check | PNC BANK | 13 | 03-15-2023 | 140.00 | 140.00 | | | |
| JFS2-05436-JH | Check | PNC BANK | 13 | 03-15-2023 | 173.63 | 173.63 | | | |
| JFS2-05473-JH | Check | PNC BANK | 13 | 03-15-2023 | 528.00 | 528.00 | | | |
| JFS2-05502-JH | Check | PNC BANK | 13 | 03-15-2023 | 910.00 | 910.00 | | | |
| jfs2-05547-jh | Check | PNC BANK | 13 | 03-15-2023 | 385.00 | 385.00 | | | |
| JFS2-05721-JH | Check | PNC BANK | 13 | 03-15-2023 | 114.00 | 114.00 | | | |
| JFS2-05739-JH | Check | PNC BANK | 13 | 03-15-2023 | 332.60 | 332.60 | | | |
| JFS2-05746-JH | Check | PNC BANK | 13 | 03-15-2023 | 558.00 | 558.00 | | | |
| JFS2-05747-JH | Check | PNC BANK | 13 | 03-15-2023 | 264.00 | 264.00 | | | |
| JFS2-05774-JH | Check | PNC BANK | 13 | 03-15-2023 | 778.00 | 778.00 | | | |
| jfs2-05982-jh | Check | PNC BANK | 13 | 03-15-2023 | 50.00 | 50.00 | | | |
| jfs2-06028-jh | Check | PNC BANK | 13 | 03-15-2023 | 816.00 | 816.00 | | | |
| JK2-05376-JH | Check | PNC BANK | 13 | 03-15-2023 | 124.60 | 124.60 | | | |
| jk2-05634-jh | Check | PNC BANK | 13 | 03-15-2023 | 145.15 | 145.15 | | | |
| jk2-06136-jh | Check | PNC BANK | 13 | 03-15-2023 | 56.10 | 56.10 | | | |
| MF2-03668-JH | Check | PNC BANK | 13 | 03-15-2023 | 635.00 | 635.00 | | | |

# Paid Invoice Register

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **SCAN10** | **JOHN F. SCANLAN, INC.** | | | | | | | | |
| PEN2-04854-JH | Check | PNC BANK | 13 | 03-15-2023 | 1,158.00 | 1,158.00 | | | |
| RD2-05346-JH | Check | PNC BANK | 13 | 03-15-2023 | 512.00 | 512.00 | | | |
| RU1-01350-JH | Check | PNC BANK | 13 | 03-15-2023 | 8,000.00 | 8,000.00 | | | |
| RU2-02752-JH | Check | PNC BANK | 13 | 03-15-2023 | 8,600.00 | 8,600.00 | | | |
| RU2-03386-JH | Check | PNC BANK | 13 | 03-15-2023 | 31,000.00 | 31,000.00 | | | |
| RU2-04987-JH | Check | PNC BANK | 13 | 03-15-2023 | 759.00 | 759.00 | | | |
| RU2-04991-JH | Check | PNC BANK | 13 | 03-15-2023 | 1,575.00 | 1,575.00 | | | |
| RU2-05432-JH | Check | PNC BANK | 13 | 03-15-2023 | 2,650.00 | 2,650.00 | | | |
| RU2-05633-JH | Check | PNC BANK | 13 | 03-15-2023 | 4,000.00 | 4,000.00 | | | |
| RU2-05770-JH | Check | PNC BANK | 13 | 03-15-2023 | 325.00 | 325.00 | | | |
| RU2-05911-JH | Check | PNC BANK | 13 | 03-15-2023 | 5,100.00 | 5,100.00 | | | |
| RU2-05993-JH | Check | PNC BANK | 13 | 03-15-2023 | 6,235.50 | 6,235.50 | | | |
| ru2-06042-jh | Check | PNC BANK | 13 | 03-15-2023 | 1,950.00 | 1,950.00 | | | |
| ru2-06043-jh | Check | PNC BANK | 13 | 03-15-2023 | 926.00 | 926.00 | | | |
| TI2-04323-JH | Check | PNC BANK | 13 | 03-15-2023 | 2,170.00 | 2,170.00 | | | |
| TI2-04326-JH | Check | PNC BANK | 13 | 03-15-2023 | 3,041.00 | 3,041.00 | | | |
| TI2-04331-JH | Check | PNC BANK | 13 | 03-15-2023 | 395.00 | 395.00 | | | |
| TI2-04365-JH | Check | PNC BANK | 13 | 03-15-2023 | 14,900.00 | 14,900.00 | | | |
| TI2-04366-JH | Check | PNC BANK | 13 | 03-15-2023 | 20,875.00 | 20,875.00 | | | |
| TI2-04370-JH | Check | PNC BANK | 13 | 03-15-2023 | 630.00 | 630.00 | | | |
| TI2-04449-JH | Check | PNC BANK | 13 | 03-15-2023 | 2,900.00 | 2,900.00 | | | |
| TI2-04853-JH | Check | PNC BANK | 13 | 03-15-2023 | 795.00 | 795.00 | | | |
| TI2-05624-JH | Check | PNC BANK | 13 | 03-15-2023 | 1,230.60 | 1,230.60 | | | |
| ti2-05719-jh | Check | PNC BANK | 13 | 03-15-2023 | 51.00 | 51.00 | | | |
| TI2-05878-JH | Check | PNC BANK | 13 | 03-15-2023 | 8,925.00 | 8,925.00 | | | |
| TI2-05905-JH | Check | PNC BANK | 13 | 03-15-2023 | 5,100.00 | 5,100.00 | | | |
| TUI2-04210-JH | Check | PNC BANK | 13 | 03-15-2023 | 4,012.00 | 4,012.00 | | | |
| | | | | **Vendor Totals** | **172,316.32*** | **172,316.32*** | **.00*** | **.00*** | **.00*** |
| **whee10** | **WHEELER, WOLFENDEN, DEWARES CP** | | | | | | | | |
| 50565 | Check | PNC BANK | 20004 | 03-24-2023 | 4,000.00 | 4,000.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023      Page 11**
**System Date: 03-27-2023**

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **whee10** | **WHEELER, WOLFENDEN, DEWARES CP** | | | | | | | | |
| 50565-sc | Check | PNC BANK | 20004 | 03-24-2023 | 133.88 | 133.88 | | | |
| | | | | **Vendor Totals** | **4,133.88\*** | **4,133.88\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | **Report Totals** | **1,683,308.18\*** | **1,683,308.18\*** | **.00\*** | **.00\*** | **.00\*** |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023      **Page 1**
**System Date: 03-27-2023**

Payment date from: 12-27-2022      Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ABCB10** | **ABC BALTIMORE** | | | | | | | | |
| 23math27 | Check | WSFS (NEW) | 66517 | 03-24-2023 | 350.00 | 350.00 | | | |
| **ABCD10** | **ABC OF DELAWARE, INC.** | | | | | | | | |
| 23-171r | Check | WSFS (NEW) | 66470 | 03-03-2023 | 3,395.00 | 3,395.00 | | | |
| **ABCO10** | **ABCO REFRIGERATION SUPPLY** | | | | | | | | |
| CZ23894 | Check | WSFS (NEW) | 66518 | 03-24-2023 | 17.70 | 17.70 | | | |
| **ACCE10** | **ACCESS LABOR SERVICE INC.** | | | | | | | | |
| 111035 | Check | WSFS (NEW) | 66429 | 02-24-2023 | 1,674.40 | 1,674.40 | | | |
| 111123 | Check | WSFS (NEW) | 66429 | 02-24-2023 | 2,481.70 | 2,481.70 | | | |
| | | | | Vendor Totals | 4,156.10* | 4,156.10* | .00* | .00* | .00* |
| **ACH 10** | **ACH TAX PAYMENTS** | | | | | | | | |
| 319 | Check | WSFS (NEW) | 319 | 12-27-2022 | 89,658.38 | 89,658.38 | | | |
| 328 | Check | WSFS (NEW) | 328 | 12-29-2022 | 98.03 | 98.03 | | | |
| 332 | Check | WSFS (NEW) | 332 | 12-31-2022 | 70,095.80 | 70,095.80 | | | |
| 348 | Check | WSFS (NEW) | 348 | 01-06-2023 | 945.96 | 945.96 | | | |
| 350 | Check | WSFS (NEW) | 350 | 01-10-2023 | 74,091.34 | 74,091.34 | | | |
| 357 | Check | WSFS (NEW) | 357 | 01-12-2023 | 122.83 | 122.83 | | | |
| 360 | Check | WSFS (NEW) | 360 | 01-18-2023 | 85,355.20 | 85,355.20 | | | |
| 375 | Check | WSFS (NEW) | 375 | 01-19-2023 | 1,418.43 | 1,418.43 | | | |
| 381 | Check | WSFS (NEW) | 381 | 01-24-2023 | 87,862.99 | 87,862.99 | | | |
| 388 | Check | WSFS (NEW) | 388 | 01-27-2023 | 1,207.22 | 1,207.22 | | | |
| 391 | Check | WSFS (NEW) | 391 | 01-31-2023 | 87,354.29 | 87,354.29 | | | |
| 409 | Check | WSFS (NEW) | 409 | 02-03-2023 | 1,150.15 | 1,150.15 | | | |
| 415 | Check | WSFS (NEW) | 415 | 02-07-2023 | 84,337.42 | 84,337.42 | | | |
| 422 | Check | WSFS (NEW) | 422 | 02-09-2023 | 161.50 | 161.50 | | | |
| 426 | Check | WSFS (NEW) | 426 | 02-15-2023 | 81,920.68 | 81,920.68 | | | |
| 437 | Check | WSFS (NEW) | 437 | 02-16-2023 | 1,282.64 | 1,282.64 | | | |
| 446 | Check | WSFS (NEW) | 446 | 02-21-2023 | 81,845.59 | 81,845.59 | | | |
| 453 | Check | WSFS (NEW) | 453 | 02-23-2023 | 333.30 | 333.30 | | | |
| 456 | Check | WSFS (NEW) | 456 | 02-28-2023 | 74,359.14 | 74,359.14 | | | |
| 476 | Check | WSFS (NEW) | 476 | 03-03-2023 | 166.38 | 166.38 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022      Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ACH 10** | **ACH TAX PAYMENTS** | | | | | | | | |
| 487 | Check | WSFS (NEW) | 487 | 03-09-2023 | 610.39 | 610.39 | | | |
| 490 | Check | WSFS (NEW) | 490 | 03-14-2023 | 72,151.00 | 72,151.00 | | | |
| 506 | Check | WSFS (NEW) | 506 | 03-21-2023 | 70,351.34 | 70,351.34 | | | |
| 514 | Check | WSFS (NEW) | 514 | 03-22-2023 | 121.10 | 121.10 | | | |
| 380-1 | Check | WSFS (NEW) | 380 | 01-24-2023 | 455.46 | 455.46 | | | |
| 479-1 | Check | WSFS (NEW) | 479 | 03-07-2023 | 70,040.96 | 70,040.96 | | | |
| 503-1 | Check | WSFS (NEW) | 503 | 03-16-2023 | 1,068.30 | 1,068.30 | | | |
| | | | | Vendor Totals | 1,038,565.82* | 1,038,565.82* | .00* | .00* | .00* |
| **afla10** | **AFLAC** | | | | | | | | |
| 031402 | Check | WSFS (NEW) | 73 | 01-10-2023 | 1,881.90 | 1,881.90 | | | |
| 398257 | Check | WSFS (NEW) | 1000 | 02-17-2023 | 1,505.52 | 1,505.52 | | | |
| 780153 | Check | WSFS (NEW) | 1021 | 03-10-2023 | 1,505.52 | 1,505.52 | | | |
| | | | | Vendor Totals | 4,892.94* | 4,892.94* | .00* | .00* | .00* |
| **airg10** | **AIRGAS SAFETY** | | | | | | | | |
| 9993536145 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 75.34 | 75.34 | | | |
| 9993536146 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 50.69 | 50.69 | | | |
| 9994245540 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 75.34 | 75.34 | | | |
| 9994245541 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 50.69 | 50.69 | | | |
| 9994967344 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 74.96 | 74.96 | | | |
| 9994967345 | Check | WSFS (NEW) | 66474 | 03-06-2023 | 51.21 | 51.21 | | | |
| | | | | Vendor Totals | 378.23* | 378.23* | .00* | .00* | .00* |
| **amer10** | **AMERITAS** | | | | | | | | |
| 779203454 | Check | WSFS (NEW) | 76 | 12-31-2022 | 5,824.80 | 5,824.80 | | | |
| 779203455 | Check | WSFS (NEW) | 76 | 12-31-2022 | 932.74 | 932.74 | | | |
| 787094803 | Check | WSFS (NEW) | 1002 | 02-17-2023 | 5,824.80 | 5,824.80 | | | |
| 787094804 | Check | WSFS (NEW) | 1002 | 02-17-2023 | 956.72 | 956.72 | | | |
| 794256815 | Check | WSFS (NEW) | 1014 | 02-28-2023 | 5,968.76 | 5,968.76 | | | |
| 794256816 | Check | WSFS (NEW) | 1014 | 02-28-2023 | 982.82 | 982.82 | | | |
| | | | | Vendor Totals | 20,490.64* | 20,490.64* | .00* | .00* | .00* |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 3**
System Date: 03-27-2023

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **AMER20** | **AMERIFLEX** | | | | | | | | |
| 325 | Check | WSFS (NEW) | 325 | 12-27-2022 | 313.09 | 313.09 | | | |
| 346 | Check | WSFS (NEW) | 346 | 01-03-2023 | 450.33 | 450.33 | | | |
| 368 | Check | WSFS (NEW) | 368 | 01-17-2023 | 147.68 | 147.68 | | | |
| 378 | Check | WSFS (NEW) | 378 | 01-23-2023 | 207.47 | 207.47 | | | |
| 403 | Check | WSFS (NEW) | 403 | 01-30-2023 | 402.48 | 402.48 | | | |
| 419 | Check | WSFS (NEW) | 419 | 02-07-2023 | 190.00 | 190.00 | | | |
| 420 | Check | WSFS (NEW) | 420 | 02-07-2023 | 280.00 | 280.00 | | | |
| 435 | Check | WSFS (NEW) | 435 | 02-13-2023 | 267.74 | 267.74 | | | |
| 443 | Check | WSFS (NEW) | 443 | 01-09-2023 | 2,199.27 | 2,199.27 | | | |
| 445 | Check | WSFS (NEW) | 445 | 02-15-2023 | 256.00 | 256.00 | | | |
| 452 | Check | WSFS (NEW) | 452 | 02-21-2023 | 233.07 | 233.07 | | | |
| 462 | Check | WSFS (NEW) | 462 | 02-27-2023 | 57.32 | 57.32 | | | |
| 468 | Check | WSFS (NEW) | 468 | 02-06-2023 | 1,006.01 | 1,006.01 | | | |
| 486 | Check | WSFS (NEW) | 486 | 03-06-2023 | 453.02 | 453.02 | | | |
| 498 | Check | WSFS (NEW) | 498 | 03-13-2023 | 564.50 | 564.50 | | | |
| 505 | Check | WSFS (NEW) | 505 | 03-16-2023 | 256.00 | 256.00 | | | |
| | | | | **Vendor Totals** | **7,283.98*** | **7,283.98*** | **.00*** | **.00*** | **.00*** |
| **ANGE10** | **ANGERSTEINS, INC.** | | | | | | | | |
| 0908136 | Check | WSFS (NEW) | 66475 | 03-06-2023 | 174.00 | 174.00 | | | |
| 0911441 | Check | WSFS (NEW) | 66475 | 03-06-2023 | 113.97 | 113.97 | | | |
| 02252023-fc | Check | WSFS (NEW) | 66475 | 03-06-2023 | 6.93 | 6.93 | | | |
| | | | | **Vendor Totals** | **294.90*** | **294.90*** | **.00*** | **.00*** | **.00*** |
| **ARBO10** | **ARBOR MATERIAL HANDLING** | | | | | | | | |
| is220612093 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 782.81 | 782.81 | | | |
| is220810889 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 81.00 | 81.00 | | | |
| IS220811316 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 448.73 | 448.73 | | | |
| IS221111149 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 122.80 | 122.80 | | | |
| IS221111150 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 122.80 | 122.80 | | | |
| IS221111259 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 81.00 | 81.00 | | | |
| IS221111260 | Check | WSFS (NEW) | 66430 | 02-24-2023 | 81.00 | 81.00 | | | |
| is230211676 | Check | WSFS (NEW) | 66476 | 03-06-2023 | 81.00 | 81.00 | | | |
| | | | | **Vendor Totals** | **1,801.14*** | **1,801.14*** | **.00*** | **.00*** | **.00*** |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ARTE10** | **ARTESIAN WATER CO., INC.** | | | | | | | | |
| 01112023-108 | Check | WSFS (NEW) | 89 | 02-13-2023 | 19.23 | 19.23 | | | |
| 01122023-13 | Check | WSFS (NEW) | 89 | 02-13-2023 | 117.53 | 117.53 | | | |
| 01122023-13B | Check | WSFS (NEW) | 89 | 02-13-2023 | 235.65 | 235.65 | | | |
| 01122023-21 | Check | WSFS (NEW) | 89 | 02-13-2023 | 19.23 | 19.23 | | | |
| 01122023-23 | Check | WSFS (NEW) | 89 | 02-13-2023 | 25.84 | 25.84 | | | |
| 01122023-27 | Check | WSFS (NEW) | 89 | 02-13-2023 | 32.45 | 32.45 | | | |
| 01122023-29 | Check | WSFS (NEW) | 89 | 02-13-2023 | 19.23 | 19.23 | | | |
| 01122023-31 | Check | WSFS (NEW) | 89 | 02-13-2023 | 627.27 | 627.27 | | | |
| 02102023-108 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 25.84 | 25.84 | | | |
| 02102023-13 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 124.14 | 124.14 | | | |
| 02102023-13b | Check | WSFS (NEW) | 1016 | 03-06-2023 | 235.65 | 235.65 | | | |
| 02102023-21 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 19.23 | 19.23 | | | |
| 02102023-23 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 19.23 | 19.23 | | | |
| 02102023-27 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 25.84 | 25.84 | | | |
| 02102023-29 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 19.23 | 19.23 | | | |
| 02102023-31 | Check | WSFS (NEW) | 1016 | 03-06-2023 | 118.37 | 118.37 | | | |
| 12132022-108 | Check | WSFS (NEW) | 79 | 01-07-2023 | 24.52 | 24.52 | | | |
| 12132022-13 | Check | WSFS (NEW) | 79 | 01-07-2023 | 124.14 | 124.14 | | | |
| 12132022-13b | Check | WSFS (NEW) | 79 | 01-07-2023 | 235.65 | 235.65 | | | |
| 12132022-21 | Check | WSFS (NEW) | 79 | 01-07-2023 | 11.30 | 11.30 | | | |
| 12132022-23 | Check | WSFS (NEW) | 79 | 01-07-2023 | 11.30 | 11.30 | | | |
| 12132022-27 | Check | WSFS (NEW) | 79 | 01-07-2023 | 25.84 | 25.84 | | | |
| 12132022-29 | Check | WSFS (NEW) | 79 | 01-07-2023 | 11.30 | 11.30 | | | |
| 12132022-31 | Check | WSFS (NEW) | 79 | 01-07-2023 | 25.84 | 25.84 | | | |
| | | | | **Vendor Totals** | **2,153.85\*** | **2,153.85\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **ASEA10** | **ASEARA CLEANING SERVICES, INC.** | | | | | | | | |
| 4 | Check | WSFS (NEW) | 66519 | 03-24-2023 | 1,680.00 | 1,680.00 | | | |
| 5 | Check | WSFS (NEW) | 66519 | 03-24-2023 | 1,320.00 | 1,320.00 | | | |
| 6 | Check | WSFS (NEW) | 66519 | 03-24-2023 | 1,320.00 | 1,320.00 | | | |
| | | | | **Vendor Totals** | **4,320.00\*** | **4,320.00\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **BARC9728** | **CARD 9728 - BARCLAY** | | | | | | | | |
| 342 | Check | WSFS (NEW) | 342 | 01-01-2023 | 3,452.83 | 3,452.83 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    **Page 5**
System Date: 03-27-2023

Payment date from: 12-27-2022    Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **BARC9728** | **CARD 9728 - BARCLAY** | | | | | | | | |
| 407 | Check | WSFS (NEW) | 407 | 02-01-2023 | 9,502.78 | 9,502.78 | | | |
| 475 | Check | WSFS (NEW) | 475 | 03-01-2023 | 4,252.60 | 4,252.60 | | | |
| | | | | **Vendor Totals** | **17,208.21\*** | **17,208.21\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **bett10** | **BETTS GARAGE** | | | | | | | | |
| 122-6994 | Check | WSFS (NEW) | 66477 | 03-06-2023 | 1,012.50 | 1,012.50 | | | |
| 22-7645 | Check | WSFS (NEW) | 66477 | 03-06-2023 | 987.50 | 987.50 | | | |
| 22-7648 | Check | WSFS (NEW) | 66477 | 03-06-2023 | 987.50 | 987.50 | | | |
| 22-7676 | Check | WSFS (NEW) | 66477 | 03-06-2023 | 175.00 | 175.00 | | | |
| | | | | **Vendor Totals** | **3,162.50\*** | **3,162.50\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **BLUE10** | **HIGHMARK DELAWARE** | | | | | | | | |
| 221114360742 | Check | WSFS (NEW) | 66406 | 02-15-2023 | 46,289.75 | 46,289.75 | | | |
| 221215149427 | Check | WSFS (NEW) | 66406 | 02-15-2023 | 112,544.37 | 112,544.37 | | | |
| | | | | **Vendor Totals** | **158,834.12\*** | **158,834.12\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **BOYS10** | **BOYS& GIRLS CLUBS OF DELAWARE** | | | | | | | | |
| FORE2023 | Check | WSFS (NEW) | 66431 | 02-24-2023 | 3,000.00 | 3,000.00 | | | |
| | | | | | | | | | |
| **brad10** | **WILLIAM H. BRADY, INC.** | | | | | | | | |
| 61858 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 425.88 | 425.88 | | | |
| 61930 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 646.00 | 646.00 | | | |
| 61994 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 52,747.00 | 52,747.00 | | | |
| 62054 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 1,163.00 | 1,163.00 | | | |
| 62192 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 424.71 | 424.71 | | | |
| 62242 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 7,096.00 | 7,096.00 | | | |
| 62329 | Check | WSFS (NEW) | 66490 | 03-10-2023 | 1,820.00 | 1,820.00 | | | |
| | | | | **Vendor Totals** | **64,322.59\*** | **64,322.59\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **broo10** | **BROOKSIDE PROPERTIES** | | | | | | | | |
| 12012022 | Check | WSFS (NEW) | 66373 | 01-27-2023 | 12,875.00 | 12,875.00 | | | |
| | | | | | | | | | |
| **BROU20** | **BROUDY PRECISION** | | | | | | | | |
| 30624 | Check | WSFS (NEW) | 66432 | 02-24-2023 | 268.72 | 268.72 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **BROW20** | **BROWER CONSTRUCTION CONSULTING** | | | | | | | | |
| 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 | Check | WSFS (NEW) | 66433 | 02-24-2023 | 1,244.50 | 1,244.50 | | | |
| **c&sp10** | **C & S PROPERTIES** | | | | | | | | |
| 01012023 | Check | WSFS (NEW) | 66374 | 01-27-2023 | 3,100.00 | 3,100.00 | | | |
| 02012023 | Check | WSFS (NEW) | 66478 | 03-06-2023 | 3,100.00 | 3,100.00 | | | |
| 03012023 | Check | WSFS (NEW) | 66493 | 03-14-2023 | 3,100.00 | 3,100.00 | | | |
| | | | | Vendor Totals | 9,300.00* | 9,300.00* | .00* | .00* | .00* |
| **capi10** | **CAPITAL HARDWARE SUPPLY *CC*** | | | | | | | | |
| inv0528004 | Check | WSFS (NEW) | 66344 | 01-10-2023 | 4,186.01 | 4,186.01 | | | |
| INV0528215 | Check | WSFS (NEW) | 66344 | 01-10-2023 | 517.37 | 517.37 | | | |
| | | | | Vendor Totals | 4,703.38* | 4,703.38* | .00* | .00* | .00* |
| **CARD0211** | **CITI CARD 0211 - ADAM** | | | | | | | | |
| 344 | Check | WSFS (NEW) | 344 | 01-01-2023 | 6,063.20 | 6,063.20 | | | |
| 421 | Check | WSFS (NEW) | 421 | 02-01-2023 | 16,504.92 | 16,504.92 | | | |
| 473 | Check | WSFS (NEW) | 473 | 03-01-2023 | 14,432.90 | 14,432.90 | | | |
| | | | | Vendor Totals | 37,001.02* | 37,001.02* | .00* | .00* | .00* |
| **CARD07** | **JANICE WAHL** | | | | | | | | |
| 441 | Check | WSFS (NEW) | 441 | 02-18-2023 | 19,942.77 | 19,942.77 | | | |
| **CARD2243** | **CARD 2243 - HAW** | | | | | | | | |
| 369 | Check | WSFS (NEW) | 369 | 01-18-2023 | 13,457.84 | 13,457.84 | | | |
| 031823 | Check | WSFS (NEW) | 516 | 03-18-2023 | 11,480.96 | 11,480.96 | | | |
| | | | | Vendor Totals | 24,938.80* | 24,938.80* | .00* | .00* | .00* |
| **CARD2694** | **CITI COMPANY CARD 2694** | | | | | | | | |
| 405 | Check | WSFS (NEW) | 405 | 01-10-2023 | 39,820.91 | 39,820.91 | | | |
| 424 | Check | WSFS (NEW) | 424 | 02-09-2023 | 43,346.04 | 43,346.04 | | | |
| | | | | Vendor Totals | 83,166.95* | 83,166.95* | .00* | .00* | .00* |
| **CARD3785** | **CHASE CARD #3785 COMPANY** | | | | | | | | |
| 463 | Check | WSFS (NEW) | 463 | 02-28-2023 | 54.48 | 54.48 | | | |

# Paid Invoice Register

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **CARD4805** | **CARD 4805 - ADAM** | | | | | | | | |
| 433 | Check | WSFS (NEW) | 433 | 02-13-2023 | 13,087.41 | 13,087.41 | | | |
| **CARD5340** | **CREDIT CARD #5340 - HORACE** | | | | | | | | |
| 379 | Check | WSFS (NEW) | 379 | 01-21-2023 | 119.88 | 119.88 | | | |
| **CARD6330** | **JANICE WAHL** | | | | | | | | |
| 339 | Check | WSFS (NEW) | 339 | 01-01-2023 | 1,283.04 | 1,283.04 | | | |
| 474 | Check | WSFS (NEW) | 474 | 03-01-2023 | 13,056.85 | 13,056.85 | | | |
| | | | | Vendor Totals | **14,339.89\*** | **14,339.89\*** | **.00\*** | **.00\*** | **.00\*** |
| **CARD7506** | **MARRIOTT 7506 - ADAM/KIMBERLY** | | | | | | | | |
| 345 | Check | WSFS (NEW) | 345 | 01-03-2023 | 335.73 | 335.73 | | | |
| 412 | Check | WSFS (NEW) | 412 | 02-03-2023 | 3,661.70 | 3,661.70 | | | |
| 480 | Check | WSFS (NEW) | 480 | 03-03-2023 | 4,810.32 | 4,810.32 | | | |
| | | | | Vendor Totals | **8,807.75\*** | **8,807.75\*** | **.00\*** | **.00\*** | **.00\*** |
| **cast10** | **CASTLE BAG COMPANY** | | | | | | | | |
| 13665 | Check | WSFS (NEW) | 66434 | 02-24-2023 | 304.00 | 304.00 | | | |
| **CITI0211** | **ADAM 0211** | | | | | | | | |
| 343 | Check | WSFS (NEW) | 343 | 01-01-2023 | 22,142.45 | 22,142.45 | | | |
| 472 | Check | WSFS (NEW) | 472 | 03-01-2023 | 20,569.71 | 20,569.71 | | | |
| | | | | Vendor Totals | **42,712.16\*** | **42,712.16\*** | **.00\*** | **.00\*** | **.00\*** |
| **CITI3050** | **CITI COMPANY CARD** | | | | | | | | |
| 369 | Check | WSFS (NEW) | 904 | 01-10-2023 | 131.58 | 131.58 | | | |
| 425 | Check | WSFS (NEW) | 425 | 02-09-2023 | 2,298.41 | 2,298.41 | | | |
| | | | | Vendor Totals | **2,429.99\*** | **2,429.99\*** | **.00\*** | **.00\*** | **.00\*** |
| **city10** | **CITY OF WILMINGTON** | | | | | | | | |
| 12302022 | Check | WSFS (NEW) | 66342 | 12-31-2022 | 90.00 | 90.00 | | | |
| 103600-123 | Check | WSFS (NEW) | 66387 | 01-31-2023 | 75.00 | 75.00 | | | |
| 103600-223 | Check | WSFS (NEW) | 66488 | 02-28-2023 | 60.00 | 60.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023          **Page 8**
**System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **city10** | **CITY OF WILMINGTON** | | | | | | | | |
| 2023-716 | Check | WSFS (NEW) | 66341 | 01-10-2023 | 120.00 | 120.00 | | | |
| | | | | Vendor Totals | 345.00* | 345.00* | .00* | .00* | .00* |
| **city30** | **CITY OF WILMINGTON -** | | | | | | | | |
| 12302022 | Check | WSFS (NEW) | 66343 | 12-31-2022 | 857.74 | 857.74 | | | |
| 103600-123 | Check | WSFS (NEW) | 66388 | 01-31-2023 | 647.77 | 647.77 | | | |
| 103600-223 | Check | WSFS (NEW) | 66489 | 02-28-2023 | 571.38 | 571.38 | | | |
| | | | | Vendor Totals | 2,076.89* | 2,076.89* | .00* | .00* | .00* |
| **CLAR10** | **CLARK & SONS, INC.** | | | | | | | | |
| 114697 | Check | WSFS (NEW) | 66435 | 02-24-2023 | 700.00 | 700.00 | | | |
| **CLIFF10** | **F.C. CLIFFORD, INC.** | | | | | | | | |
| 25402 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 6,180.00 | 6,180.00 | | | |
| 25482 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 2,700.00 | 2,700.00 | | | |
| 25507 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 2,200.00 | 2,200.00 | | | |
| 25560 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 36.89 | 36.89 | | | |
| 25596 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 2,700.00 | 2,700.00 | | | |
| 25717 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 30.40 | 30.40 | | | |
| 25718 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 130.00 | 130.00 | | | |
| 25856 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 2,875.00 | 2,875.00 | | | |
| 25857 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 1,680.00 | 1,680.00 | | | |
| 26024 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 180.50 | 180.50 | | | |
| 26231 | Check | WSFS (NEW) | 66415 | 02-17-2023 | 1,180.00 | 1,180.00 | | | |
| | | | | Vendor Totals | 19,892.79* | 19,892.79* | .00* | .00* | .00* |
| **comc10** | **COMCAST CABLE** | | | | | | | | |
| 12212022 | Check | WSFS (NEW) | 84 | 01-24-2023 | 115.70 | 115.70 | | | |
| **COMM10** | **COMMERCIAL CAD** | | | | | | | | |
| 18746 | Check | WSFS (NEW) | 66428 | 02-23-2023 | 9,415.00 | 9,415.00 | | | |
| 18747 | Check | WSFS (NEW) | 66428 | 02-23-2023 | 2,950.00 | 2,950.00 | | | |
| 18789 | Check | WSFS (NEW) | 66428 | 02-23-2023 | 13,450.00 | 13,450.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **COMM10** | **COMMERCIAL CAD** | | | | | | | | |
| 18824 | Check | WSFS (NEW) | 66428 | 02-23-2023 | 590.00 | 590.00 | | | |
| | | | | **Vendor Totals** | **26,405.00\*** | **26,405.00\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **COMP10** | **COMPOSITES USA** | | | | | | | | |
| 455 | Check | WSFS (NEW) | 455 | 02-23-2023 | 52.79 | 52.79 | | | |
| | | | | | | | | | |
| **COMP20** | **COMPTROLLER OF MARYLAND** | | | | | | | | |
| 326 | Check | WSFS (NEW) | 326 | 12-27-2022 | 1,364.75 | 1,364.75 | | | |
| | | | | | | | | | |
| **COMPT10** | **COMPTROLLER OF MARYLAND** | | | | | | | | |
| 334 | Check | WSFS (NEW) | 334 | 12-31-2022 | 6,594.91 | 6,594.91 | | | |
| 349 | Check | WSFS (NEW) | 349 | 01-06-2023 | 97.93 | 97.93 | | | |
| 362 | Check | WSFS (NEW) | 362 | 01-18-2023 | 9,676.03 | 9,676.03 | | | |
| 383 | Check | WSFS (NEW) | 383 | 01-24-2023 | 8,572.29 | 8,572.29 | | | |
| 390 | Check | WSFS (NEW) | 390 | 01-27-2023 | 144.41 | 144.41 | | | |
| 399 | Check | WSFS (NEW) | 399 | 01-30-2023 | 6,126.51 | 6,126.51 | | | |
| 416 | Check | WSFS (NEW) | 416 | 02-07-2023 | 10,308.18 | 10,308.18 | | | |
| 423 | Check | WSFS (NEW) | 423 | 02-05-2023 | 215.33 | 215.33 | | | |
| 439 | Check | WSFS (NEW) | 439 | 02-16-2023 | 241.37 | 241.37 | | | |
| 448 | Check | WSFS (NEW) | 448 | 02-21-2023 | 8,855.63 | 8,855.63 | | | |
| 501 | Check | WSFS (NEW) | 501 | 03-14-2023 | 3,537.28 | 3,537.28 | | | |
| 504 | Check | WSFS (NEW) | 504 | 03-16-2023 | 24.48 | 24.48 | | | |
| 321- | Check | WSFS (NEW) | 321 | 12-27-2022 | 9,752.20 | 9,752.20 | | | |
| 352-1 | Check | WSFS (NEW) | 352 | 01-10-2023 | 7,751.52 | 7,751.52 | | | |
| 376-1 | Check | WSFS (NEW) | 376 | 01-19-2023 | 329.55 | 329.55 | | | |
| 393-1 | Check | WSFS (NEW) | 393 | 01-31-2023 | 8,962.12 | 8,962.12 | | | |
| 428-1 | Check | WSFS (NEW) | 428 | 02-15-2023 | 8,480.10 | 8,480.10 | | | |
| 458-1 | Check | WSFS (NEW) | 458 | 02-28-2023 | 7,652.82 | 7,652.82 | | | |
| 478-0 | Check | WSFS (NEW) | 478 | 03-03-2023 | 11.95 | 11.95 | | | |
| 482-1 | Check | WSFS (NEW) | 482 | 03-07-2023 | 6,753.60 | 6,753.60 | | | |
| 488-1 | Check | WSFS (NEW) | 488 | 03-09-2023 | 172.88 | 172.88 | | | |
| 492-1 | Check | WSFS (NEW) | 492 | 03-14-2023 | 6,986.93 | 6,986.93 | | | |
| 500-1 | Check | WSFS (NEW) | 500 | 03-14-2023 | 9,939.81 | 9,939.81 | | | |

# Paid Invoice Register

QH&A CO., INC.

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **COMPT10** | **COMPTROLLER OF MARYLAND** | | | | | | | | |
| 508-1 | Check | WSFS (NEW) | 508 | 03-21-2023 | 6,364.91 | 6,364.91 | | | |
| | | | | Vendor Totals | 127,552.74* | 127,552.74* | .00* | .00* | .00* |
| | | | | | | | | | |
| **CONE10** | **DELMARVA POWER** | | | | | | | | |
| 01192023-106.5 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 238.03 | 238.03 | | | |
| 01192023-13 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 2,951.45 | 2,951.45 | | | |
| 01192023-21 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 289.57 | 289.57 | | | |
| 01192023-2214 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 42.63 | 42.63 | | | |
| 01192023-22b | Check | WSFS (NEW) | 1006 | 02-21-2023 | 308.55 | 308.55 | | | |
| 01232023-21E | Check | WSFS (NEW) | 1006 | 02-21-2023 | 34.55 | 34.55 | | | |
| 01232023-22 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 2,939.20 | 2,939.20 | | | |
| 01232023-27 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 1,148.06 | 1,148.06 | | | |
| 01232023-31 | Check | WSFS (NEW) | 1006 | 02-21-2023 | 1,654.65 | 1,654.65 | | | |
| 02162023-106.5 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 167.00 | 167.00 | | | |
| 02162023-13 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 2,030.59 | 2,030.59 | | | |
| 02162023-21 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 252.03 | 252.03 | | | |
| 02162023-21e | Check | WSFS (NEW) | 1030 | 03-16-2023 | 40.75 | 40.75 | | | |
| 02202023-22 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 2,283.59 | 2,283.59 | | | |
| 02202023-27 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 847.11 | 847.11 | | | |
| 02202023-31 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 1,157.82 | 1,157.82 | | | |
| 022172023-2214 | Check | WSFS (NEW) | 1030 | 03-16-2023 | 41.85 | 41.85 | | | |
| 11172022-1065 | Check | WSFS (NEW) | 64 | 12-30-2022 | 175.31 | 175.31 | | | |
| 11172022-13 | Check | WSFS (NEW) | 64 | 12-30-2022 | 742.41 | 742.41 | | | |
| 11172022-21 | Check | WSFS (NEW) | 64 | 12-30-2022 | 134.12 | 134.12 | | | |
| 11172022-21E | Check | WSFS (NEW) | 64 | 12-30-2022 | 39.44 | 39.44 | | | |
| 11172022-22 | Check | WSFS (NEW) | 64 | 12-30-2022 | 707.71 | 707.71 | | | |
| 11172022-2214 | Check | WSFS (NEW) | 64 | 12-30-2022 | 50.02 | 50.02 | | | |
| 11172022-22b | Check | WSFS (NEW) | 64 | 12-30-2022 | 299.73 | 299.73 | | | |
| 11172022-27 | Check | WSFS (NEW) | 64 | 12-30-2022 | 629.97 | 629.97 | | | |
| 11172022-31 | Check | WSFS (NEW) | 64 | 12-30-2022 | 587.87 | 587.87 | | | |
| 12162022-106.5 | Check | WSFS (NEW) | 80 | 01-19-2023 | 191.61 | 191.61 | | | |
| 12162022-13 | Check | WSFS (NEW) | 80 | 01-19-2023 | 2,075.52 | 2,075.52 | | | |
| 12162022-21 | Check | WSFS (NEW) | 80 | 01-19-2023 | 197.94 | 197.94 | | | |
| 12162022-21E | Check | WSFS (NEW) | 80 | 01-19-2023 | 41.64 | 41.64 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 11**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **CONE10** | **DELMARVA POWER** | | | | | | | | |
| 12162022-22 | Check | WSFS (NEW)80 | | 01-19-2023 | 2,314.60 | 2,314.60 | | | |
| 12162022-2214 | Check | WSFS (NEW)80 | | 01-19-2023 | 43.48 | 43.48 | | | |
| 12162022-22b | Check | WSFS (NEW)80 | | 01-19-2023 | 280.25 | 280.25 | | | |
| 12162022-27 | Check | WSFS (NEW)80 | | 01-19-2023 | 801.67 | 801.67 | | | |
| 12162022-31 | Check | WSFS (NEW)80 | | 01-19-2023 | 1,194.18 | 1,194.18 | | | |
| | | | | Vendor Totals | 26,934.90* | 26,934.90* | .00* | .00* | .00* |
| **COOK10** | **COOKE'S SHARPENING** | | | | | | | | |
| 37522GRE | Check | WSFS (NEW)66436 | | 02-24-2023 | 74.21 | 74.21 | | | |
| **cool10** | **COOLERSMART** | | | | | | | | |
| 1585254 | Check | WSFS (NEW)66494 | | 03-14-2023 | 118.35 | 118.35 | | | |
| 1709306 | Check | WSFS (NEW)66494 | | 03-14-2023 | 110.49 | 110.49 | | | |
| 1799229 | Check | WSFS (NEW)66494 | | 03-14-2023 | 124.56 | 124.56 | | | |
| 1823167 | Check | WSFS (NEW)66494 | | 03-14-2023 | 49.99 | 49.99 | | | |
| 1926130 | Check | WSFS (NEW)66494 | | 03-14-2023 | 110.49 | 110.49 | | | |
| | | | | Vendor Totals | 513.88* | 513.88* | .00* | .00* | .00* |
| **COUN10** | **COUNTY INSULATION COMPANY** | | | | | | | | |
| 18944 | Check | WSFS (NEW)66345 | | 01-10-2023 | 1,100.00 | 1,100.00 | | | |
| **COUS10** | **COUSIN DUCT WORK LLC** | | | | | | | | |
| 854651 | Check | WSFS (NEW)76003 | | 12-29-2022 | 14,500.00 | 14,500.00 | | | |
| 854652 | Check | WSFS (NEW)66407 | | 02-15-2023 | 17,000.00 | 17,000.00 | | | |
| | | | | Vendor Totals | 31,500.00* | 31,500.00* | .00* | .00* | .00* |
| **cred10** | **CREDIT ACCEPTANCE CORP.** | | | | | | | | |
| 01102023 | Check | WSFS (NEW)66365 | | 01-20-2023 | 35.00 | 35.00 | | | |
| 01202023 | Check | WSFS (NEW)66375 | | 01-27-2023 | 45.00 | 45.00 | | | |
| 01272023 | Check | WSFS (NEW)66389 | | 02-10-2023 | 45.00 | 45.00 | | | |
| 01312023 | Check | WSFS (NEW)66389 | | 02-10-2023 | 45.00 | 45.00 | | | |
| 02072023 | Check | WSFS (NEW)66408 | | 02-15-2023 | 45.00 | 45.00 | | | |
| 02242023 | Check | WSFS (NEW)66463 | | 02-27-2023 | 45.00 | 45.00 | | | |
| 03032023 | Check | WSFS (NEW)66479 | | 03-06-2023 | 45.00 | 45.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **cred10** | **CREDIT ACCEPTANCE CORP.** | | | | | | | | |
| 03102023 | Check | WSFS (NEW) | 66495 | 03-14-2023 | 45.00 | 45.00 | | | |
| 12232022 | Check | WSFS (NEW) | 66319 | 12-30-2022 | 45.00 | 45.00 | | | |
| | | | | Vendor Totals | 395.00* | 395.00* | .00* | .00* | .00* |
| | | | | | | | | | |
| **cree10** | **CREEKSIDE CARPENTRY** | | | | | | | | |
| 12062022 | Check | WSFS (NEW) | 66496 | 03-14-2023 | 456.00 | 456.00 | | | |
| | | | | | | | | | |
| **DELA10** | **DE CONTRACTORS ASSOCIATION** | | | | | | | | |
| 489 | Check | WSFS (NEW) | 489 | 03-09-2023 | 12.08 | 12.08 | | | |
| 516 | Check | WSFS (NEW) | 66471 | 03-03-2023 | 900.00 | 900.00 | | | |
| 2022 | Check | WSFS (NEW) | 66471 | 03-03-2023 | 2,500.00 | 2,500.00 | | | |
| 2023-adv | Check | WSFS (NEW) | 66471 | 03-03-2023 | 775.00 | 775.00 | | | |
| | | | | Vendor Totals | 4,187.08* | 4,187.08* | .00* | .00* | .00* |
| | | | | | | | | | |
| **DELA50** | **DE DIVISION OF REVENUE** | | | | | | | | |
| 320 | Check | WSFS (NEW) | 320 | 12-27-2022 | 6,007.27 | 6,007.27 | | | |
| 329 | Check | WSFS (NEW) | 329 | 12-29-2022 | 2.88 | 2.88 | | | |
| 333 | Check | WSFS (NEW) | 333 | 12-31-2022 | 5,550.27 | 5,550.27 | | | |
| 347 | Check | WSFS (NEW) | 347 | 01-06-2023 | 51.50 | 51.50 | | | |
| 351 | Check | WSFS (NEW) | 351 | 01-10-2023 | 5,072.04 | 5,072.04 | | | |
| 358 | Check | WSFS (NEW) | 358 | 01-12-2023 | 2.88 | 2.88 | | | |
| 361 | Check | WSFS (NEW) | 361 | 01-18-2023 | 5,155.14 | 5,155.14 | | | |
| 374 | Check | WSFS (NEW) | 374 | 01-18-2023 | 36.70 | 36.70 | | | |
| 382 | Check | WSFS (NEW) | 382 | 01-24-2023 | 6,163.34 | 6,163.34 | | | |
| 389 | Check | WSFS (NEW) | 389 | 01-27-2023 | 88.40 | 88.40 | | | |
| 392 | Check | WSFS (NEW) | 392 | 01-31-2023 | 5,957.43 | 5,957.43 | | | |
| 397 | Check | WSFS (NEW) | 397 | 01-27-2023 | 968.40 | 968.40 | | | |
| 400 | Check | WSFS (NEW) | 400 | 01-31-2023 | 3,957.00 | 3,957.00 | | | |
| 410 | Check | WSFS (NEW) | 410 | 02-03-2023 | 2.88 | 2.88 | | | |
| 413 | Check | WSFS (NEW) | 413 | 02-07-2023 | 4,618.96 | 4,618.96 | | | |
| 427 | Check | WSFS (NEW) | 427 | 02-15-2023 | 5,810.07 | 5,810.07 | | | |
| 438 | Check | WSFS (NEW) | 438 | 02-16-2023 | 82.25 | 82.25 | | | |
| 442 | Check | WSFS (NEW) | 442 | 02-09-2023 | 5.82 | 5.82 | | | |
| 447 | Check | WSFS (NEW) | 447 | 02-21-2023 | 5,455.39 | 5,455.39 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **DELA50** | **DE DIVISION OF REVENUE** | | | | | | | | |
| 454 | Check | WSFS (NEW) | 454 | 02-23-2023 | 2.88 | 2.88 | | | |
| 481 | Check | WSFS (NEW) | 481 | 03-07-2023 | 5,789.85 | 5,789.85 | | | |
| 502 | Check | WSFS (NEW) | 502 | 03-16-2023 | 152.78 | 152.78 | | | |
| 507 | Check | WSFS (NEW) | 507 | 03-21-2023 | 6,303.24 | 6,303.24 | | | |
| 515 | Check | WSFS (NEW) | 515 | 03-21-2023 | 2.88 | 2.88 | | | |
| 457-1 | Check | WSFS (NEW) | 457 | 02-28-2023 | 5,481.90 | 5,481.90 | | | |
| 477-0 | Check | WSFS (NEW) | 477 | 03-03-2023 | 2.88 | 2.88 | | | |
| 491-1 | Check | WSFS (NEW) | 491 | 03-14-2023 | 5,956.93 | 5,956.93 | | | |
| | | | | **Vendor Totals** | **78,681.96*** | **78,681.96*** | **.00*** | **.00*** | **.00*** |
| **DELR10** | **DELREN HVAC, INC.** | | | | | | | | |
| 134515 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 735.00 | 735.00 | | | |
| 134914 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 3,050.00 | 3,050.00 | | | |
| 135048 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 4,250.00 | 4,250.00 | | | |
| 135051 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 5,000.00 | 5,000.00 | | | |
| 135108 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 1,600.00 | 1,600.00 | | | |
| 135161 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 20,880.00 | 20,880.00 | | | |
| 135196 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 4,900.00 | 4,900.00 | | | |
| 135289 | Check | WSFS (NEW) | 66356 | 01-13-2023 | 10,600.00 | 10,600.00 | | | |
| 135894 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 22,500.00 | 22,500.00 | | | |
| 136263 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 6,400.00 | 6,400.00 | | | |
| 136336 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 8,200.00 | 8,200.00 | | | |
| 136348 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 1,260.00 | 1,260.00 | | | |
| 136544 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 115.00 | 115.00 | | | |
| 136560 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 24,814.00 | 24,814.00 | | | |
| 136878 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 17,600.00 | 17,600.00 | | | |
| 137229 | Check | WSFS (NEW) | 66520 | 03-24-2023 | 130.00 | 130.00 | | | |
| | | | | **Vendor Totals** | **132,034.00*** | **132,034.00*** | **.00*** | **.00*** | **.00*** |
| **DFC 10** | **DFC INDUSTRIES, INC. *CC*** | | | | | | | | |
| 135416 | Check | WSFS (NEW) | 66437 | 02-24-2023 | 252.91 | 252.91 | | | |
| 135417 | Check | WSFS (NEW) | 66437 | 02-24-2023 | 398.82 | 398.82 | | | |
| | | | | **Vendor Totals** | **651.73*** | **651.73*** | **.00*** | **.00*** | **.00*** |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 14**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **DIAM20** | **DIAMOND TECHNOLOGIES  *CC*** | | | | | | | | |
| 9025 | Check | WSFS (NEW) | 78 | 01-12-2023 | 3,164.00 | 3,164.00 | | | |
| 9076 | Check | WSFS (NEW) | 1003 | 02-17-2023 | 3,164.00 | 3,164.00 | | | |
| 9206 | Check | WSFS (NEW) | 1034 | 03-22-2023 | 3,164.00 | 3,164.00 | | | |
| | | | | Vendor Totals | 9,492.00* | 9,492.00* | .00* | .00* | .00* |
| | | | | | | | | | |
| **divi10** | **DIVISION OF CHILD SUPPORT ENFO** | | | | | | | | |
| 01032023 | Check | WSFS (NEW) | 66346 | 01-10-2023 | 728.31 | 728.31 | | | |
| 01132023 | Check | WSFS (NEW) | 82 | 01-20-2023 | 728.31 | 728.31 | | | |
| 01202023 | Check | WSFS (NEW) | 66376 | 01-27-2023 | 728.31 | 728.31 | | | |
| 01272023 | Check | WSFS (NEW) | 66390 | 02-10-2023 | 728.31 | 728.31 | | | |
| 01312023 | Check | WSFS (NEW) | 66390 | 02-10-2023 | 728.31 | 728.31 | | | |
| 02072023 | Check | WSFS (NEW) | 92 | 02-15-2023 | 839.31 | 839.31 | | | |
| 02172023 | Check | WSFS (NEW) | 66417 | 02-21-2023 | 839.31 | 839.31 | | | |
| 02242023 | Check | WSFS (NEW) | 1009 | 02-27-2023 | 839.31 | 839.31 | | | |
| 03032023 | Check | WSFS (NEW) | 66480 | 03-06-2023 | 908.54 | 908.54 | | | |
| 03102023 | Check | WSFS (NEW) | 1028 | 03-14-2023 | 908.54 | 908.54 | | | |
| 03172023 | Check | WSFS (NEW) | 1032 | 03-21-2023 | 784.15 | 784.15 | | | |
| 12232022 | Check | WSFS (NEW) | 66313 | 12-30-2022 | 728.31 | 728.31 | | | |
| 12302022 | Check | WSFS (NEW) | 66320 | 01-04-2023 | 645.23 | 645.23 | | | |
| | | | | Vendor Totals | 10,134.25* | 10,134.25* | .00* | .00* | .00* |
| | | | | | | | | | |
| **divi20** | **DELAWARE DIVISION OF REVENUE** | | | | | | | | |
| 01032023 | Check | WSFS (NEW) | 66347 | 01-10-2023 | 232.50 | 232.50 | | | |
| 01132023 | Check | WSFS (NEW) | 66366 | 01-20-2023 | 232.50 | 232.50 | | | |
| 01202023 | Check | WSFS (NEW) | 66377 | 01-27-2023 | 232.50 | 232.50 | | | |
| 01272023 | Check | WSFS (NEW) | 66391 | 02-10-2023 | 232.50 | 232.50 | | | |
| 01312023 | Check | WSFS (NEW) | 66391 | 02-10-2023 | 232.50 | 232.50 | | | |
| 02072023 | Check | WSFS (NEW) | 66409 | 02-15-2023 | 232.50 | 232.50 | | | |
| 02142023 | Check | WSFS (NEW) | 66418 | 02-21-2023 | 232.50 | 232.50 | | | |
| 02242023 | Check | WSFS (NEW) | 66464 | 02-27-2023 | 232.50 | 232.50 | | | |
| 03032023 | Check | WSFS (NEW) | 66481 | 03-06-2023 | 232.50 | 232.50 | | | |
| 03102023 | Check | WSFS (NEW) | 66497 | 03-14-2023 | 232.50 | 232.50 | | | |
| 03172023 | Check | WSFS (NEW) | 66508 | 03-21-2023 | 232.50 | 232.50 | | | |
| 12232022 | Check | WSFS (NEW) | 66314 | 12-30-2022 | 232.50 | 232.50 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023    Page 15**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **divi20** | **DELAWARE DIVISION OF REVENUE** | | | | | | | | |
| 12302022 | Check | WSFS (NEW)66321 | | 01-04-2023 | 232.50 | 232.50 | | | |
| | | | | Vendor Totals | **3,022.50\*** | **3,022.50\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **DUCF10** | **DETF** | | | | | | | | |
| 39934-5 1222 | Check | WSFS (NEW)66465 | | 02-27-2023 | 373.81 | 373.81 | | | |
| | | | | | | | | | |
| **east10** | **EASTERN LIFT TRUCK CO., INC.** | | | | | | | | |
| 340357 | Check | WSFS (NEW)66419 | | 02-21-2023 | 262.40 | 262.40 | | | |
| 348090 | Check | WSFS (NEW)66419 | | 02-21-2023 | 1,699.65 | 1,699.65 | | | |
| 350589 | Check | WSFS (NEW)66419 | | 02-21-2023 | 2,174.59 | 2,174.59 | | | |
| 351398 | Check | WSFS (NEW)66419 | | 02-21-2023 | 231.80 | 231.80 | | | |
| 351776 | Check | WSFS (NEW)66419 | | 02-21-2023 | 813.72 | 813.72 | | | |
| 356740 | Check | WSFS (NEW)66419 | | 02-21-2023 | 428.60 | 428.60 | | | |
| 357028 | Check | WSFS (NEW)66419 | | 02-21-2023 | 2,197.71 | 2,197.71 | | | |
| | | | | Vendor Totals | **7,808.47\*** | **7,808.47\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **EAST20** | **EASTERN INDUSTRIAL SERVICES** | | | | | | | | |
| 33309 | Check | WSFS (NEW)66348 | | 01-10-2023 | 65,000.00 | 58,500.00 | | | 6,500.00 |
| 33317 | Check | WSFS (NEW)66348 | | 01-10-2023 | 868.00 | 868.00 | | | |
| 33470 | Check | WSFS (NEW)66348 | | 01-10-2023 | 50,000.00 | 45,000.00 | | | 5,000.00 |
| | | | | Vendor Totals | **115,868.00\*** | **104,368.00\*** | **.00\*** | **.00\*** | **11,500.00\*** |
| | | | | | | | | | |
| **ELEV10** | **ELEVATED WELDING,LLC** | | | | | | | | |
| 271 | Check | WSFS (NEW)66498 | | 03-14-2023 | 6,141.83 | 6,141.83 | | | |
| | | | | | | | | | |
| **ELSM10** | **THE TOWN OF ELSMERE** | | | | | | | | |
| L2300411-22/23 | Check | WSFS (NEW)66438 | | 02-24-2023 | 150.00 | 150.00 | | | |
| | | | | | | | | | |
| **FAST20** | **FASTENAL  \*CC\*** | | | | | | | | |
| MN019702498 | Check | WSFS (NEW)66439 | | 02-24-2023 | 40.00 | 40.00 | | | |
| MN019712370 | Check | WSFS (NEW)66439 | | 02-24-2023 | 40.00 | 40.00 | | | |
| | | | | Vendor Totals | **80.00\*** | **80.00\*** | **.00\*** | **.00\*** | **.00\*** |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---------|--------------|-----------------|-------------------|--------------|-------------------------|-------------|----------------|--------------------|-------------------------|
| **FEDE10** | **FEDERAL EXPRESS CORPORATION** | | | | | | | | |
| 807416016 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 86.17 | 86.17 | | | |
| 7-946-93669 | Check | WSFS (NEW) | 71 | 01-01-2023 | 119.65 | 119.65 | | | |
| 7-960-52739 | Check | WSFS (NEW) | 71 | 01-01-2023 | 253.63 | 253.63 | | | |
| 7-968-31943 | Check | WSFS (NEW) | 71 | 01-01-2023 | 105.54 | 105.54 | | | |
| 7-974-45855 | Check | WSFS (NEW) | 71 | 01-01-2023 | 23.39 | 23.39 | | | |
| 7-981-99156 | Check | WSFS (NEW) | 71 | 01-01-2023 | 84.56 | 84.56 | | | |
| 7-990-06697 | Check | WSFS (NEW) | 71 | 01-01-2023 | 212.15 | 212.15 | | | |
| 7-997-18525 | Check | WSFS (NEW) | 71 | 01-01-2023 | 99.72 | 99.72 | | | |
| 8-003-36937 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 91.58 | 91.58 | | | |
| 8-010-47171 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 25.67 | 25.67 | | | |
| 8-017-53911 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 26.50 | 26.50 | | | |
| 8-024-46871 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 199.31 | 199.31 | | | |
| 8-031-57996 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 100.22 | 100.22 | | | |
| 8-038-36503 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 57.72 | 57.72 | | | |
| 8-046-16667 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 131.62 | 131.62 | | | |
| 8-052-13735 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 173.21 | 173.21 | | | |
| 8-060-50294 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 55.47 | 55.47 | | | |
| 8-067-80290 | Check | WSFS (NEW) | 1035 | 03-22-2023 | 94.42 | 94.42 | | | |
| | | | | **Vendor Totals** | **1,940.53*** | **1,940.53*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **FLAS10** | **FLASH FUNDING, LLC** | | | | | | | | |
| 1010 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,705.25 | 1,705.25 | | | |
| 1011 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,691.25 | 1,691.25 | | | |
| 1012 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,705.00 | 1,705.00 | | | |
| 1013 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,760.00 | 1,760.00 | | | |
| 1014 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,760.00 | 1,760.00 | | | |
| 1015 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,760.00 | 1,760.00 | | | |
| 1016 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 2,117.50 | 2,117.50 | | | |
| 1017 | Check | WSFS (NEW) | 66516 | 03-21-2023 | 1,980.00 | 1,980.00 | | | |
| | | | | **Vendor Totals** | **14,479.00*** | **14,479.00*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **ford10** | **FORD CREDIT** | | | | | | | | |
| 01012023 | Check | WSFS (NEW) | 90 | 01-19-2023 | 650.19 | 650.19 | | | |
| 01282023 | Check | WSFS (NEW) | 94 | 01-31-2023 | 445.18 | 445.18 | | | |

# Paid Invoice Register

QH&A CO., INC.

03-27-2023     **Page 17**
**System Date: 03-27-2023**

Payment date from: 12-27-2022     Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **ford10** | **FORD CREDIT** | | | | | | | | |
| 01312023 | Check | WSFS (NEW) | 94 | 01-31-2023 | 688.27 | 688.27 | | | |
| 02012023 | Check | WSFS (NEW) | 1040 | 02-28-2023 | 445.18 | 445.18 | | | |
| 02022023 | Check | WSFS (NEW) | 1040 | 02-28-2023 | 637.44 | 637.44 | | | |
| 02072023 | Check | WSFS (NEW) | 91 | 02-07-2023 | 688.27 | 688.27 | | | |
| 03012023 | Check | WSFS (NEW) | 1017 | 03-06-2023 | 688.27 | 688.27 | | | |
| 03102023 | Check | WSFS (NEW) | 1025 | 03-13-2023 | 445.18 | 445.18 | | | |
| 03112023 | Check | WSFS (NEW) | 1025 | 03-13-2023 | 637.44 | 637.44 | | | |
| 12012022 | Check | WSFS (NEW) | 94 | 01-31-2023 | 454.08 | 454.08 | | | |
| 12132022 | Check | WSFS (NEW) | 87 | 12-29-2022 | 637.44 | 637.44 | | | |
| 12202022 | Check | WSFS (NEW) | 87 | 12-29-2022 | 688.27 | 688.27 | | | |
| | | | | **Vendor Totals** | **7,105.21*** | **7,105.21*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **FURN10** | **FURNESS ELECTRIC** | | | | | | | | |
| 2022 | Check | WSFS (NEW) | 66440 | 02-24-2023 | 663.00 | 663.00 | | | |
| | | | | | | | | | |
| **g&ew10** | **G & E WELDING SUPPLY** | | | | | | | | |
| 218506 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 751.01 | 751.01 | | | |
| 219068 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 726.08 | 726.08 | | | |
| 219630 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 664.12 | 664.12 | | | |
| 220196 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 643.46 | 643.46 | | | |
| 726333 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 119.00 | 119.00 | | | |
| 727104 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 1,525.89 | 1,525.89 | | | |
| 727805 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 310.00 | 310.00 | | | |
| 729007 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 1,889.82 | 1,889.82 | | | |
| 729013 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 818.42 | 818.42 | | | |
| 729016 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 879.46 | 879.46 | | | |
| 729126 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 945.45 | 945.45 | | | |
| 729188 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 89.25 | 89.25 | | | |
| 729303 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 378.81 | 378.81 | | | |
| 729487 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 1,042.24 | 1,042.24 | | | |
| 729562 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 305.22 | 305.22 | | | |
| 729703 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 2,039.49 | 2,039.49 | | | |
| 729705 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 2,837.17 | 2,837.17 | | | |
| 729793 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 1,162.71 | 1,162.71 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    **Page 18**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **g&ew10** | **G & E WELDING SUPPLY** | | | | | | | | |
| 730029 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 194.47 | 194.47 | | | |
| 730216 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 756.79 | 756.79 | | | |
| 730364 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 308.10 | 308.10 | | | |
| 730429 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 1,723.57 | 1,723.57 | | | |
| 730437 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 2,345.51 | 2,345.51 | | | |
| 730463 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 3,284.97 | 3,284.97 | | | |
| 730530 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 470.52 | 470.52 | | | |
| 730537 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 119.95 | 119.95 | | | |
| 730586 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 29.00 | 29.00 | | | |
| 730652 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 2,482.35 | 2,482.35 | | | |
| 730673 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 473.48 | 473.48 | | | |
| 730675 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 352.89 | 352.89 | | | |
| 730933 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 339.02 | 339.02 | | | |
| 730959 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 505.35 | 505.35 | | | |
| 730976 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 121.10 | 121.10 | | | |
| 731128 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 2,603.94 | 2,603.94 | | | |
| 731348 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 3,000.21 | 3,000.21 | | | |
| 731366 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 832.52 | 832.52 | | | |
| 731430 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 976.88 | 976.88 | | | |
| 731950 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 397.77 | 397.77 | | | |
| 732030 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 850.72 | 850.72 | | | |
| 732427 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,622.63 | 1,622.63 | | | |
| 732486 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 3,018.82 | 3,018.82 | | | |
| 732546 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 2,788.77 | 2,788.77 | | | |
| 732696 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,252.41 | 1,252.41 | | | |
| 732781 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 360.63 | 360.63 | | | |
| 732993 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 629.84 | 629.84 | | | |
| 733003 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 722.20 | 722.20 | | | |
| 733300 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 2,352.38 | 2,352.38 | | | |
| 733406 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 940.70 | 940.70 | | | |
| 733502 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,618.08 | 1,618.08 | | | |
| 733598 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,369.24 | 1,369.24 | | | |
| 733890 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,548.60 | 1,548.60 | | | |
| 733897 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 199.00 | 199.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **g&ew10** | **G & E WELDING SUPPLY** | | | | | | | | |
| 734123 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 3,128.75 | 3,128.75 | | | |
| 734126 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 291.75 | 291.75 | | | |
| 734337 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 219.85 | 219.85 | | | |
| 734339 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 56.10 | 56.10 | | | |
| 734377 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 2,378.02 | 2,378.02 | | | |
| 734500 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 322.50 | 322.50 | | | |
| 734575 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 180.00 | 180.00 | | | |
| 734673 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 2,980.82 | 2,980.82 | | | |
| 734795 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 4,715.45 | 4,715.45 | | | |
| 734885 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 182.44 | 182.44 | | | |
| 735159 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,159.66 | 1,159.66 | | | |
| 735208 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 2,852.90 | 2,852.90 | | | |
| 735209 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 242.00 | 242.00 | | | |
| 735376 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 942.59 | 942.59 | | | |
| 735494 | Check | WSFS (NEW) | 66523 | 03-24-2023 | 1,829.38 | 1,829.38 | | | |
| 830584 | Check | WSFS (NEW) | 66359 | 01-13-2023 | 363.13 | 363.13 | | | |
| | | | | **Vendor Totals** | **79,565.35*** | **79,565.35*** | **.00*** | **.00*** | **.00*** |
| **GELL10** | **GELLERT SCALI BUNSKELL BROWN** | | | | | | | | |
| 76005 | Check | WSFS (NEW) | 76005 | 02-10-2023 | 75,000.00 | 75,000.00 | | | |
| **GEOR10** | **TOWN OF GEORGETOWN** | | | | | | | | |
| 23-00434 | Check | WSFS (NEW) | 66506 | 03-14-2023 | 120.00 | 120.00 | | | |
| **GOOD20** | **GOODMAN DISTRIBUTION, INC** | | | | | | | | |
| CT23342 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 2,052.00 | 2,052.00 | | | |
| CT89120 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 3,029.88 | 3,029.88 | | | |
| CU37884 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 23.21 | 23.21 | | | |
| cx49239 | Check | WSFS (NEW) | 1041 | 02-28-2023 | 75.27 | 75.27 | | | |
| cz08032 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 161.00- | 161.00- | | | |
| cz10942 | Check | WSFS (NEW) | 1041 | 02-28-2023 | 77.22 | 77.22 | | | |
| CZ23894 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 17.70 | 17.70 | | | |
| db45231 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 1,409.54 | 1,409.54 | | | |
| sc92038 | Check | WSFS (NEW) | 1041 | 02-28-2023 | 53.38 | 53.38 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **GOOD20** | **GOODMAN DISTRIBUTION, INC** | | | | | | | | |
| sc92974 | Check | WSFS (NEW) | 1004 | 02-17-2023 | 76.58 | 76.58 | | | |
| | | | | Vendor Totals | 6,653.78* | 6,653.78* | .00* | .00* | .00* |
| | | | | | | | | | |
| **GPEN10** | **GP ENERGY PRODUCTS** | | | | | | | | |
| 88750 | Check | WSFS (NEW) | 66441 | 02-24-2023 | 2,050.00 | 2,050.00 | | | |
| | | | | | | | | | |
| **grip10** | **GRIPPLE, INC.  *CC*** | | | | | | | | |
| si-257788 | Check | WSFS (NEW) | 66442 | 02-24-2023 | 203.35 | 203.35 | | | |
| SI-259696 | Check | WSFS (NEW) | 66442 | 02-24-2023 | 948.38 | 948.38 | | | |
| si-260133 | Check | WSFS (NEW) | 66442 | 02-24-2023 | 384.54 | 384.54 | | | |
| si256830 | Check | WSFS (NEW) | 66442 | 02-24-2023 | 291.22 | 291.22 | | | |
| | | | | Vendor Totals | 1,827.49* | 1,827.49* | .00* | .00* | .00* |
| | | | | | | | | | |
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8458357 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 10,388.00 | 10,388.00 | | | |
| 8458733 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 26,503.68 | 26,503.68 | | | |
| 8459042 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 47.90 | 47.90 | | | |
| 8459803 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 85.65 | 85.65 | | | |
| 8461475 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 455.30 | 455.30 | | | |
| 8464557 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 15,362.91 | 15,362.91 | | | |
| 8464763 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 58.93 | 58.93 | | | |
| 8465105 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 228.07 | 228.07 | | | |
| 8465168 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 137.75 | 137.75 | | | |
| 8465272 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 20,790.92 | 20,790.92 | | | |
| 8465571 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 4,209.60 | 4,209.60 | | | |
| 8466024 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 52.27 | 52.27 | | | |
| 8466117 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 264.00 | 264.00 | | | |
| 8466624 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 34,068.00 | 34,068.00 | | | |
| 8466647 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,320.00 | 1,320.00 | | | |
| 8466663 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 237.96 | 237.96 | | | |
| 8467004 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 958.46 | 958.46 | | | |
| 8467609 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,488.00 | 1,488.00 | | | |
| 8468020 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 50.55 | 50.55 | | | |
| 8468028 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 88.34 | 88.34 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 21**
**System Date: 03-27-2023**

Payment date from: 12-27-2022      Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8468523 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 96.64 | 96.64 | | | |
| 8469278 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 8,067.72 | 8,067.72 | | | |
| 8469284 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 4,370.25 | 4,370.25 | | | |
| 8469556 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 6,543.04 | 6,543.04 | | | |
| 8469859 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 56.96 | 56.96 | | | |
| 8469862 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 59.33 | 59.33 | | | |
| 8469894 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 85.88 | 85.88 | | | |
| 8469910 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 5,896.26 | 5,896.26 | | | |
| 8470088 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 9,169.83 | 9,169.83 | | | |
| 8470668 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 3,620.58 | 3,620.58 | | | |
| 8470897 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 6,091.00 | 6,091.00 | | | |
| 8470929 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 89.64 | 89.64 | | | |
| 8470972 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 57.06 | 57.06 | | | |
| 8471013 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 185.70 | 185.70 | | | |
| 8471063 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 267.33 | 267.33 | | | |
| 8471247 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 488.81 | 488.81 | | | |
| 8472365 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 135.60 | 135.60 | | | |
| 8472400 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 19,373.06 | 19,373.06 | | | |
| 8472481 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 30.24 | 30.24 | | | |
| 8473344 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 9,039.90 | 9,039.90 | | | |
| 8473414 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,519.54 | 1,519.54 | | | |
| 8473607 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 11,959.60 | 11,959.60 | | | |
| 8473612 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,212.80 | 1,212.80 | | | |
| 8473723 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 290.80 | 290.80 | | | |
| 8473849 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 7,611.76 | 7,611.76 | | | |
| 8474060 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 234.96 | 234.96 | | | |
| 8474125 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 177.44 | 177.44 | | | |
| 8474127 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 125.12 | 125.12 | | | |
| 8474135 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 186.60 | 186.60 | | | |
| 8474144 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 3,535.12 | 3,535.12 | | | |
| 8474214 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 199.70 | 199.70 | | | |
| 8474553 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 310.83 | 310.83 | | | |
| 8474748 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 22.74 | 22.74 | | | |
| 8474751 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 18.01 | 18.01 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 22**
System Date: 03-27-2023

Payment date from: 12-27-2022     Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8475171 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 310.18 | 310.18 | | | |
| 8475174 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,282.88 | 1,282.88 | | | |
| 8475806 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,298.64 | 1,298.64 | | | |
| 8475809 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 4,250.00 | 4,250.00 | | | |
| 8476020 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 45.59 | 45.59 | | | |
| 8476021 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,757.50 | 1,757.50 | | | |
| 8476360 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 18,753.91 | 18,753.91 | | | |
| 8476815 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,995.85 | 1,995.85 | | | |
| 8476897 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 554.80 | 554.80 | | | |
| 8477710 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 544.69 | 544.69 | | | |
| 8478007 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 55.65 | 55.65 | | | |
| 8478588 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 945.68 | 945.68 | | | |
| 8478664 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 14,240.00 | 14,240.00 | | | |
| 8479072 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 9,165.00 | 9,165.00 | | | |
| 8479126 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 3,858.12 | 3,858.12 | | | |
| 8479344 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 2,293.61 | 2,293.61 | | | |
| 8480205 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 59.76 | 59.76 | | | |
| 8480261 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 811.92 | 811.92 | | | |
| 8480344 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 412.00 | 412.00 | | | |
| 8480599 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 6,343.50 | 6,343.50 | | | |
| 8480645 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 628.47 | 628.47 | | | |
| 8480646 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 279.32 | 279.32 | | | |
| 8480998 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 15.12 | 15.12 | | | |
| 8481001 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 195.98 | 195.98 | | | |
| 8481021 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,009.40 | 1,009.40 | | | |
| 8481024 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 462.97 | 462.97 | | | |
| 8481337 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 55.48 | 55.48 | | | |
| 8481338 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 27.74 | 27.74 | | | |
| 8481594 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 2,210.00 | 2,210.00 | | | |
| 8481629 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 75.60 | 75.60 | | | |
| 8482056 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 308.20 | 308.20 | | | |
| 8482058 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 15.74 | 15.74 | | | |
| 8482076 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 7,810.71 | 7,810.71 | | | |
| 8482368 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 5,325.30 | 5,325.30 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **hand10** | **N. B. HANDY** | | | | | | | | |
| 8482771 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 15,888.00 | 15,888.00 | | | |
| 8483073 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,294.26 | 1,294.26 | | | |
| 8483219 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 13,150.35 | 13,150.35 | | | |
| 8483221 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 8,474.67 | 8,474.67 | | | |
| 8483384 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,984.00 | 1,984.00 | | | |
| 8483439 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 2,375.25 | 2,375.25 | | | |
| 8484236 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 955.96 | 955.96 | | | |
| 8484269 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 5,782.30 | 5,782.30 | | | |
| 8484896 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 23,543.12 | 23,543.12 | | | |
| 8484999 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 8,285.58 | 8,285.58 | | | |
| 8485058 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 3,456.96 | 3,456.96 | | | |
| 8485087 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 559.33 | 559.33 | | | |
| 8485690 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,919.88 | 1,919.88 | | | |
| 8485747 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 3,888.12 | 3,888.12 | | | |
| 8486561 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 6,460.20 | 6,460.20 | | | |
| 8486579 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 13,728.25 | 13,728.25 | | | |
| 8486591 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,256.70 | 1,256.70 | | | |
| 8486595 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 141.10 | 141.10 | | | |
| 8487176 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 730.65 | 730.65 | | | |
| 8488189 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 4.96 | 4.96 | | | |
| 8488191 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 76.74 | 76.74 | | | |
| 8488366 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 1,221.50 | 1,221.50 | | | |
| 8488515 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 36.02 | 36.02 | | | |
| 8488890 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 66.02 | 66.02 | | | |
| 8489094 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 24,904.37 | 24,904.37 | | | |
| 8489286 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 2,195.59 | 2,195.59 | | | |
| 8489531 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 134.12 | 134.12 | | | |
| 8489761 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 120.96 | 120.96 | | | |
| 8489768 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 3,009.38 | 3,009.38 | | | |
| 8489909 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 173.40 | 173.40 | | | |
| 8490084 | Check | WSFS (NEW) | 66405 | 02-14-2023 | 4,560.24 | 4,560.24 | | | |
| cm8466287 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 3,858.12- | 3,858.12- | | | |
| cm8467619 | Check | WSFS (NEW) | 66331 | 01-05-2023 | 1,320.00- | 1,320.00- | | | |
| | | | | **Vendor Totals** | **450,525.31*** | **450,525.31*** | **.00*** | **.00*** | **.00*** |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    **Page 24**
System Date: 03-27-2023

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **HARR10** | **HARRISON LAW GROUP** | | | | | | | | |
| 25276 | Check | WSFS (NEW)66443 | | 02-24-2023 | 175.00 | 175.00 | | | |
| 25338 | Check | WSFS (NEW)66443 | | 02-24-2023 | 238.63 | 238.63 | | | |
| | | | | Vendor Totals | 413.63* | 413.63* | .00* | .00* | .00* |
| **HAVT20** | **HAVTECH** | | | | | | | | |
| INV-1059508 | Check | WSFS (NEW)95 | | 01-31-2023 | 4,935.00 | 4,935.00 | | | |
| INV-1059614 | Check | WSFS (NEW)95 | | 01-31-2023 | 535.00 | 535.00 | | | |
| INV-1059866 | Check | WSFS (NEW)95 | | 01-31-2023 | 565.00 | 565.00 | | | |
| INV-1059946 | Check | WSFS (NEW)95 | | 01-31-2023 | 580.00 | 580.00 | | | |
| INV-1059947 | Check | WSFS (NEW)95 | | 01-31-2023 | 525.00 | 525.00 | | | |
| INV-1059948 | Check | WSFS (NEW)95 | | 01-31-2023 | 5,585.00 | 5,585.00 | | | |
| INV-1060030 | Check | WSFS (NEW)95 | | 01-31-2023 | 1,170.00 | 1,170.00 | | | |
| INV-1060131 | Check | WSFS (NEW)95 | | 01-31-2023 | 360.00 | 360.00 | | | |
| INV-1060217 | Check | WSFS (NEW)95 | | 01-31-2023 | 465.00 | 465.00 | | | |
| | | | | Vendor Totals | 14,720.00* | 14,720.00* | .00* | .00* | .00* |
| **HILL30** | **HILLER LAW FIRM** | | | | | | | | |
| 76004 | Check | WSFS (NEW)76004 | | 01-31-2023 | 395.00 | 395.00 | | | |
| **hmsi10** | **HMS INSURANCE ASSOCIATES** | | | | | | | | |
| 108409 | Check | WSFS (NEW)66444 | | 02-24-2023 | 100.00 | 100.00 | | | |
| 108410 | Check | WSFS (NEW)66444 | | 02-24-2023 | 100.00 | 100.00 | | | |
| | | | | Vendor Totals | 200.00* | 200.00* | .00* | .00* | .00* |
| **HVAC10** | **TRI-STATE HVAC EQUIPMENT (45)** | | | | | | | | |
| 15376157 | Check | WSFS (NEW)66400 | | 02-14-2023 | 5,800.00 | 5,800.00 | | | |
| 15376427 | Check | WSFS (NEW)66400 | | 02-14-2023 | 2,100.00 | 2,100.00 | | | |
| 15376821-CM | Check | WSFS (NEW)66400 | | 02-14-2023 | 5,900.00- | 5,900.00- | | | |
| | | | | Vendor Totals | 2,000.00* | 2,000.00* | .00* | .00* | .00* |
| **IRS 10** | **INTERNAL REVENUE SERVICE** | | | | | | | | |
| 2022 -940 | Check | WSFS (NEW)66372 | | 01-24-2023 | 455.46 | 455.46 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **judg10** | **THE JUDGMENT GROUP** | | | | | | | | |
| 01032023 | Check | WSFS (NEW) | 66349 | 01-10-2023 | 167.85 | 167.85 | | | |
| 01132023 | Check | WSFS (NEW) | 66367 | 01-20-2023 | 180.08 | 180.08 | | | |
| 01202023 | Check | WSFS (NEW) | 66378 | 01-27-2023 | 173.45 | 173.45 | | | |
| 01272023 | Check | WSFS (NEW) | 66392 | 02-10-2023 | 173.45 | 173.45 | | | |
| 01312023 | Check | WSFS (NEW) | 66392 | 02-10-2023 | 194.95 | 194.95 | | | |
| 02072023 | Check | WSFS (NEW) | 66410 | 02-15-2023 | 181.10 | 181.10 | | | |
| 02142023 | Check | WSFS (NEW) | 66420 | 02-21-2023 | 268.54 | 268.54 | | | |
| 02242023 | Check | WSFS (NEW) | 66466 | 02-27-2023 | 527.23 | 527.23 | | | |
| 03032023 | Check | WSFS (NEW) | 66482 | 03-06-2023 | 363.49 | 363.49 | | | |
| 03102023 | Check | WSFS (NEW) | 66499 | 03-14-2023 | 588.32 | 588.32 | | | |
| 03172023 | Check | WSFS (NEW) | 66509 | 03-21-2023 | 546.61 | 546.61 | | | |
| 12232022 | Check | WSFS (NEW) | 66315 | 12-30-2022 | 254.75 | 254.75 | | | |
| 12302022 | Check | WSFS (NEW) | 66322 | 01-04-2023 | 227.70 | 227.70 | | | |
| | | | | **Vendor Totals** | **3,847.52\*** | **3,847.52\*** | **.00\*** | **.00\*** | **.00\*** |
| **kbllc10** | **KIMBERLY BLAKE PROPERTIES, LLC** | | | | | | | | |
| 01012023 | Check | WSFS (NEW) | 66379 | 01-27-2023 | 888.83 | 888.83 | | | |
| **KEEN10** | **KEEN COMPRESSED GAS** | | | | | | | | |
| 30994380 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 144.33 | 144.33 | | | |
| 30999408 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 26.66 | 26.66 | | | |
| 31009393 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 32.07 | 32.07 | | | |
| 31012542 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 92.00 | 92.00 | | | |
| 31029343 | Check | WSFS (NEW) | 66445 | 02-24-2023 | 4.95 | 4.95 | | | |
| 31038525 | Check | WSFS (NEW) | 66445 | 02-24-2023 | 4.95 | 4.95 | | | |
| 83384255 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 31.61 | 31.61 | | | |
| 83388400 | Check | WSFS (NEW) | 66380 | 01-27-2023 | 31.61 | 31.61 | | | |
| 83392471 | Check | WSFS (NEW) | 66445 | 02-24-2023 | 30.78 | 30.78 | | | |
| 83396647 | Check | WSFS (NEW) | 66445 | 02-24-2023 | 31.61 | 31.61 | | | |
| 83400804 | Check | WSFS (NEW) | 66445 | 02-24-2023 | 30.78 | 30.78 | | | |
| | | | | **Vendor Totals** | **461.35\*** | **461.35\*** | **.00\*** | **.00\*** | **.00\*** |
| **KEND10** | **KENDALL ELECTRIC** | | | | | | | | |
| S112537589.001 | Check | WSFS (NEW) | 66510 | 03-21-2023 | 104.39 | 104.39 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    **Page 26**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **kiam10** | **KIA MOTORS FINANCE** | | | | | | | | |
| 01012023 | Check | WSFS (NEW) | 96 | 01-31-2023 | 412.14 | 412.14 | | | |
| 02012023 | Check | WSFS (NEW) | 1024 | 02-10-2023 | 412.14 | 412.14 | | | |
| 03102023 | Check | WSFS (NEW) | 1026 | 03-13-2023 | 412.14 | 412.14 | | | |
| | | | | Vendor Totals | 1,236.42* | 1,236.42* | .00* | .00* | .00* |
| **LIME10** | **LIMESTONE PENSION ASSOCIATES,** | | | | | | | | |
| 118123 | Check | WSFS (NEW) | 66511 | 03-21-2023 | 5,500.00 | 5,500.00 | | | |
| **MARR7506** | **ADAM 7506** | | | | | | | | |
| 411 | Check | WSFS (NEW) | 411 | 02-03-2023 | 20,372.94 | 20,372.94 | | | |
| **mary10** | **MARYLAND CHILD SUPPORT ACCOUNT** | | | | | | | | |
| 01032023 | Check | WSFS (NEW) | 66350 | 01-10-2023 | 508.83 | 508.83 | | | |
| 01132023 | Check | WSFS (NEW) | 83 | 01-20-2023 | 508.83 | 508.83 | | | |
| 01202023 | Check | WSFS (NEW) | 66381 | 01-27-2023 | 508.83 | 508.83 | | | |
| 01272023 | Check | WSFS (NEW) | 66393 | 02-10-2023 | 508.83 | 508.83 | | | |
| 01312023 | Check | WSFS (NEW) | 66393 | 02-10-2023 | 508.83 | 508.83 | | | |
| 02072023 | Check | WSFS (NEW) | 93 | 02-15-2023 | 508.83 | 508.83 | | | |
| 02142023 | Check | WSFS (NEW) | 66421 | 02-21-2023 | 542.75 | 542.75 | | | |
| 02242023 | Check | WSFS (NEW) | 1010 | 02-27-2023 | 542.75 | 542.75 | | | |
| 03032023 | Check | WSFS (NEW) | 66483 | 03-06-2023 | 441.44 | 441.44 | | | |
| 03102023 | Check | WSFS (NEW) | 1029 | 03-14-2023 | 754.00 | 754.00 | | | |
| 03172023 | Check | WSFS (NEW) | 1033 | 03-21-2023 | 754.00 | 754.00 | | | |
| 12232022 | Check | WSFS (NEW) | 66316 | 12-30-2022 | 508.83 | 508.83 | | | |
| 12302022 | Check | WSFS (NEW) | 66323 | 01-04-2023 | 508.83 | 508.83 | | | |
| | | | | Vendor Totals | 7,105.58* | 7,105.58* | .00* | .00* | .00* |
| **MARY20** | **MARYLAND UNEMPLOYMENT INSURANC** | | | | | | | | |
| 398 | Check | WSFS (NEW) | 398 | 01-27-2023 | 1,757.23 | 1,757.23 | | | |
| **MAST2243** | **MASTER CARD 2243 JANICE** | | | | | | | | |
| 370 | Check | WSFS (NEW) | 370 | 01-18-2023 | 199.00 | 199.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**                                                                 03-27-2023      **Page 27**
                                                                                   **System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **MAST4805** | **ADAM 4805** | | | | | | | | |
| 359 | Check | WSFS (NEW) | 359 | 01-13-2023 | 6,796.24 | 6,796.24 | | | |
| 432 | Check | WSFS (NEW) | 432 | 02-13-2023 | 357.25 | 357.25 | | | |
| 497 | Check | WSFS (NEW) | 497 | 03-13-2023 | 8,780.61 | 8,780.61 | | | |
| | | | | Vendor Totals | 15,934.10* | 15,934.10* | .00* | .00* | .00* |
| **MAST6330** | **JANICE WAHL** | | | | | | | | |
| 338 | Check | WSFS (NEW) | 338 | 01-01-2023 | 5,253.14 | 5,253.14 | | | |
| 408 | Check | WSFS (NEW) | 408 | 02-01-2023 | 7,503.45 | 7,503.45 | | | |
| | | | | Vendor Totals | 12,756.59* | 12,756.59* | .00* | .00* | .00* |
| **MAST9278** | **US AIRWAYS MASTER CARD #9278** | | | | | | | | |
| 341 | Check | WSFS (NEW) | 341 | 01-01-2023 | 12,818.22 | 12,818.22 | | | |
| 406 | Check | WSFS (NEW) | 406 | 02-01-2023 | 11,652.65 | 11,652.65 | | | |
| 470 | Check | WSFS (NEW) | 470 | 03-01-2023 | 16,500.03 | 16,500.03 | | | |
| | | | | Vendor Totals | 40,970.90* | 40,970.90* | .00* | .00* | .00* |
| **mcdo10** | **MCDONALD SAFETY EQUIPMENT** | | | | | | | | |
| 1050085 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 176.00 | 176.00 | | | |
| 1051113 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 176.00 | 176.00 | | | |
| 1051408 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 393.40 | 393.40 | | | |
| 1052220 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 56.00 | 56.00 | | | |
| 1052236 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 456.00 | 456.00 | | | |
| 1052385 | Check | WSFS (NEW) | 66351 | 01-10-2023 | 176.00 | 176.00 | | | |
| | | | | Vendor Totals | 1,433.40* | 1,433.40* | .00* | .00* | .00* |
| **MCMA10** | **MCMASTER CARR COMPANY** | | | | | | | | |
| 81710488 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 169.16 | 169.16 | | | |
| 82358185 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 112.24 | 112.24 | | | |
| 82508172 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 130.71 | 130.71 | | | |
| 83902675 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 52.30 | 52.30 | | | |
| 84786268 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 23.99 | 23.99 | | | |
| 86107169 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 282.67 | 282.67 | | | |
| 86278354 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 219.03 | 219.03 | | | |
| 87124577 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 167.94 | 167.94 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023**    **Page 28**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **MCMA10** | **MCMASTER CARR COMPANY** | | | | | | | | |
| 87359396 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 22.71 | 22.71 | | | |
| 88995105 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 37.12 | 37.12 | | | |
| 89172277 | Check | WSFS (NEW) | 1012 | 02-28-2023 | 26.72 | 26.72 | | | |
| 71455504-ck | Check | WSFS (NEW) | 1012 | 02-28-2023 | 4,113.67 | 4,113.67 | | | |
| 71455504-cm | Check | WSFS (NEW) | 1012 | 02-28-2023 | 5,358.26- | 5,358.26- | | | |
| | | | | Vendor Totals | .00* | .00* | .00* | .00* | .00* |
| **METR10** | **METROPOLITAN EQUIPMENT GROUP** | | | | | | | | |
| 016206 | Check | WSFS (NEW) | 66414 | 02-15-2023 | 1,500.00 | 1,500.00 | | | |
| 016398 | Check | WSFS (NEW) | 66414 | 02-15-2023 | 1,250.00 | 1,250.00 | | | |
| 016974 | Check | WSFS (NEW) | 66414 | 02-15-2023 | 5,890.00 | 5,890.00 | | | |
| 017456 | Check | WSFS (NEW) | 66524 | 03-24-2023 | 2,600.00 | 2,600.00 | | | |
| 016206-CM | Check | WSFS (NEW) | 66414 | 02-15-2023 | 1,500.00- | 1,500.00- | | | |
| | | | | Vendor Totals | 9,740.00* | 9,740.00* | .00* | .00* | .00* |
| **MICH10** | **R. E. MICHEL CO., INC.** | | | | | | | | |
| 11652200 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 446.40 | 446.40 | | | |
| 13455400 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 74.22 | 74.22 | | | |
| 19477800 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 18.17 | 18.17 | | | |
| 20349200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 12.72 | 12.72 | | | |
| 21530600 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 74.40 | 74.40 | | | |
| 26480200 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 141.87 | 141.87 | | | |
| 27204100 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 46.64 | 46.64 | | | |
| 27217600 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 148.44 | 148.44 | | | |
| 33421200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 89.57 | 89.57 | | | |
| 33622300 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 68.88 | 68.88 | | | |
| 36284500 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 40.97 | 40.97 | | | |
| 38180700 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 28.72 | 28.72 | | | |
| 38577500 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 47.64 | 47.64 | | | |
| 39214100 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 34.69 | 34.69 | | | |
| 39214101 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 35.56 | 35.56 | | | |
| 40214801 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 52.08 | 52.08 | | | |
| 42002100 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 78.96 | 78.96 | | | |
| 43766400 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 53.44 | 53.44 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022      Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **MICH10** | **R. E. MICHEL CO., INC.** | | | | | | | | |
| 45147000 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 10.78 | 10.78 | | | |
| 46322100 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 12.80 | 12.80 | | | |
| 46354300 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 61.10 | 61.10 | | | |
| 49000000 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 271.04 | 271.04 | | | |
| 51770400 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 200.90 | 200.90 | | | |
| 51771900 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 371.10 | 371.10 | | | |
| 61150100 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 77.87 | 77.87 | | | |
| 64257200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 24.62 | 24.62 | | | |
| 64353200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 2.10 | 2.10 | | | |
| 72575400 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 97.47 | 97.47 | | | |
| 73557500 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 42.72 | 42.72 | | | |
| 73989200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 37.11 | 37.11 | | | |
| 74244300 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 77.83 | 77.83 | | | |
| 77265100 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 14.28 | 14.28 | | | |
| 82528800 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 33.90 | 33.90 | | | |
| 83591100 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 49.50 | 49.50 | | | |
| 85356600 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 141.06 | 141.06 | | | |
| 87322700 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 22.54 | 22.54 | | | |
| 88189400 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 106.88 | 106.88 | | | |
| 91420000 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 211.04 | 211.04 | | | |
| 91586200 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 372.00 | 372.00 | | | |
| 92127500 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 37.20 | 37.20 | | | |
| 92319300 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 67.86 | 67.86 | | | |
| 92748600 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 353.67 | 353.67 | | | |
| 95657200 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 31.07 | 31.07 | | | |
| 97499600 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 19.53 | 19.53 | | | |
| 97966900 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 7.91 | 7.91 | | | |
| 99362100 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 148.80 | 148.80 | | | |
| 300068527 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 116.93 | 116.93 | | | |
| 305964000 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 70.56 | 70.56 | | | |
| 306002813 | Check | WSFS (NEW) | 66526 | 03-24-2023 | 220.08 | 220.08 | | | |
| 985948001 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 40.09 | 40.09 | | | |
| #0266090 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 22.77- | 22.77- | | | |
| #0266091 | Check | WSFS (NEW) | 66362 | 01-13-2023 | 119.04- | 119.04- | | | |

# Paid Invoice Register

**QH&A CO., INC.**                                                                                         **03-27-2023          Page 30**
                                                                                                          **System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **MICH10** | **R. E. MICHEL CO., INC.** | | | | | | | | |
| #0267260 | Check | WSFS (NEW)66362 | | 01-13-2023 | 409.92- | 409.92- | | | |
| #0268057 | Check | WSFS (NEW)66362 | | 01-13-2023 | 25.00- | 25.00- | | | |
| cm-87322700 | Check | WSFS (NEW)66362 | | 01-13-2023 | 22.54- | 22.54- | | | |
| | | | | Vendor Totals | 4,246.44* | 4,246.44* | .00* | .00* | .00* |
| **MIDD10** | **TOWN OF MIDDLETOWN** | | | | | | | | |
| 2023 | Check | WSFS (NEW)66447 | | 02-24-2023 | 175.00 | 175.00 | | | |
| **miss10** | **FAMILY SUPPORT PAYMENT CTR(MO)** | | | | | | | | |
| 01032023 | Check | WSFS (NEW)66352 | | 01-10-2023 | 141.23 | 141.23 | | | |
| 01132023 | Check | WSFS (NEW)66368 | | 01-20-2023 | 141.23 | 141.23 | | | |
| 01202023 | Check | WSFS (NEW)66382 | | 01-27-2023 | 141.23 | 141.23 | | | |
| 01272023 | Check | WSFS (NEW)66394 | | 02-10-2023 | 141.23 | 141.23 | | | |
| 01312023 | Check | WSFS (NEW)66394 | | 02-10-2023 | 141.23 | 141.23 | | | |
| 02072023 | Check | WSFS (NEW)66411 | | 02-15-2023 | 141.23 | 141.23 | | | |
| 02172023 | Check | WSFS (NEW)66422 | | 02-21-2023 | 141.23 | 141.23 | | | |
| 02242023 | Check | WSFS (NEW)66467 | | 02-27-2023 | 141.23 | 141.23 | | | |
| 03032023 | Check | WSFS (NEW)66484 | | 03-06-2023 | 141.23 | 141.23 | | | |
| 03102023 | Check | WSFS (NEW)66500 | | 03-14-2023 | 141.23 | 141.23 | | | |
| 03172023 | Check | WSFS (NEW)66512 | | 03-21-2023 | 141.23 | 141.23 | | | |
| 12232022 | Check | WSFS (NEW)66317 | | 12-30-2022 | 141.23 | 141.23 | | | |
| 12302022 | Check | WSFS (NEW)66324 | | 01-04-2023 | 141.23 | 141.23 | | | |
| | | | | Vendor Totals | 1,835.99* | 1,835.99* | .00* | .00* | .00* |
| **MKTM10** | **MI-KEE-TRO METAL MFG., INC.** | | | | | | | | |
| 2124-1 | Check | WSFS (NEW)66427 | | 02-23-2023 | 36,650.00 | 36,650.00 | | | |
| 2124-2 | Check | WSFS (NEW)66427 | | 02-23-2023 | 36,650.00 | 36,650.00 | | | |
| 2542-1 | Check | WSFS (NEW)66427 | | 02-23-2023 | 15,529.42 | 15,529.42 | | | |
| 2764-3 | Check | WSFS (NEW)66427 | | 02-23-2023 | 3,100.00 | 3,100.00 | | | |
| | | | | Vendor Totals | 91,929.42* | 91,929.42* | .00* | .00* | .00* |
| **MONT30** | **MONTLEBAHN AUTOMOTIVE** | | | | | | | | |
| 2566 | Check | WSFS (NEW)66416 | | 02-17-2023 | 1,689.40 | 1,689.40 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023    **Page 31**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **NEWC20** | **NEW CASTLE COUNTY SEWER** | | | | | | | | |
| 01202023-25 | Check | WSFS (NEW)66527 | | 03-24-2023 | 243.78 | 243.78 | | | |
| 10282022-11 | Check | WSFS (NEW)66448 | | 02-24-2023 | 296.74 | 296.74 | | | |
| 10282022-111 | Check | WSFS (NEW)66448 | | 02-24-2023 | 75.14 | 75.14 | | | |
| 10282022-21 | Check | WSFS (NEW)66448 | | 02-24-2023 | 21.67 | 21.67 | | | |
| 10282022-23 | Check | WSFS (NEW)66448 | | 02-24-2023 | 21.67 | 21.67 | | | |
| 10282022-25 | Check | WSFS (NEW)66448 | | 02-24-2023 | 66.50 | 66.50 | | | |
| 10282022-31 | Check | WSFS (NEW)66448 | | 02-24-2023 | 399.04 | 399.04 | | | |
| 703940008-23q1 | Check | WSFS (NEW)66527 | | 03-24-2023 | 280.79 | 280.79 | | | |
| 704320004-23q1 | Check | WSFS (NEW)66527 | | 03-24-2023 | 72.19 | 72.19 | | | |
| 704320005-23q1 | Check | WSFS (NEW)66527 | | 03-24-2023 | 21.90 | 21.90 | | | |
| 704320151-23q1 | Check | WSFS (NEW)66527 | | 03-24-2023 | 165.66 | 165.66 | | | |
| | | | | **Vendor Totals** | **1,665.08*** | **1,665.08*** | **.00*** | **.00*** | **.00*** |
| **pa scdu** | **PA SCDU** | | | | | | | | |
| 01032023 | Check | WSFS (NEW)66353 | | 01-10-2023 | 179.77 | 179.77 | | | |
| 01132023 | Check | WSFS (NEW)66369 | | 01-20-2023 | 179.77 | 179.77 | | | |
| 01202023 | Check | WSFS (NEW)66383 | | 01-27-2023 | 179.77 | 179.77 | | | |
| 01272023 | Check | WSFS (NEW)66395 | | 02-10-2023 | 179.77 | 179.77 | | | |
| 01312023 | Check | WSFS (NEW)66395 | | 02-10-2023 | 179.77 | 179.77 | | | |
| 02072023 | Check | WSFS (NEW)66412 | | 02-15-2023 | 179.77 | 179.77 | | | |
| 02172023 | Check | WSFS (NEW)66423 | | 02-21-2023 | 179.77 | 179.77 | | | |
| 02242023 | Check | WSFS (NEW)66468 | | 02-27-2023 | 179.77 | 179.77 | | | |
| 03032023 | Check | WSFS (NEW)66485 | | 03-06-2023 | 179.77 | 179.77 | | | |
| 03102023 | Check | WSFS (NEW)66501 | | 03-14-2023 | 179.77 | 179.77 | | | |
| 03172023 | Check | WSFS (NEW)66513 | | 03-21-2023 | 179.77 | 179.77 | | | |
| 12232022 | Check | WSFS (NEW)66318 | | 12-30-2022 | 179.77 | 179.77 | | | |
| 12302022 | Check | WSFS (NEW)66325 | | 01-04-2023 | 179.77 | 179.77 | | | |
| | | | | **Vendor Totals** | **2,337.01*** | **2,337.01*** | **.00*** | **.00*** | **.00*** |
| **PADE10** | **PA DEPARTMENT OF REVENUE** | | | | | | | | |
| 322 | Check | WSFS (NEW)322 | | 12-27-2022 | 247.72 | 247.72 | | | |
| 363 | Check | WSFS (NEW)363 | | 01-18-2023 | 396.35 | 396.35 | | | |
| 377 | Check | WSFS (NEW)377 | | 01-19-2023 | 5.40 | 5.40 | | | |
| 384 | Check | WSFS (NEW)384 | | 01-24-2023 | 350.24 | 350.24 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023    Page 32**
**System Date: 03-27-2023**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **PADE10** | **PA DEPARTMENT OF REVENUE** | | | | | | | | |
| 394 | Check | WSFS (NEW) | 394 | 01-31-2023 | 302.85 | 302.85 | | | |
| 414 | Check | WSFS (NEW) | 414 | 02-07-2023 | 356.70 | 356.70 | | | |
| 429 | Check | WSFS (NEW) | 429 | 02-15-2023 | 355.40 | 355.40 | | | |
| 440 | Check | WSFS (NEW) | 440 | 02-16-2023 | 8.84 | 8.84 | | | |
| 449 | Check | WSFS (NEW) | 449 | 02-21-2023 | 319.88 | 319.88 | | | |
| 459 | Check | WSFS (NEW) | 459 | 02-28-2023 | 344.65 | 344.65 | | | |
| 483 | Check | WSFS (NEW) | 483 | 03-07-2023 | 287.85 | 287.85 | | | |
| 499 | Check | WSFS (NEW) | 499 | 03-13-2023 | 253.65 | 253.65 | | | |
| 509 | Check | WSFS (NEW) | 509 | 03-21-2023 | 253.29 | 253.29 | | | |
| 335-1 | Check | WSFS (NEW) | 335 | 12-31-2022 | 188.50 | 188.50 | | | |
| 353-1 | Check | WSFS (NEW) | 353 | 01-10-2023 | 245.41 | 245.41 | | | |
| 493-1 | Check | WSFS (NEW) | 493 | 03-14-2023 | 297.40 | 297.40 | | | |
| | | | | **Vendor Totals** | **4,214.13*** | **4,214.13*** | **.00*** | **.00*** | **.00*** |
| **PATI20** | **PATIENT FIRST** | | | | | | | | |
| 11092022 | Check | WSFS (NEW) | 66424 | 02-21-2023 | 334.00 | 334.00 | | | |
| 471158561 | Check | WSFS (NEW) | 66424 | 02-21-2023 | 205.00 | 205.00 | | | |
| | | | | **Vendor Totals** | **539.00*** | **539.00*** | **.00*** | **.00*** | **.00*** |
| **PEIR10** | **PEIRCE-PHELPS, INC.** | | | | | | | | |
| 406762593 | Check | WSFS (NEW) | 66449 | 02-24-2023 | 1,250.00 | 1,250.00 | | | |
| 406764935 | Check | WSFS (NEW) | 66449 | 02-24-2023 | 420.00 | 420.00 | | | |
| 406830772 | Check | WSFS (NEW) | 1020 | 03-10-2023 | 296.42 | 296.42 | | | |
| 406836125 | Check | WSFS (NEW) | 1020 | 03-10-2023 | 648.00 | 648.00 | | | |
| 406865370 | Check | WSFS (NEW) | 1020 | 03-10-2023 | 84.41 | 84.41 | | | |
| | | | | **Vendor Totals** | **2,698.83*** | **2,698.83*** | **.00*** | **.00*** | **.00*** |
| **penc10** | **PENCO CORPORATION SEAFORD** | | | | | | | | |
| s2974267 -cr | Check | WSFS (NEW) | 66450 | 02-24-2023 | 2.22- | 2.22- | | | |
| S3305707.001 | Check | WSFS (NEW) | 66450 | 02-24-2023 | 245.46 | 245.46 | | | |
| S3307212.001 | Check | WSFS (NEW) | 66450 | 02-24-2023 | 11.53 | 11.53 | | | |
| | | | | **Vendor Totals** | **254.77*** | **254.77*** | **.00*** | **.00*** | **.00*** |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022      Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **PENI10** | **PENINSULA TECHNICAL SERVICES,** | | | | | | | | |
| 221213QHA | Check | WSFS (NEW) | 66326 | 01-04-2023 | 1,401.25 | 1,401.25 | | | |
| 221222QHA | Check | WSFS (NEW) | 66326 | 01-04-2023 | 1,251.25 | 1,251.25 | | | |
| 2230216qha | Check | WSFS (NEW) | 66425 | 02-21-2023 | 1,101.25 | 1,101.25 | | | |
| 230104qha | Check | WSFS (NEW) | 66354 | 01-10-2023 | 2,012.50 | 2,012.50 | | | |
| 230110qha | Check | WSFS (NEW) | 66370 | 01-20-2023 | 1,401.25 | 1,401.25 | | | |
| 230124qha | Check | WSFS (NEW) | 66396 | 02-10-2023 | 1,251.25 | 1,251.25 | | | |
| 230203QHA | Check | WSFS (NEW) | 66396 | 02-10-2023 | 1,101.25 | 1,101.25 | | | |
| 230210qha | Check | WSFS (NEW) | 66413 | 02-15-2023 | 1,101.25 | 1,101.25 | | | |
| 230222QHA | Check | WSFS (NEW) | 66469 | 02-27-2023 | 1,101.25 | 1,101.25 | | | |
| 230306DPL | Check | WSFS (NEW) | 66502 | 03-14-2023 | 1,101.25 | 1,101.25 | | | |
| 230308qha | Check | WSFS (NEW) | 66502 | 03-14-2023 | 1,101.25 | 1,101.25 | | | |
| | | | | **Vendor Totals** | **13,925.00*** | **13,925.00*** | **.00*** | **.00*** | **.00*** |
| **pens10** | **PENSKE TRUCK** | | | | | | | | |
| 01192023 | Check | WSFS (NEW) | 97 | 01-31-2023 | 12,067.86 | 12,067.86 | | | |
| 12192022 | Check | WSFS (NEW) | 69 | 12-31-2022 | 13,265.32 | 13,265.32 | | | |
| 24600230 | Check | WSFS (NEW) | 1022 | 02-27-2023 | 11,939.75 | 11,939.75 | | | |
| | | | | **Vendor Totals** | **37,272.93*** | **37,272.93*** | **.00*** | **.00*** | **.00*** |
| **phoe30** | **Phoenix Metals-Duct** | | | | | | | | |
| 112979 | Check | WSFS (NEW) | 66451 | 02-24-2023 | 74.20 | 74.20 | | | |
| 113556 | Check | WSFS (NEW) | 66451 | 02-24-2023 | 397.50 | 397.50 | | | |
| 113557 | Check | WSFS (NEW) | 66451 | 02-24-2023 | 1,857.12 | 1,857.12 | | | |
| | | | | **Vendor Totals** | **2,328.82*** | **2,328.82*** | **.00*** | **.00*** | **.00*** |
| **PITN10** | **PITNEY BOWES** | | | | | | | | |
| 02012023 | Check | WSFS (NEW) | 1013 | 03-02-2023 | 500.00 | 500.00 | | | |
| 12012022 | Check | WSFS (NEW) | 67 | 12-30-2022 | 500.00 | 500.00 | | | |
| 51322680 | Check | WSFS (NEW) | 98 | 01-31-2023 | 500.00 | 500.00 | | | |
| 3316954340 | Check | WSFS (NEW) | 1027 | 03-14-2023 | 216.52 | 216.52 | | | |
| 3317135514 | Check | WSFS (NEW) | 1027 | 03-14-2023 | 32.00 | 32.00 | | | |
| | | | | **Vendor Totals** | **1,748.52*** | **1,748.52*** | **.00*** | **.00*** | **.00*** |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 34**
**System Date: 03-27-2023**

Payment date from: 12-27-2022       Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **PIVO10** | **PIVOT OCCUPATIONAL HEALTH** | | | | | | | | |
| 2437884 | Check | WSFS (NEW)66426 | | 02-21-2023 | 523.00 | 523.00 | | | |
| 2509275 | Check | WSFS (NEW)66426 | | 02-21-2023 | 355.00 | 355.00 | | | |
| 2579481 | Check | WSFS (NEW)66426 | | 02-21-2023 | 302.00 | 302.00 | | | |
| 20230309 | Check | WSFS (NEW)66503 | | 03-14-2023 | 362.00 | 362.00 | | | |
| 15342-1022 | Check | WSFS (NEW)66426 | | 02-21-2023 | 732.00 | 732.00 | | | |
| 15342-822 | Check | WSFS (NEW)66426 | | 02-21-2023 | 2,371.00 | 2,371.00 | | | |
| | | | | Vendor Totals | 4,645.00* | 4,645.00* | .00* | .00* | .00* |
| **PRIN10** | **PRINCIPAL LIFE INSURANCE COMPA** | | | | | | | | |
| 2023 | Check | WSFS (NEW)1011 | | 02-27-2023 | 3,164.18 | 3,164.18 | | | |
| **prin20** | **PRINT-O-STAT** | | | | | | | | |
| 19663 | Check | WSFS (NEW)66452 | | 02-24-2023 | 254.96 | 254.96 | | | |
| 27418 | Check | WSFS (NEW)66452 | | 02-24-2023 | 360.57 | 360.57 | | | |
| 32973 | Check | WSFS (NEW)66452 | | 02-24-2023 | 245.37 | 245.37 | | | |
| 36360 | Check | WSFS (NEW)66486 | | 03-06-2023 | 250.67 | 250.67 | | | |
| | | | | Vendor Totals | 1,111.57* | 1,111.57* | .00* | .00* | .00* |
| **PROD10** | **PRODUCTION PRODUCTS, INC.** | | | | | | | | |
| 151648 | Check | WSFS (NEW)66507 | | 03-17-2023 | 2,350.75 | 2,350.75 | | | |
| 151711 | Check | WSFS (NEW)66507 | | 03-17-2023 | 1,887.35 | 1,887.35 | | | |
| | | | | Vendor Totals | 4,238.10* | 4,238.10* | .00* | .00* | .00* |
| **pvml10** | **PVM, LLC** | | | | | | | | |
| 01012023 | Check | WSFS (NEW)66355 | | 01-13-2023 | 4,895.00 | 4,895.00 | | | |
| 02012023 | Check | WSFS (NEW)66397 | | 02-10-2023 | 4,895.00 | 4,895.00 | | | |
| 03012023 | Check | WSFS (NEW)66487 | | 03-06-2023 | 4,895.00 | 4,895.00 | | | |
| 11162022 | Check | WSFS (NEW)66355 | | 01-13-2023 | 94.05- | 94.05- | | | |
| 12162022 | Check | WSFS (NEW)66355 | | 01-13-2023 | 119.94- | 119.94- | | | |
| 01012023-ti | Check | WSFS (NEW)66355 | | 01-13-2023 | 313.00 | 313.00 | | | |
| 02012023-ins | Check | WSFS (NEW)66397 | | 02-10-2023 | 313.00 | 313.00 | | | |
| 02232023-ele | Check | WSFS (NEW)66487 | | 03-06-2023 | 126.34- | 126.34- | | | |
| 03012023-TI | Check | WSFS (NEW)66487 | | 03-06-2023 | 313.00 | 313.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022       Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **pvml10** | **PVM, LLC** | | | | | | | | |
| 12023 ELE C | Check | WSFS (NEW) | 66397 | 02-10-2023 | 172.20- | 172.20- | | | |
| | | | | **Vendor Totals** | **15,111.47\*** | **15,111.47\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **RAFF10** | **S.J. RAFFERTY** | | | | | | | | |
| 14462 | Check | WSFS (NEW) | 66453 | 02-24-2023 | 4,250.00 | 4,250.00 | | | |
| | | | | | | | | | |
| **RICH20** | **JOSEPH T. RICHARDSONS, INC** | | | | | | | | |
| 01312023-SL | Check | WSFS (NEW) | 66398 | 02-10-2023 | 558.50 | 558.50 | | | |
| | | | | | | | | | |
| **robe20** | **ROBERTS OXYGEN  \*CC\*** | | | | | | | | |
| 766014 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 1,275.11 | 1,275.11 | | | |
| 822692 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 3,761.19 | 3,761.19 | | | |
| 839672 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 3,016.16 | 3,016.16 | | | |
| 855321 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 4,146.61 | 4,146.61 | | | |
| 874721 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 2,732.08 | 2,732.08 | | | |
| f04690 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f04691 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f04692 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 329.87 | 329.87 | | | |
| f04693 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f04694 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 136.05 | 136.05 | | | |
| f30724 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |
| f30725 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |
| f30726 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 340.14 | 340.14 | | | |
| f30727 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |
| f30728 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 138.13 | 138.13 | | | |
| f56797 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f56798 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f56799 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 329.87 | 329.87 | | | |
| f56800 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 54.17 | 54.17 | | | |
| f56801 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 136.05 | 136.05 | | | |
| F82821 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |
| F82822 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |
| F82823 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 507.73 | 507.73 | | | |
| F82824 | Check | WSFS (NEW) | 66473 | 03-03-2023 | 55.25 | 55.25 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023 **Page 36**
**System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **robe20** | **ROBERTS OXYGEN  *CC*** | | | | | | | | |
| F82825 | Check | WSFS (NEW)66473 | | 03-03-2023 | 138.13 | 138.13 | | | |
| | | | | **Vendor Totals** | **17,643.64*** | **17,643.64*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **SANF10** | **SANFORD SCHOOL** | | | | | | | | |
| 356 | Check | WSFS (NEW)356 | | 01-10-2023 | 2,159.59 | 2,159.59 | | | |
| 436 | Check | WSFS (NEW)436 | | 02-10-2023 | 2,159.59 | 2,159.59 | | | |
| 496 | Check | WSFS (NEW)496 | | 03-10-2023 | 2,159.59 | 2,159.59 | | | |
| | | | | **Vendor Totals** | **6,478.77*** | **6,478.77*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **SCAN10** | **JOHN F. SCANLAN, INC.** | | | | | | | | |
| BR2-04669-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 33,463.00 | 33,463.00 | | | |
| FB2-07445-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 13,900.00 | 13,900.00 | | | |
| jfs2-04281-jh | Check | WSFS (NEW)66340 | | 01-06-2023 | 175.00 | 175.00 | | | |
| jfs2-04367-jh | Check | WSFS (NEW)66340 | | 01-06-2023 | 5,923.69 | 5,923.69 | | | |
| JFS2-04504-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 258.04 | 258.04 | | | |
| JFS2-04545-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 122.00 | 122.00 | | | |
| JFS2-04849-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 500.00 | 500.00 | | | |
| JK2-04225-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 210.00 | 210.00 | | | |
| TI2-03640-JH | Check | WSFS (NEW)66340 | | 01-06-2023 | 175.00 | 175.00 | | | |
| | | | | **Vendor Totals** | **54,726.73*** | **54,726.73*** | **.00*** | **.00*** | **.00*** |
| | | | | | | | | | |
| **SIEG10** | **E. F. SIEGFRIED CO., INC.** | | | | | | | | |
| 200825 | Check | WSFS (NEW)66531 | | 03-24-2023 | 3,845.00 | 3,845.00 | | | |
| 2200534 | Check | WSFS (NEW)66531 | | 03-24-2023 | 920.00 | 920.00 | | | |
| 2200735 | Check | WSFS (NEW)66531 | | 03-24-2023 | 970.00 | 970.00 | | | |
| 2200752 | Check | WSFS (NEW)66531 | | 03-24-2023 | 215.00 | 215.00 | | | |
| 2200756 | Check | WSFS (NEW)66531 | | 03-24-2023 | 445.00 | 445.00 | | | |
| 2200762 | Check | WSFS (NEW)66531 | | 03-24-2023 | 725.00 | 725.00 | | | |
| 2200769 | Check | WSFS (NEW)66531 | | 03-24-2023 | 1,100.00 | 1,100.00 | | | |
| 2200798 | Check | WSFS (NEW)66531 | | 03-24-2023 | 2,330.00 | 2,330.00 | | | |
| 2200807 | Check | WSFS (NEW)66531 | | 03-24-2023 | 135.00 | 135.00 | | | |
| 2200811 | Check | WSFS (NEW)66531 | | 03-24-2023 | 2,255.00 | 2,255.00 | | | |
| 2200812 | Check | WSFS (NEW)66531 | | 03-24-2023 | 220.00 | 220.00 | | | |
| 2200820 | Check | WSFS (NEW)66531 | | 03-24-2023 | 2,735.00 | 2,735.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022        Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| **SIEG10** | **E. F. SIEGFRIED CO., INC.** | | | | | | | | |
| 2200821 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 905.00 | 905.00 | | | |
| 2200835 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,720.00 | 1,720.00 | | | |
| 2200882 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 635.00 | 635.00 | | | |
| 2200898 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 790.00 | 790.00 | | | |
| 2200901 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,675.00 | 1,675.00 | | | |
| 2200964 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 140.00 | 140.00 | | | |
| 2200966 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 215.00 | 215.00 | | | |
| 2200983 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 45.00 | 45.00 | | | |
| 2201012 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 190.00 | 190.00 | | | |
| 2201040 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,150.00 | 1,150.00 | | | |
| 2201051 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 635.00 | 635.00 | | | |
| 2201099 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 95.00 | 95.00 | | | |
| 2201105 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 585.00 | 585.00 | | | |
| 2201128 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,850.00 | 1,850.00 | | | |
| 2201167 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 2,630.00 | 2,630.00 | | | |
| 2201169 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 2,270.00 | 2,270.00 | | | |
| 2201170 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 965.00 | 965.00 | | | |
| 2201185 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,050.00 | 1,050.00 | | | |
| 2201225 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,370.00 | 1,370.00 | | | |
| 2201258 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 175.00 | 175.00 | | | |
| 2201316 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 8,640.00 | 8,640.00 | | | |
| 2201339 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,050.00 | 1,050.00 | | | |
| 2201341 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 890.00 | 890.00 | | | |
| 2201349 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,920.00 | 1,920.00 | | | |
| 2201362 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 540.00 | 540.00 | | | |
| 2201383 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 9,690.00 | 9,690.00 | | | |
| 2201411 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,790.00 | 1,790.00 | | | |
| 2201412 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,540.00 | 1,540.00 | | | |
| 2201444 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,350.00 | 1,350.00 | | | |
| 2201475 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 6,575.00 | 6,575.00 | | | |
| 2201488 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 895.00 | 895.00 | | | |
| 2201493 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 175.00 | 175.00 | | | |
| 2201552 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 285.00 | 285.00 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023 **Page 38**
**System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **SIEG10** | **E. F. SIEGFRIED CO., INC.** | | | | | | | | |
| cm-10110 | Check | WSFS (NEW) | 66531 | 03-24-2023 | 1,720.00- | 1,720.00- | | | |
| | | | | **Vendor Totals** | **68,605.00\*** | **68,605.00\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **spir10** | **SPIRAL FITTINGS INC.** | | | | | | | | |
| 115946 | Check | WSFS (NEW) | 66363 | 01-13-2023 | 5,737.94 | 5,737.94 | | | |
| 115947 | Check | WSFS (NEW) | 66363 | 01-13-2023 | 5,070.46 | 5,070.46 | | | |
| 116042 | Check | WSFS (NEW) | 66363 | 01-13-2023 | 757.36 | 757.36 | | | |
| 116100 | Check | WSFS (NEW) | 66363 | 01-13-2023 | 389.83 | 389.83 | | | |
| | | | | **Vendor Totals** | **11,955.59\*** | **11,955.59\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **stap10** | **STAPLES CREDIT PLAN** | | | | | | | | |
| 01272023 | Check | WSFS (NEW) | 1007 | 02-22-2023 | 706.40 | 706.40 | | | |
| 02242023 | Check | WSFS (NEW) | 1036 | 03-22-2023 | 835.20 | 835.20 | | | |
| 11272022 | Check | WSFS (NEW) | 70 | 12-31-2022 | 982.86 | 982.86 | | | |
| 12282022 | Check | WSFS (NEW) | 99 | 01-31-2023 | 572.13 | 572.13 | | | |
| | | | | **Vendor Totals** | **3,096.59\*** | **3,096.59\*** | **.00\*** | **.00\*** | **.00\*** |
| | | | | | | | | | |
| **stic10** | **STICK IT TO ME STICKERS** | | | | | | | | |
| 267 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 608.40 | 608.40 | | | |
| 268 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 99.75 | 99.75 | | | |
| 269 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 20.70 | 20.70 | | | |
| 270 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 33.80 | 33.80 | | | |
| 271 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 510.00 | 510.00 | | | |
| 272 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 525.50 | 525.50 | | | |
| 273 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 32.50 | 32.50 | | | |
| 274 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 84.60 | 84.60 | | | |
| 275 | Check | WSFS (NEW) | 66454 | 02-24-2023 | 99.40 | 99.40 | | | |
| 276 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 224.00 | 224.00 | | | |
| 277 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 908.50 | 908.50 | | | |
| 278 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 90.50 | 90.50 | | | |
| 279 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 62.38 | 62.38 | | | |
| 280 | Check | WSFS (NEW) | 66514 | 03-21-2023 | 921.00 | 921.00 | | | |
| | | | | **Vendor Totals** | **4,221.03\*** | **4,221.03\*** | **.00\*** | **.00\*** | **.00\*** |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023**    **Page 39**
**System Date: 03-27-2023**

Payment date from: 12-27-2022       Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **suno10** | **SUNOCO** | | | | | | | | |
| 01222023 | Check | WSFS (NEW) | 1005 | 02-17-2023 | 719.74 | 719.74 | | | |
| 02192023 | Check | WSFS (NEW) | 1031 | 03-20-2023 | 4,803.47 | 4,803.47 | | | |
| 11212022 | Check | WSFS (NEW) | 74 | 01-12-2023 | 2,952.80 | 2,952.80 | | | |
| 12122022 | Check | WSFS (NEW) | 74 | 01-12-2023 | 304.71 | 304.71 | | | |
| 12222022 | Check | WSFS (NEW) | 81 | 01-19-2023 | 5,536.15 | 5,536.15 | | | |
| | | | | Vendor Totals | 14,316.87* | 14,316.87* | .00* | .00* | .00* |
| | | | | | | | | | |
| **SUPE30** | **SUPERIOR EQUIPMENT RENTAL CO.** | | | | | | | | |
| 510422 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 1,852.30 | 1,852.30 | | | |
| 509669-2 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 215.73 | 215.73 | | | |
| 509669-3 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 215.73 | 215.73 | | | |
| 509669-4 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 31.89 | 31.89 | | | |
| 509669-5 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 215.73 | 215.73 | | | |
| 509669-6 | Check | WSFS (NEW) | 66455 | 02-24-2023 | 215.73 | 215.73 | | | |
| | | | | Vendor Totals | 2,747.11* | 2,747.11* | .00* | .00* | .00* |
| | | | | | | | | | |
| **trad10** | **TRADESMEN INTERNATIONAL, LLC** | | | | | | | | |
| 4784006 | Check | WSFS (NEW) | 85 | 01-11-2023 | 6,256.00 | 6,256.00 | | | |
| 4787782 | Check | WSFS (NEW) | 85 | 01-11-2023 | 13,692.59 | 13,692.59 | | | |
| 4787783 | Check | WSFS (NEW) | 85 | 01-11-2023 | 7,539.46 | 7,539.46 | | | |
| 4791669 | Check | WSFS (NEW) | 85 | 01-11-2023 | 9,488.73 | 9,488.73 | | | |
| 4791670 | Check | WSFS (NEW) | 85 | 01-11-2023 | 2,849.53 | 2,849.53 | | | |
| 4791671 | Check | WSFS (NEW) | 85 | 01-11-2023 | 7,820.00 | 7,820.00 | | | |
| 4795374 | Check | WSFS (NEW) | 86 | 01-27-2023 | 5,894.85 | 5,894.85 | | | |
| 4795375 | Check | WSFS (NEW) | 86 | 01-27-2023 | 1,669.85 | 1,669.85 | | | |
| 4795376 | Check | WSFS (NEW) | 86 | 01-27-2023 | 6,842.50 | 6,842.50 | | | |
| 4798837 | Check | WSFS (NEW) | 86 | 01-27-2023 | 10,507.21 | 10,507.21 | | | |
| 4798838 | Check | WSFS (NEW) | 86 | 01-27-2023 | 2,849.53 | 2,849.53 | | | |
| 4798839 | Check | WSFS (NEW) | 86 | 01-27-2023 | 8,810.00 | 8,810.00 | | | |
| 4802534 | Check | WSFS (NEW) | 86 | 01-27-2023 | 10,340.56 | 10,340.56 | | | |
| 4802535 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 2,216.98 | 2,216.98 | | | |
| 4802536 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 10,317.38 | 10,317.38 | | | |
| 4806146 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 9,960.83 | 9,960.83 | | | |
| 4806147 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 2,707.15 | 2,707.15 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023     Page 40**
**System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **trad10** | **TRADESMEN INTERNATIONAL, LLC** | | | | | | | | |
| 4806148 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 11,120.00 | 11,120.00 | | | |
| 4809387 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 7,884.96 | 7,884.96 | | | |
| 4809388 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 2,216.98 | 2,216.98 | | | |
| 4809389 | Check | WSFS (NEW) | 1008 | 02-23-2023 | 5,913.88 | 5,913.88 | | | |
| 4812447 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 7,991.70 | 7,991.70 | | | |
| 4812448 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 2,131.55 | 2,131.55 | | | |
| 4812449 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 6,060.50 | 6,060.50 | | | |
| 4814154 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 1,320.00 | 1,320.00 | | | |
| 4814180 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 330.00 | 330.00 | | | |
| 4815420 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 8,439.05 | 8,439.05 | | | |
| 4815421 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 2,245.45 | 2,245.45 | | | |
| 4815422 | Check | WSFS (NEW) | 1023 | 03-10-2023 | 7,038.00 | 7,038.00 | | | |
| | | | | **Vendor Totals** | **182,455.22*** | **182,455.22*** | **.00*** | **.00*** | **.00*** |
| **TRIN10** | **TRINITY HEALTH** | | | | | | | | |
| 111778994 | Check | WSFS (NEW) | 66456 | 02-24-2023 | 1,072.58 | 1,072.58 | | | |
| **UNIO10** | **UNION WHOLESALE COMPANY** | | | | | | | | |
| si0052458 | Check | WSFS (NEW) | 66457 | 02-24-2023 | 588.00 | 588.00 | | | |
| **UNIV10** | **UNIVERSITY SPORTS PUBLICATIONS** | | | | | | | | |
| 22061979 | Check | WSFS (NEW) | 66458 | 02-24-2023 | 1,350.00 | 1,350.00 | | | |
| **UNLI10** | **Unlimited Services Available** | | | | | | | | |
| 197722 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 3,231.76 | 3,231.76 | | | |
| 197759 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,468.48 | 2,468.48 | | | |
| 197787 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,224.88 | 2,224.88 | | | |
| 197815 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,988.16 | 2,988.16 | | | |
| 197837 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 3,327.92 | 3,327.92 | | | |
| 197861 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,890.72 | 2,890.72 | | | |
| 197890 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,890.72 | 2,890.72 | | | |
| 197925 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,988.16 | 2,988.16 | | | |
| 197955 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 1,429.12 | 1,429.12 | | | |
| 198035 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,533.44 | 2,533.44 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **UNLI10** | **Unlimited Services Available** | | | | | | | | |
| 198106 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 974.40 | 974.40 | | | |
| 198114 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 2,101.05 | 2,101.05 | | | |
| 198122 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 243.60 | 243.60 | | | |
| 198139 | Check | WSFS (NEW) | 66492 | 03-10-2023 | 584.64 | 584.64 | | | |
| | | | | Vendor Totals | 30,877.05* | 30,877.05* | .00* | .00* | .00* |
| | | | | | | | | | |
| **unum10** | **UNUM LIFE INSURANCE CO.** | | | | | | | | |
| 0134087-0223 | Check | WSFS (NEW) | 1015 | 02-28-2023 | 6,621.94 | 6,621.94 | | | |
| 0134089-223 | Check | WSFS (NEW) | 1015 | 02-28-2023 | 2,321.04 | 2,321.04 | | | |
| 0670624-1222 | Check | WSFS (NEW) | 77 | 12-31-2022 | 1,172.02 | 1,172.02 | | | |
| 0670624-223 | Check | WSFS (NEW) | 1015 | 02-28-2023 | 1,177.97 | 1,177.97 | | | |
| 134087-1222 | Check | WSFS (NEW) | 77 | 12-31-2022 | 6,556.30 | 6,556.30 | | | |
| 134087-123 | Check | WSFS (NEW) | 88 | 01-31-2023 | 6,224.79 | 6,224.79 | | | |
| 134089-1222 | Check | WSFS (NEW) | 77 | 12-31-2022 | 2,204.20 | 2,204.20 | | | |
| 134089-123 | Check | WSFS (NEW) | 88 | 01-31-2023 | 2,049.94 | 2,049.94 | | | |
| 670624-131 | Check | WSFS (NEW) | 88 | 01-31-2023 | 1,135.05 | 1,135.05 | | | |
| | | | | Vendor Totals | 29,463.25* | 29,463.25* | .00* | .00* | .00* |
| | | | | | | | | | |
| **UPS 20** | **UPS SUPPLY CHAIN SOLUTIONS** | | | | | | | | |
| 1583132168 | Check | WSFS (NEW) | 66459 | 02-24-2023 | 2.03 | 2.03 | | | |
| 1592605603 | Check | WSFS (NEW) | 66459 | 02-24-2023 | 36.61 | 36.61 | | | |
| 1600780497 | Check | WSFS (NEW) | 66459 | 02-24-2023 | 2.20 | 2.20 | | | |
| | | | | Vendor Totals | 40.84* | 40.84* | .00* | .00* | .00* |
| | | | | | | | | | |
| **veri40** | **VERIZON** | | | | | | | | |
| 2122023 | Check | WSFS (NEW) | 1018 | 03-06-2023 | 149.99 | 149.99 | | | |
| 01012023 | Check | WSFS (NEW) | 100 | 01-31-2023 | 129.99 | 129.99 | | | |
| 01042023 | Check | WSFS (NEW) | 72 | 01-01-2023 | 96.77 | 96.77 | | | |
| 01122023 | Check | WSFS (NEW) | 131 | 02-21-2023 | 149.99 | 149.99 | | | |
| 01182023 | Check | WSFS (NEW) | 131 | 02-21-2023 | 466.10 | 466.10 | | | |
| 02012023 | Check | WSFS (NEW) | 131 | 02-21-2023 | 129.99 | 129.99 | | | |
| 02032023 | Check | WSFS (NEW) | 131 | 02-21-2023 | 96.44 | 96.44 | | | |
| 02122023 | Check | WSFS (NEW) | 1018 | 03-06-2023 | 96.29 | 96.29 | | | |
| 02182023 | Check | WSFS (NEW) | 1019 | 03-09-2023 | 466.10 | 466.10 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

Payment date from: 12-27-2022    Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **veri40** | **VERIZON** | | | | | | | | |
| 12122022 | Check | WSFS (NEW) | 72 | 01-01-2023 | 149.99 | 149.99 | | | |
| 12182022 | Check | WSFS (NEW) | 75 | 01-12-2023 | 463.26 | 463.26 | | | |
| | | | | Vendor Totals | 2,394.91* | 2,394.91* | .00* | .00* | .00* |
| **VOYA10** | **VOYA** | | | | | | | | |
| 323 | Check | WSFS (NEW) | 323 | 12-27-2022 | 15,762.93 | 15,762.93 | | | |
| 324 | Check | WSFS (NEW) | 324 | 12-27-2022 | 1,495.10 | 1,495.10 | | | |
| 336 | Check | WSFS (NEW) | 336 | 12-31-2022 | 17,343.32 | 17,343.32 | | | |
| 337 | Check | WSFS (NEW) | 337 | 12-31-2022 | 1,337.31 | 1,337.31 | | | |
| 354 | Check | WSFS (NEW) | 354 | 01-10-2023 | 5,433.06 | 5,433.06 | | | |
| 355 | Check | WSFS (NEW) | 355 | 01-10-2023 | 2,064.08 | 2,064.08 | | | |
| 364 | Check | WSFS (NEW) | 364 | 01-18-2023 | 6,071.24 | 6,071.24 | | | |
| 365 | Check | WSFS (NEW) | 365 | 01-18-2023 | 2,380.62 | 2,380.62 | | | |
| 385 | Check | WSFS (NEW) | 385 | 01-24-2023 | 5,945.79 | 5,945.79 | | | |
| 395 | Check | WSFS (NEW) | 395 | 01-31-2023 | 5,892.71 | 5,892.71 | | | |
| 396 | Check | WSFS (NEW) | 396 | 01-31-2023 | 2,001.83 | 2,001.83 | | | |
| 417 | Check | WSFS (NEW) | 417 | 02-07-2023 | 5,797.98 | 5,797.98 | | | |
| 418 | Check | WSFS (NEW) | 418 | 02-07-2023 | 1,955.07 | 1,955.07 | | | |
| 430 | Check | WSFS (NEW) | 430 | 02-15-2023 | 6,234.17 | 6,234.17 | | | |
| 431 | Check | WSFS (NEW) | 431 | 02-15-2023 | 1,956.35 | 1,956.35 | | | |
| 450 | Check | WSFS (NEW) | 450 | 02-21-2023 | 5,738.26 | 5,738.26 | | | |
| 451 | Check | WSFS (NEW) | 451 | 02-21-2023 | 1,757.04 | 1,757.04 | | | |
| 464 | Check | WSFS (NEW) | 464 | 02-28-2023 | 23.50 | 23.50 | | | |
| 484 | Check | WSFS (NEW) | 484 | 03-07-2023 | 2,011.83 | 2,011.83 | | | |
| 485 | Check | WSFS (NEW) | 485 | 03-07-2023 | 5,426.21 | 5,426.21 | | | |
| 511 | Check | WSFS (NEW) | 511 | 03-21-2023 | 1,992.72 | 1,992.72 | | | |
| 5010 | Check | WSFS (NEW) | 5010 | 03-21-2023 | 5,776.57 | 5,776.57 | | | |
| 206165 | Check | WSFS (NEW) | 66460 | 02-24-2023 | 125.00 | 125.00 | | | |
| 206166 | Check | WSFS (NEW) | 66460 | 02-24-2023 | 125.00 | 125.00 | | | |
| 386-1 | Check | WSFS (NEW) | 386 | 01-24-2023 | 1,980.59 | 1,980.59 | | | |
| 460-1 | Check | WSFS (NEW) | 460 | 02-28-2023 | 1,722.09 | 1,722.09 | | | |
| 461-1 | Check | WSFS (NEW) | 461 | 02-28-2023 | 5,701.95 | 5,701.95 | | | |
| 494-1 | Check | WSFS (NEW) | 494 | 03-14-2023 | 2,052.65 | 2,052.65 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023**     **Page 43**
**System Date: 03-27-2023**

Payment date from: 12-27-2022     Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **VOYA10** | **VOYA** | | | | | | | | |
| 495-1 | Check | WSFS (NEW) | 495 | 03-14-2023 | 5,878.68 | 5,878.68 | | | |
| | | | | Vendor Totals | 121,983.65* | 121,983.65* | .00* | .00* | .00* |
| | | | | | | | | | |
| **wahl10** | **HORACE A. WAHL, JR.-TRUST** | | | | | | | | |
| 01012023 | Check | WSFS (NEW) | 66384 | 01-27-2023 | 4,702.00 | 4,702.00 | | | |
| | | | | | | | | | |
| **wahl20** | **WAHL PROPERTIES, LLC** | | | | | | | | |
| 12012022-21 | Check | WSFS (NEW) | 66385 | 01-27-2023 | 1,000.00 | 1,000.00 | | | |
| 12012022-2214 | Check | WSFS (NEW) | 66385 | 01-27-2023 | 975.00 | 975.00 | | | |
| | | | | Vendor Totals | 1,975.00* | 1,975.00* | .00* | .00* | .00* |
| | | | | | | | | | |
| **wahl50** | **HORACE A. WAHL, JR** | | | | | | | | |
| 1012023-108 | Check | WSFS (NEW) | 66386 | 01-27-2023 | 545.00 | 545.00 | | | |
| 1012023-int | Check | WSFS (NEW) | 66386 | 01-27-2023 | 477.71 | 477.71 | | | |
| | | | | Vendor Totals | 1,022.71* | 1,022.71* | .00* | .00* | .00* |
| | | | | | | | | | |
| **WALD10** | **WALDRON OF MARYLAND, INC.** | | | | | | | | |
| 373325 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 34.34 | 34.34 | | | |
| 373432 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 1,482.94 | 1,482.94 | | | |
| 373460 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 848.00 | 848.00 | | | |
| 373680 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 117.02 | 117.02 | | | |
| 373699 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 188.68 | 188.68 | | | |
| 373748 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 180.62 | 180.62 | | | |
| 374268 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 187.62 | 187.62 | | | |
| 374303 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 1,266.66 | 1,266.66 | | | |
| 374793 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 951.88 | 951.88 | | | |
| 375392 | Check | WSFS (NEW) | 66515 | 03-21-2023 | 3,074.00 | 3,074.00 | | | |
| | | | | Vendor Totals | 8,331.76* | 8,331.76* | .00* | .00* | .00* |
| | | | | | | | | | |
| **WEIN20** | **WEINSTEIN SUPPLY KENNET SQUARE** | | | | | | | | |
| s029530909.001 | Check | WSFS (NEW) | 66461 | 02-24-2023 | 16.29 | 16.29 | | | |
| | | | | | | | | | |
| **WEST20** | **WEST HEALTH ADVOCATE SOLUTIONS** | | | | | | | | |
| 220815 | Check | WSFS (NEW) | 66399 | 02-10-2023 | 362.25 | 362.25 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

03-27-2023   **Page 44**
**System Date: 03-27-2023**

Payment date from: 12-27-2022     Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **WEST20** | **WEST HEALTH ADVOCATE SOLUTIONS** | | | | | | | | |
| 220915 | Check | WSFS (NEW) | 66399 | 02-10-2023 | 362.25 | 362.25 | | | |
| 221015 | Check | WSFS (NEW) | 66399 | 02-10-2023 | 362.25 | 362.25 | | | |
| 221115 | Check | WSFS (NEW) | 66462 | 02-24-2023 | 362.25 | 362.25 | | | |
| 221215 | Check | WSFS (NEW) | 66504 | 03-14-2023 | 362.25 | 362.25 | | | |
| 230115 | Check | WSFS (NEW) | 66504 | 03-14-2023 | 362.25 | 362.25 | | | |
| 230215 | Check | WSFS (NEW) | 66504 | 03-14-2023 | 362.25 | 362.25 | | | |
| | | | | **Vendor Totals** | **2,535.75*** | **2,535.75*** | **.00*** | **.00*** | **.00*** |
| **whee10** | **WHEELER, WOLFENDEN, DEWARES CP** | | | | | | | | |
| 50258 | Check | WSFS (NEW) | 66371 | 01-20-2023 | 7,800.00 | 7,800.00 | | | |
| 7312022 | Check | WSFS (NEW) | 66371 | 01-20-2023 | 310.79 | 310.79 | | | |
| 06302022 | Check | WSFS (NEW) | 66371 | 01-20-2023 | 285.84 | 285.84 | | | |
| | | | | **Vendor Totals** | **8,396.63*** | **8,396.63*** | **.00*** | **.00*** | **.00*** |
| **WILL10** | **S. G. WILLIAMS & BROS. CO.** | | | | | | | | |
| 391859 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 510.00 | 510.00 | | | |
| 393080 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 306.00 | 306.00 | | | |
| 393682 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 612.00 | 612.00 | | | |
| 394343 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 161.50 | 161.50 | | | |
| 395107 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 510.00 | 510.00 | | | |
| 398036 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 720.00 | 720.00 | | | |
| 399248 | Check | WSFS (NEW) | 66505 | 03-14-2023 | 408.00 | 408.00 | | | |
| | | | | **Vendor Totals** | **3,227.50*** | **3,227.50*** | **.00*** | **.00*** | **.00*** |
| **WSFS20** | **WSFS** | | | | | | | | |
| 327 | Check | WSFS (NEW) | 327 | 12-27-2022 | 519.82 | 519.82 | | | |
| 330 | Check | WSFS (NEW) | 330 | 12-28-2022 | 14,533.27 | 14,533.27 | | | |
| 331 | Check | WSFS (NEW) | 331 | 12-28-2022 | 9,524.92 | 9,524.92 | | | |
| 340 | Check | WSFS (NEW) | 340 | 01-01-2023 | 36,482.03 | 36,482.03 | | | |
| 387 | Check | WSFS (NEW) | 387 | 01-24-2023 | 593.73 | 593.73 | | | |
| 401 | Check | WSFS (NEW) | 401 | 01-28-2023 | 14,680.07 | 14,680.07 | | | |
| 402 | Check | WSFS (NEW) | 402 | 01-28-2023 | 9,576.43 | 9,576.43 | | | |
| 404 | Check | WSFS (NEW) | 404 | 02-01-2023 | 39,090.99 | 39,090.99 | | | |
| 465 | Check | WSFS (NEW) | 465 | 02-28-2023 | 539.78 | 539.78 | | | |

# Paid Invoice Register

**QH&A CO., INC.**

**03-27-2023      Page 45**
**System Date: 03-27-2023**

Payment date from: 12-27-2022          Payment date to: 3-27-2023

| Invoice | Payment Type | Payment Account | Payment Reference | Payment Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|
| **WSFS20** | **WSFS** | | | | | | | | |
| 466 | Check | WSFS (NEW) | 466 | 02-28-2023 | 14,756.07 | 14,756.07 | | | |
| 467 | Check | WSFS (NEW) | 467 | 02-28-2023 | 9,603.76 | 9,603.76 | | | |
| 471 | Check | WSFS (NEW) | 471 | 03-01-2023 | 35,351.47 | 35,351.47 | | | |
| | | | | **Vendor Totals** | **185,252.34*** | **185,252.34*** | **.00*** | **.00*** | **.00*** |
| | | | | **Report Totals** | **3,967,867.68*** | **3,956,367.68*** | **.00*** | **.00*** | **11,500.00*** |

# United States Bankruptcy Court
## District of Delaware

In re   **Quality Heating & Air-Conditioning Company, Inc.**

Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   3/27/2023          Signature   _Horace Adam Wahl, III_

Horace Adam Wahl, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   **Quality Heating & Air-Conditioning Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  3/27/2023

**Horace Adam Wahl, III/President**
Signer/Title

ADVANCED THERMAL
601 N. HAMMONDS FERRY RD
SUITE F-J
LINTHICUM HEIGHTS, MD  21090

AERIAL CRANE
P.O. BOX 178
PARSONSBURG, MD  21849

AIG
1271 AVENUE OF THE AMERICAS
FL 37
NEW YORK, NY  10020-1304

ALEX R MARSHALL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ALLIED TRAILERS
P.O. BOX 427
SAVAGE, MD  20763-0427

ALLIED WASTE SERVICES
P.O. BOX 9001099
LOUISVILLE, KY  40290-1099

ALWARD L. BARNARD
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

AMIEL JOE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ANTHONY J MIRABELLA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ANTHONY W HENRY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ARIOSA & CO., LLC
16 STENERSON LANE
HUNT VALLEY, MD  21030

ARTESIAN WATER CO., INC.
P.O. BOX 15069
WILMINGTON, DE  19886-5069

AT&T
P.O. BOX 6416
CAROL STREAM, IL  60197-6416

AUDREY M WOELFEL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

AUSTIN & PRUITT FIRE & SAFETY
2 BROOKSIDE DRIVE
WILMINGTON, DE  19804

AZBER ORTIZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BANCROFT CONSTRUCTION COMPANY
1300 N GRANT AVE 101
WILMINGTON, DE  19806

BELL CONTRACTORS, LLC
941 MERCANTILE DRIVE
HANOVER, MD  21076

BELLEVUE CONTRACTORS LLC
909 DELAWARE AVE.
WILMINGTON, DE  19806

BLANE R. KING
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BOST FILTREX
949 KING AVE
COLUMBUS, OH  43212

BRAD T SIMPERS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRANDON L. MIDGETTE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRET D SIMPERS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRET M CURLEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRIAN J. SPEDDEN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRIAN L. HIGH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BRIAN W. VENDRICK
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

BROOKSIDE PROPERTIES LLC
31 BROOKSIDE DR.
WILMINGTON, DE  19804

BROUDY PRECISION
9 UNION HILL ROAD
CONSHOHOCKEN, PA  19428

C&S PROPERTIES LLC
24 BROOKSIDE DR.
WILMINGTON, DE  19805

CALVIN L HOSKIN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CAPITAL HARDWARE SUPPLY
P.O. BOX 563
BEDFORD PARK, IL  60499-0563

CARL A. ANTON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CENTERS FOR DISEASE CONT. &
PREVENTION
1600 CLINTON ROAD
ATLANTA, GA  30329-4027

CHARLES E WALLS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHASE M STUMPF
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRIS A. BOND
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRIS PUPILLO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRISTOPHER C COLE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRISTOPHER C. POZZI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRISTOPHER D. COOK
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRISTOPHER E JOHNSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CHRISTOPHER J. PALMER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

CITIBUSINESS CARD
PO BOX 9001037
LOUISVILLE, KY  40290-1037

CITY OF WILMINGTON
DEPARTMENT OF FINANCE
PO BOX 15577
WILMINGTON, DE  19866-5577

CLARK & SONS, INC. OVERHEAD DOORS
314 E. AYRE STREET
WILMINGTON, DE  19804

COHEN SEGLIAS PALLAS GREENHALL
1600 MARKET STREET
32ND FLOOR
PHILADELPHIA, PA  19103

COMBUSTION SERVICE & EQUIPMENT
2016 BABCOCK BLVD
PITTSBURGH, PA  15209

COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA  19398-3001

COMCAST
P.O BOX 70219
PHILADELPHIA, PA  19176-0219

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
110 CARROLL ST.
ANNAPOLIS, MD  21411

CORY R OBER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAMATO & LASPADA, LLC
1415 FOULK ROAD
SUITE109
WILMINGTON, DE  19803

DAMIEN A. SMITH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAMON R. LASHLEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DANIEL A ANDINO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DANIEL E RAYNE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DANNY O GUZMAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DARRELL G DOWNES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DASHAWN F FRANCIS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID A TYLER, JR
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID C. WEISS
NEMOURS BLDG
US ATTORNEYS OFFICE
1007 ORANGE ST, STE 700
WILMINGTON, DE 19801

DAVID E. CORNETT, II
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID J. DRISCOLL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID L. BOURDON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID M. CERNOS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID R CAMACHO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID S BARRACLOUGH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DAVID WATERS & SONS
1862 GRAVES ROAD
HOCKESSIN, DE 19707

DE DEPARTMENT OF TRANSPORT
DELAWARE EZPASS PAYMENT CTR
P.O. BOX 697
DOVER, DE 19903-0697

DELAWARE DEPARTMENT OF FINANCE
OFFICE OF UNCLAIMED PROPERTY
PO BOX 8931
WILMINGTON, DE 19899-8931

DELAWARE DEPARTMENT OF JUSTICE
FRAUD & CONSUMER PROTECTION
CARVEL STATE BUILDING
820 N FRENCH ST 5TH FL
WILMINGTON, DE 19801

DELAWARE DEPARTMENT OF LABOR
4425 NORTH MARKET S
WILMINGTON, DE 19802

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
4425 N MARKET ST
WILMINGTON, DE 19802

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
8 GEORGETOWN PLAZA
STE 2
GEORGETOWN, DE 19947

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
BLUE HEN CORPORATE CTR
655 S BAY ROAD, STE 2H
DOVER, DE 19901

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
PENCADER CORPORATE CTR
225 CORPORATE BLVD, STE 108
NEWARK, DE 19702

DELAWARE DEPT OF NATURAL RESOURCES
& ENVIRONMENTAL CONTROL
89 KINGS HIGHWAY
DOVER, DE 19901

DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN, DE 19947

DELAWARE DIVISION OF REVENUE
540 S DUPONT HIGHWAY
DOVER, DE 19901

DELAWARE DIVISION OF REVENUE
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE HEALTH AND SOCIAL SERVICES
MAIN ADMINSTRATION BUILDING
ATTN: GABRIELA KEJNER CHIEF OF STAFF
1901 N. DUPONT HIGHWAY
NEW CASTLE, DE 19720

DELAWARE INVESTOR PROTECTION UNIT
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET
5TH FLOOR
WILMINGTON, DE 19801

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

DELMARVA POWER
P.O. BOX 13609
PHILADELPHIA, PA 19101-3509

DELREN HVAC, INC.
141 SHREVE AVE
BARRINGTON, NJ 08007

DENNY L DONALDSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DENVER-ELEK, INC.
8860 KELSO DRIVE
BALTIMORE, MD 21221-3111

DEONTE L HARRELL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DERIS ABRAHAM GUDEIL BERNAL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DEVON I. EMORY-BROWN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DEWAYNE M. JACKSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DFC INDUSTRIES, INC.
4 BELLECOR DRIVE
NEW CASTLE, DE 19720

DOLORES R NAVARRETE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

DONALD J PHILLIPS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

E. F. SIEGFRIED CO., INC.
1811 WALNUT AVENUE
ORELAND, PA 19075

EAST COAST FASTENERS INC
1 COPPER DRIVE
UNIT 11
WILMINGTON, DE 19804

EASTERN INDUSTRIAL SERVICES
196 QUIGLEY BLVD
NEW CASTLE, DE 19720

EASTERN LIFT TRUCK CO., INC.
P.O. BOX 307
MAPLE SHADE, NJ 08052-0307

EDUARDO ROJAS-ALVAREZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

EDWIN FLORES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

EDWIN G SANTIAGO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

EMJAY ENGINEERING & CONST. CO.
1706 WHITEHEAD ROAD
GWYNN OAK, MD 21207

EMS SUPPLY LLC
P.O. BOX 48
WESTVILLE, NJ 08093

ENERGY TRANSFER SOLUTIONS INC.
1220 WARD AVE
SUITE 300
WEST CHESTER, PA 19380

ENGINEERED AIR, INC.
44A TUCKAHOE ROAD
MARMORA, NJ 08223

EPA - REGION 1
5 POST OFFICE SQUARE
SUITE 100
BOSTON, MA 02109-3912

EPA - REGION 10
1200 SIXTH AVE
SUITE 900
SEATTLE, WA 98101

EPA - REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

EPA - REGION 3
1650 ARCH ST
PHILADELPHIA, PA 19103-2029

EPA - REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH ST SW
ATLANTA, GA 30303-3104

EPA - REGION 5
77 W JACKSON BLVD
CHICAGO, IL 60604-3507

EPA - REGION 6
FOUNTAIN PLACE 12TH FL, STE 1200
1445 ROSS AVE
DALLAS, TX 75202-2733

EPA - REGION 7
11201 RENNER BLVD
LENEXA, KS 66219

EPA - REGION 8
1595 WYNKOOP ST
DENVER, CO 80202-1129

EPA - REGION 9
75 HAWTHORNE ST
SAN FRANCISCO, CA 94105

ERNESTO R GONZALEZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

F.C. CLIFFORD, INC.
1101 EDISON HIGHWAY
BALTIMORE, MD 21213

FASTENAL
P.O. BOX 1286
WINONA, MN 55987-1286

FERGUSON ENTERPRISES, INC.
P. O. BOX 644054
FEI 1393
PITTSBURGH, PA  15264-4054

FINNEGAN ASSOCIATES, INC.
P.O. BOX 143
PERKASIE, PA  18944

FLASH FUNDING, LLC
ASSIGNEE FOR REVOLVE TRAINING
P.O. BOX 224507
DALLAS, TX  75222-4507

FLO MECHANICAL
507 BAXTER COURT
HOCKESSIN, DE  19707-1916

FORD CREDIT
BOX 220564
PITTSBURGH, PA  15257

FOURTHGEN, INC
506 N. RAMUNNO DRIVE
MIDDLETOWN, DE  19709

G AND E WELDING SUPPLY
281 AIRPORT ROAD
NEW CASTLE, DE  19720

G. E. TIGNALL & CO., INC.
14 MCCANN AVENUE
COCKEYSVILLE, MD  21030

GENERAL AIRE
115 N. 5TH STREET
P.O. BOX 110
DARBY, PA  19023

GENESIS ENGINEERS, INC.
ONE SENTRY PARKWAY
BLUE BELL, PA  19422

GERALD V BARNETT
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

GORDON, FOURNARIS & MAMMERELLA
ATTORNEYS
1925 LOVERING AVENUE
WILMINGTON, DE  19806

GRIPPLE, INC.
1611 EMILY LANE
AURORA, IL  60502

H&B ENGINEERED PRODUCTS, INC.
12500 BALTIMORE AVE
UNIT F
BELTSVILLE, MD  20705

H. ADAM WAHL, III
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

HAVTECH
P.O. BOX 37031
BALTIMORE, MD  21297

HEATHER A. PIERCE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

HEER BROS, INC.
7500 ENERGY PARKWAY
CURTIS BAY, MD  21226

HIGHMARK DELAWARE
P.O.BOX 382162
PITTSBURGH, PA  15251-8162

HILTI, INC.
P.O.BOX 70299
PHILADELPHIA, PA  19176-0299

HILYARDS, INC.
1616 NEWPORT GAP PIKE
WILMINGTON, DE  19808

HMS INSURANCE ASSOCIATES
P.O. BOX 325
COCKEYSVILLE, MD  21030

HORACE A. WAHL, JR. - TRUST
3801 VALLEY BROOK DR.
WILMINGTON, DE  19808

HORACE A. WAHL, JR.
3801 VALLEY BROOK DR.
WILMINGTON, DE  19804

HORTON MECHANICAL CONTRACTORS INC.
7909 PHILADELPHIA RD
BALTIMORE, MD  21237-2619

INTERNAL REVENUE SERVICE LOCAL OFFICE
21309 BERLIN RD UNIT 13
GEORGETOWN, DE  19947

INTERNAL REVENUE SERVICE LOCAL OFFICE
600 ARCH STREET
PHILADELPHIA, PA  19106

INTERNAL REVENUE SERVICE LOCAL OFFICE
611 S. DUPONT HWY
DOVER, DE  19904

INTERNAL REVENUE SERVICE LOCAL OFFICE
844 KING ST
WILMINGTON, DE  19801

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC  20220

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

J. F. FISCHER, INC.
7909 PHILADELPHIA ROAD
BALTIMORE, MD  21237-2694

JAMES E HARGRAVES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JAMES R BABB
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JAMES R. PINGITORE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JAMES S. CALWELL VI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JASON E. HAMMOND
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JEFFREY BROWN CONTRACTING, LLC
400 E. JOPPA ROAD
TOWSON, MD  21286

JEREMY B. DEPUTY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JERMAINE D HUMPHREY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JERRY W DUNIVAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JESS A. JAMIESON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOHN A DOLLARD
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOHN D. CRONIN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOHN F. SCANLAN, INC.
1238-46 BELMONT AVENUE
PHILADELPHIA, PA  19104

JOHN R. CROCKER MECHANICAL
304 MELFIELD AVENUE
EASTON, MD  21601

JOHNNIE H. HOWELL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSE L MOSCOSO LINARES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSEPH A DIPIERRO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSEPH E KOZLOWSKI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSEPH E. TIGUE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSEPH M. ZIMMER, INC.
2225 NORTHWOOD DRIVE
SALISBURY, MD  21801

JOSEPH T. RICHARDSON, INC.
P. O. BOX 269
HARRINGTON, DE  19952

JOSHUA J SANDSTROM
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSHUA L GARCIA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JOSHUA O. NELSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JUAN C SANCHEZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JUVER ALEXANDER NAVARRETE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

JUVER ANTONIO NAVARRETE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KAMERYN R STARKEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KEEN COMPRESSED GAS
P.O. BOX 15151
WILMINGTON, DE 19850-5151

KENNETH D HUBBARD
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KENNETH E JONES, JR
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KENNETH W STEPP
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KEVIN A NAVARRETE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KEVIN L. STEWARD
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KEVIN R WHITE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KEVYN A FLORES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KIA FINANCE AMERICA
P.O. BOX 650805
DALLAS, TX 75265

KIMBERLY BLAKE PROPERTIES, LLC
C/O GB REGISTERED AGENTS INC.
47 W. BELMONT DR.
HOCKESSIN, DE 19707

KIRLIN MID ATLANTIC LLC
515 DOVER ROAD
ROCKVILLE, MD 20850

K-VEN, INC.
407 MAIN ST.
SPOTSWOOD, NJ 08884

KYLE D MORALES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KYLE P PIAZZA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KYLE S ATCHISON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

KYLE W KUCHARSKI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

LARRY SAVAGE, JR
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

LAWRENCE V. BOULDEN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

LEROY J SIMS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

LYON, CONKLIN & CO., INC. FERGUSON
ENTER
P.O. BOX 827066
PHILADELPHIA, PA 19182-7066

M. DAVIS & SONS, INC.
227 DAYLESSFORD COURT
KENNETT SQUARE, PA 19348

MARK A. ANTONIO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MARTIN T GERBER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MARYLAND SAFE ZONES
P.O. BOX 17648
MD 21296-7000

MARYLAND TRANSPORTATION AUTH
P.O. BOX 12853
PHILADELPHIA, PA 19176-0853

MATTHEW A CONWAY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MAURICE E. WILLIAMS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MAURICE M MOODY II
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MCDONALD SAFETY EQUIPMENT
581 COPPER DRIVE
WILMINGTON, DE 19804

MCMASTER CARR COMPANY
P. O. BOX 7690
CHICAGO, IL  60680-7690

MELVIS A NAVARRETE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEAL DELOYA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEL A FLAHERTY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEL A MILLER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEL A. LUX
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEL B HUBER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MICHAEL C BRANNAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

MIDWEST METAL PRODUCTS
P.O. BOX 8800
MICHIGAN CITY, IN  46361

MILES AHEAD SHEETMETAL, LLC
PO BOX 47426
WINDSOR MILL, MD  21244

MOBILE MINI
4646 E VAN BUREN ST
PHOENIX, AZ  85008

MONTGOMERY COUNTY SAFE SPEED
P.O. BOX 10549
ROCKVILLE, MD  20849-0549

MSC INDUSTRIAL SUPPLY CO., INC.
515 BROADHOLLOW RD.
STE. 1000
MELVILLE, NY  11747

N. B. HANDY
P.O. BOX 11407
DEPT 1653
BIRMINGHAM, AL  35246-1653

NATHAN B. CECELIA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

NEFCO CORPORATION
P.O. BOX 1701
BRIDGEPORT, CT  06601-1701

NERY LEONARD AGUILAR
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

NICHOLAS A. SERGE
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

NICHOLAS A. SMITH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

NICHOLAS P MADDOX
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

OFFICE OF SEC. OF STATE OF DELAWARE
HON. JEFFREY W. BULLOCK
TOWNSEND BLDG
401 FEDERAL ST
DOVER, DE  19901

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA CASEY
844 KING STREET, SUITE 2207
WILMINGTON, DE  19801

PATRICK M. GRUBB
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

PENINSULA TECHNICAL SERVICES
P.O. BOX 149
DELMAR, DE  19940

PENNSYLVANIA DEPARTMENT OF REVENUE
HARRISBURG, PA  17128-2005

PENSION BENEFIT GUARANTY CORP
DIR. CORP. FINANCE & NEGOTIATION DEPT.
1200 K STREET NW
WASHINGTON, DC  20005

PENSION BENEFIT GUARANTY CORP
GENERAL COUNSEL
1200 K STREET NW
WASHINGTON, DC  20005

PENSKE TRUCK LEASING CO. L.P.
P.O. BOX 563
READING, PA  19603

PHILLIPS WAY
2901 DEDE RD, SUITE A
FINKSBURG, MD  21048

PHOENIX METALS-DUCT
1920 PORTAL ST.
BALTIMORE, MD  21224

PNC BANK
JILL MECHOLSKY
MIDWAY 4725 KIRKWOOD HIGHWAY
WILMINGTON, DE  19808

POWER TECH EQUIPMENT REPAIR, LLC
505 BLUE BALL RD.
ELKTON, MD  21921

PRINCIPAL NATIONAL LIFE INSURANCE CO.
P.O. BOX 77204
MINNEAPOLIS, MN  55480-7200

PRINT-O-STAT
P. O. BOX 15055
YORK, PA  17405-7055

PRODUCTION PRODUCTS, INC.
30500 POTOMAC WAY
CHARLOTTE HALL, MD  20622

QUALITY HEATING & AIR-CONDITIONING
COMPANY, INC.
31 BROOKSIDE DRIVE
WILMINGTON, DE  19804

QUENCH USA, INC
P.O. BOX 735777
DALLAS, TX  75373-5777

QUINCY W JACKSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

QUINTON W JACKSON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

R. G. DEGLI OBIZZI & SONS, INC.
400 ROBINSON LANE
WILMINGTON, DE  19805

R.P. MACHINE, LLC
906 STILLWATER RD.
NEWTON, NJ  07860

RAYMOND L DIEHL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

RICARDO GARCIA-BERNAL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

RICARDO MARTINEZ GALVA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

RICHARD S BIB
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERT B. SOBIESKI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERT E. CARNEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERT L. LEASURE III
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERT M. HILBERTS, INC.
1013 CONSHOHOCKEN ROAD
P. O. BOX 548
CONSHOHOCKEN, PA  19428

ROBERT P. SINCLAIR
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERT T HAWKES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERTO C CARBALLO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROBERTS OXYGEN
P.O. BOX 5507
DERWOOD, MD  20855

ROLLER DIAZ-TORRES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ROMMEL CRANSTON
601 NURSERY ROAD
LINTHICUM HEIGHTS, MD  21090

RONALD E GROTON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

RUBEN ARNALDO GARZA ERAZO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

RYAN S. PERGEORELIS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

S.J. RAFFERTY
2144 PRIEST BRIDGE COURT
CROFTON, MD  21114

SAGE CRE FORMS
PO BOX 230578
PORTLAND, OR  97281

SCHNEIDER TRAILER AND CONTAINER
P.O. BOX 8904
NEWARK, DE 19714

SCOTT W SMITH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SEAN N. HICKEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SEAN P DURNAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
ATTN: WALTER E. JOSPIN, REGIONAL DIR
950 E PACES FERRY, NE, STE 900
ATLANTA, GA 30326-1382

SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
ATTN: PAUL LEVENSON, REGIONAL DIR
33 ARCH ST, 23RD FL
BOSTON, MA 02110-1424

SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN: DAVID A. GLOCKNER, REGIONAL DIR
175 W JACKSON BLVD, STE 1450
CHICAGO, IL 60604

SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
ATTN: JULIE K. LUTZ, REGIONAL DIR
1961 STOUT ST, STE 1700
DENVER, CO 80294-1961

SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
ATTN: SHAMOIL SHIPCHANDLER, REG. DIR
801 CHERRY ST, STE 1900, UNIT 18
FORT WORTH, TX 76102

SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES  REGIONAL OFFICE
ATTN: MICHELE WEIN LAYNE, REGIONAL DIR
444 S FLOWER ST, STE 900
LOS ANGELES, CA 90071

SECURITIES AND EXCHANGE COMMISSION
MIAMI REGIONAL OFFICE
ATTN: ERIC I. BUSTILLO, REGIONAL DIR
801 BRICKELL AVE, STE 1800
MIAMI, FL 33131

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIR
BROOKFIELD PL, 200 VESEY ST, STE 400
NEW YORK, NY 10281-1022

SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
ATTN: G. JEFFREY BOUJOUKOS, REG. DIR
ONE PENN CTR, 1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103

SECURITIES AND EXCHANGE COMMISSION
SALT LAKE CITY REGIONAL OFFICE
ATTN: RICHARD BEST, REGIONAL DIR
351 S. WEST TEMPLE ST, STE 6.100
SALT LAKE CITY, UT 84101

SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
ATTN: JINA CHOI, REGIONAL DIR
44 MONTGOMERY ST, STE 2800
SAN FRANCISCO, CA 94104

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON, DC 20549

SELECTIVE INSURANCE GROUP
3426 TURINGDON WAY
SUITE 200
CHARLOTTE, NC 28277

SETH C THOMAS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SETON IDENTIFICATION PRODUCTS
P. O. BOX 95904
CHICAGO, IL 60694-5904

SHANNON P. IRRGANG
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SHILOH H FROMAL
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SIMON L BELTRAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SKANSKA USA BUILDING INC.
MID-ATLANTIC DIVISION
518 E TOWNSHIP LINE RD.
BLUE BELL, PA 19422

SKYWORK EQUIPMENT RENTAL
2407 MARKET ST.
ASTON, PA 19014

SOCIETY FOR CORPORATE GOVERNANCE
240 W 35TH ST, STE 400
NEW YORK, NY 10001

SOUTHERN MECHANICAL INC.
2607 ANNAPOLIS ROAD
BALTIMORE, MD 21230

SPIRAL FITTINGS INC.
349 GAPWAY ROAD
GEORGETOWN, SC 29440

STANLEY RUFFIN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
ATTN: EDWARD KOSMOWSKI, DEPUTY AG
820 N. FRENCH ST., 8TH FLOOR
WILMINGTON, DE  19801

STEPHEN P. DRIESBACH
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STEPHEN T WILLIS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STEVEN A. COFFMAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STEVEN P MAI
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STEVEN WOLINSKI 2ND
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

STOKITSUPPLY COMPANY, INC.
9714 MARRIOTTSVILLE ROAD
RANDALLSTOWN, MD  21133

STUART D EYLER
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA, GA  30384-9211

SUPERIOR EQUIPMENT RENTAL CO.
36 GERMAY DRIVE
WILMINGTON, DE  19804

TAMMY L. ANTON
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

TEMP AIR COMPANY, INC.
51 GWYNNS MILL COURT
OWINGS MILLS, MD  21117

THE WHITING-TURNER CONTRACTING CO.
300 E JOPPA RD.
BALTIMORE, MD  21286

THOMAS A. CASSIDY, IV
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

THOMAS J HAWKES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

THOMAS M YONTS
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

THOMAS R BAKER,III
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

TIMOTHY S. QUINN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

TONY R. LOPEZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

TORRANCE KELLY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

TOWN OF DAGSBORO
P.O. BOX 420
DAGSBORO, DE  19939

TRADESMEN INTERNATIONAL, LLC
P.O. BOX 842227
BOSTON, MA  02284-2227

TRI-STEEL CORP.
512 SWEDESBORO AVENUE
SWEDESBORO, NJ  08085

TYLEAR R BENJAMIN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

U.S.  DEPT HEALTH & HUMAN SERVICES
200 INDEPENDENCE AVE, SW
WASHINGTON, DC  20201

U.S.  DEPT OF STATE
DIRECTORATE OF DEFENCE TRADE
CONTROLS
COMPLIANCE & REGISTRATION DIV
2401 E STREET NW, SA-1, RM H1200
WASHINGTON, DC  20522-0112

U.S. CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20229

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530-0001

U.S. ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20460

U.S. SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT RD.
FORT WORTH, TX  76155-2243

UEP NORTHEAST
1787 SENTRY PARKWAY WEST
BLDG. 18 SUITE 130
BLUE BELL, PA  19422

ULINE
PO BOX 88741
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL  60680-1741

UNITED ENERGY PRODUCTS
1610 PROFESSIONAL BLVD
SUITE K
CROFTON, MD  21114

UNITED RENTALS
PO BOX 100711
ATLANTA, GA  30384-0711

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC  20220

UNLIMITED SERVICES AVAILABLE
P.O. BOX 768
OWINGS MILLS, MD  21117

US DEPARTMENT OF LABOR
S-2521
200 CONSITUTION AVE, NW
WASHINGTON, DC  20210

VERIZON
PO BOX 15124
ALBANY, NY  12212-5124

VICTOR M. FLORES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

VINCENT C ANTONIO
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

VINCENT W MONTGOMERY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

W. W. GRAINGER, INC.
DEPT. 808057541
PALATINE, IL  60038-0001

WAHL PROPERTIES, LLC
31 BROOKSIDE DRIVE
WILMINGTON, DE  19804

WALDRON OF MARYLAND, INC.
P.O. BOX 72230
ROSEDALE, MD  21237

WALMER BARAHONA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WARREN IVEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WAYMAN FIRE PROTECTION, INC.
403 MECO DRIVE
WILMINGTON, DE  19804

WEST HEALTH ADVOCATE SOLUTIONS
P.O. BOX 561509
DENVER, CO  80256-1509

WILFREDO W ESTRADA
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM A COHEN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM B. HALL, III
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM H. KERN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM H. OHOP
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM M CURLEY
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM T. HUDSON,III
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WILLIAM T. RYAN
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

WORLD WIDE CORP.
2126 AIRSQUITH STREET
BALTIMORE, MD  21218

WSFS
300 DELAWARE AVE.
WILMINGTON, DE  19801

WSFS
JOHN MATARESE
500 DELAWARE AVE
WILMINGTON, DE  19801

WSFS
P.O. BOX 729
CLAYMONT, DE  19703-0729

YANGEL ORTIZ
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ZACHARY M JONES
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

ZAVADYAH T COX
31 BROOKSIDE DRIVE
WILMINGTON, DE 19804

Total: 363

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Quality Heating & Air-Conditioning Company, Inc.**        Case No. _____

                                            Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **150,000.00** |
| Prior to the filing of this statement I have received | $     **150,000.00** |
| Balance Due | $     **0.00** |

2.  The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     March 27, 2023                          */s/ Ronald S. Gellert*

     *Date*                                      **Ronald S. Gellert**
                                            *Signature of Attorney*
                                            **Gellert Scali Busenkell & Brown, LLC**
                                            **1201 N. Orange Street**
                                            **Suite 300**
                                            **Wilmington, DE 19801**
                                            **(302) 425-5806**
                                            **rgellert@gsbblaw.com**
                                            *Name of law firm*

# United States Bankruptcy Court
### District of Delaware

In re    **Quality Heating & Air-Conditioning Company, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Quality Heating & Air-Conditioning Company, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 27, 2023

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert**

Signature of Attorney or Litigant

Counsel for    **Quality Heating & Air-Conditioning Company, Inc.**

**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**